**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Email: rmalone@gibbonslaw.com
      btheisen@gibbonslaw.com
      kmcevilly@gibbonslaw.com

**MILBANK LLP**
Evan R. Fleck, Esq.
Nelly Almeida, Esq.
Alexander B. Lees, Esq.
Rachelle Rubin, Esq.
Charles Fendrych, Esq.
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Email: efleck@milbank.com
      nalmeida@milbank.com
      alees@milbank.com
      rrubin@milbank.com
      cfendrych@milbank.com

*Co-Counsel for First Lien Ad Hoc Group*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CAREISMATIC BRANDS, LLC, *et al.*,<br><br>Debtors.[1] | (Hon. Vincent F. Papalia)<br>Chapter 11<br>Case No. 24-10561 (VFP)<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

1

**PLEASE TAKE NOTICE** that Gibbons, P.C. and Milbank LLP hereby enter their appearance (the "Notice of Appearance") in the above-captioned cases as counsel for an *ad hoc* group of first lien holders under that certain First Lien Credit Agreement, dated as of January 6, 2021 (the "First Lien Ad Hoc Group"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

> Robert K. Malone, Esq.
> Brett S. Theisen, Esq.
> Kyle P. McEvilly, Esq.
> **GIBBONS P.C.**
> One Gateway Center
> Newark, New Jersey 07102-5310
> Telephone:   (973) 596-4500
> Email:   rmalone@gibbonslaw.com
> Email:   btheisen@gibbonslaw.com
> Email:   kmcevilly@gibbonslaw.com
>
> -and-
>
> Evan R. Fleck, Esq.
> Nelly Almeida, Esq.
> Alexander B. Lees, Esq.
> Rachelle Rubin, Esq.
> Charles Fendrych, Esq.
> **MILBANK LLP**
> 55 Hudson Yards
> New York, New York 10001-2163
> Telephone:   (212) 530-5000
> Email:   efleck@milbank.com
> Email:   nalmeida@milbank.com
> Email:   alees@milbank.com
> Email:   rrubin@milbank.com
> Email:   cfendrych@milbank.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronic mail, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives: (i) any right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to the above-captioned cases; (iii) any right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in the above-captioned cases or in any other action are expressly reserved.

Dated:  January 23, 2024　　　　　　　　**GIBBONS P.C.**
　　　　　Newark, New Jersey

　　　　　　　　　　　　　　　　　　　　*/s/ Robert K. Malone*
　　　　　　　　　　　　　　　　　　　　Robert K. Malone, Esq.
　　　　　　　　　　　　　　　　　　　　Brett S. Theisen, Esq.
　　　　　　　　　　　　　　　　　　　　Kyle P. McEvilly, Esq.
　　　　　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　　　　　Newark, New Jersey 07102-5310
　　　　　　　　　　　　　　　　　　　　Telephone: (973) 596-4500
　　　　　　　　　　　　　　　　　　　　Email: rmalone@gibbonslaw.com
　　　　　　　　　　　　　　　　　　　　　　　　btheisen@gibbonslaw.com
　　　　　　　　　　　　　　　　　　　　　　　　kmcevilly@gibbonslaw.com

　　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　**MILBANK LLP**

　　　　　　　　　　　　　　　　　　　　Evan R. Fleck, Esq.
　　　　　　　　　　　　　　　　　　　　Nelly Almeida, Esq.
　　　　　　　　　　　　　　　　　　　　Alexander B. Lees, Esq.
　　　　　　　　　　　　　　　　　　　　Rachelle Rubin, Esq.
　　　　　　　　　　　　　　　　　　　　Charles Fendrych, Esq.
　　　　　　　　　　　　　　　　　　　　55 Hudson Yards
　　　　　　　　　　　　　　　　　　　　New York, New York 10001-2163
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 530-5000
　　　　　　　　　　　　　　　　　　　　Email: efleck@milbank.com
　　　　　　　　　　　　　　　　　　　　　　　　nalmeida@milbank.com
　　　　　　　　　　　　　　　　　　　　　　　　alees@milbank.com
　　　　　　　　　　　　　　　　　　　　　　　　rrubin@milbank.com
　　　　　　　　　　　　　　　　　　　　　　　　cfendrych@milbank.com

　　　　　　　　　　　　　　　　　　　　*Co-Counsel for First Lien Ad Hoc Group*

## **CERTIFICATION OF SERVICE PURSUANT TO 11 U.S.C. § 1746**

ROBERT K. MALONE, of full age, under penalty of perjury, hereby certifies as follows:

1.  I am an attorney-at-law of the State of New Jersey and a Director with Gibbons P.C., co-counsel for an *ad hoc* group of first lien holders under that certain First Lien Credit Agreement, dated as of January 6, 2021, in the above-captioned bankruptcy proceedings.

2.  On January 23, 2024, I caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notices and Papers* to be served upon all parties having formally requested notice electronically via the Court's CM/ECF system.

I certify that the foregoing is true and correct.

Executed on: January 23, 2024

*/s/ Robert K. Malone*
Robert K. Malone