| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**KING & SPALDING LLP**<br>1185 Avenue of the Americas<br>New York, NY 10036<br>(212) 556-2100<br>Thomas J. Scrivo<br>Email: tscrivo@kslaw.com<br>Peter Montoni (*pro hac vice* pending)<br>Email: pmontoni@kslaw.com<br>Michelle Muscara (*pro hac vice* pending)<br>Email: mmuscara@kslaw.com<br><br>-and-<br><br>Matthew L. Warren (*pro hac vice* pending)<br>Email: mwarren@kslaw.com<br>110 N Wacker Drive, Suite 3800<br>Chicago, IL 60606<br>(312) 995-6333<br><br>*(Counsel to certain crossover holders of first lien secured loans and second lien secured loans)* |
| In re:<br><br>CAREISMATIC BRANDS, LLC, *et al.*,<br><br>                Debtors. |

Case No. 24-10561

Chapter 11

Honorable Vincent F. Papalia

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that in accordance with Fed. R. Bankr. P. 9010(b) the below counsel enters an appearance in this case on behalf of certain crossover holders of first lien secured loans and second lien secured loans, creditors in the above captioned chapter 11 cases. Request is made that the documents filed in this case and identified below be served on the below listed counsel at the addresses indicated:

Thomas J. Scrivo
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Telephone: (212) 556-2100
E-mail: tscrivo@kslaw.com

DOCUMENTS:

<u> x </u>   All notices entered pursuant to Fed. R. Bankr. P. 2002.

<u> x </u>   All documents and pleadings of any nature.


Date: January 23, 2024                                             /s/ Thomas J. Scrivo