UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100
Thomas J. Scrivo
Email: tscrivo@kslaw.com
Peter Montoni (*pro hac vice* pending)
Email: pmontoni@kslaw.com
Michelle Muscara (*pro hac vice* pending)
Email: mmuscara@kslaw.com

-and-

Matthew L. Warren (*pro hac vice* pending)
Email: mwarren@kslaw.com
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
(312) 995-6333

*(Counsel to certain crossover holders of first lien secured loans and second lien secured loans)*

In re:

CAREISMATIC BRANDS, LLC, *et al.*,

                Debtors.

Case No. 24-10561

Chapter 11

Honorable Vincent F. Papalia

## APPLICATION FOR AN ORDER FOR
## ADMISSION *PRO HAC VICE* OF PETER MONTONI

Thomas J. Scrivo, Esq., a member of the bar of this Court, hereby moves for entry of an Order granting the admission *pro hac vice* of Peter Montoni, Esq., of the law firm King & Spalding LLP, to practice before this Court in connection with the above-captioned Chapter 11 cases (collectively, the "Cases").

This application (the "Application") is submitted pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey (collectively, the "Local Rules"), to represent certain crossover holders of first lien secured loans and second lien secured loans (collectively, the "Cross-Holder Creditors"), as creditors in the Cases. The scope of the Application will be the representation of the Cross-Holder Creditors in the Cases and any related adversary proceedings involving the Cross-Holder Creditors. In support of this Application, counsel submits the attached Certification of Peter Montoni, Esq., and requests that the proposed form of Order submitted herewith be entered.

The undersigned hereby represents as follows:

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey.

2. I submit this Application, pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the New Jersey Local Rules of Bankruptcy Procedure, in support of the entry of an Order Approving Admission, *pro hac vice*, of Peter Montoni, Esq. to this Court.

3. Mr. Montoni is an attorney at law admitted to practice and currently in good standing in the State of New York and the State of Connecticut, and a partner with King & Spalding LLP, with an address of 1185 Avenue of the Americas, New York, NY 10036.

4. Attached is the Certification of Mr. Montoni in which he certifies that he is and has been, a member in good standing of the bar of the State of New York and the State of Connecticut. Additionally, Mr. Montoni certifies that he is, and has remained a member in good standing of said

bars at all times, that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

5.  Mr. Montoni is familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and his presence will serve the best interests of the Cross-Holder Creditors.

6.  Mr. Montoni is not licensed in the State of New Jersey. He wishes to appear in the Cases and respectfully requests this Court to admit him *pro hac vice*.

7.  If Mr. Montoni is permitted to participate in this action, he understands that he will be subject to the disciplinary jurisdiction of this Court.

WHEREFORE, Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Peter Montoni, Esq. to represent the Cross-Holder Creditors in connection with the Cases and any related adversary proceedings in which the Cross-Holder Creditors are a party.

Dated: January 23, 2024

/s/ Thomas J. Scrivo
Thomas J. Scrivo
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (312) 556-2179
Email: tscrivo@kslaw.com
*Counsel to certain crossover holders of first lien secured loans and second lien secured loans*

## **CERTIFICATION OF SERVICE**

I, Thomas J. Scrivo, hereby certify that on this 23rd day of January, 2024, I caused the foregoing Application and supporting documents to be served by this Court's CM/ECF System.