**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
Kyle P. McEvilly, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Email: rmalone@gibbonslaw.com
        btheisen@gibbonslaw.com
        kmcevilly@gibbonslaw.com

*Co-Counsel for First Lien Ad Hoc Group*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re:<br><br>CAREISMATIC BRANDS, LLC, *et al.*,<br><br>Debtors. [1] | (Hon. Vincent F. Papalia)<br><br>Chapter 11<br><br>Case No. 24-10561 (VFP)<br><br>(Joint Administration Requested) |

### APPLICATION FOR ADMISSION OF ALEXANDER B. LEES, ESQ. *PRO HAC VICE*

**TO:    HONORABLE VINCENT F. PAPALIA**
       **UNITED STATES BANKRUPTCY JUDGE**

Robert K. Malone, Esq., a member of the bar of this Court, hereby moves for the entry of

an Order granting the admission *pro hac vice* of Alexander B. Lees, Esq. of Milbank LLP

("Milbank") to practice before this Court in connection with the above-captioned cases.  This

application (the "Application") is submitted pursuant to Rule 9010-1 of the Local Rules of the

United States Bankruptcy Court for the District of New Jersey (the "Local Rules").  Unless

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.donlinrecano.com/careismatic.  The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

requested by other parties, no oral argument is requested.  A proposed form of Order is attached.

In support of the Application, the undersigned represents as follows:

1.      I am an attorney at law of the State of New Jersey, admitted to practice in the United

States District Court for the District of New Jersey, the United States Court of Appeals for the

Third Circuit, the United States District Courts for the Southern and Eastern Districts of New York,

and a director of the law firm Gibbons P.C., which maintains an address of One Gateway Center,

Newark, New Jersey 07102-5310.  Gibbons P.C. has been retained to serve as co-counsel, with

Milbank, for an *ad hoc* group of first lien holders under that certain First Lien Credit Agreement,

dated as of January 6, 2021 (the "First Lien Ad Hoc Group"), in connection with the above-captioned

cases.

2.      I submit this Application, pursuant to Civil Rule 101.1(c) of the Local Rules of the

United States District Court for the District of New Jersey and Local Rule 9010-1, in support of the

entry of an Order granting the admission *pro hac vice* of Alexander B. Lees, Esq. to this Court.

3.      Mr. Lees is an attorney at law and a partner at the law firm Milbank, which

maintains an office at 55 Hudson Yards, New York, New York 10001-2163.

4.      Attached hereto is the Certification of Mr. Lees in which he certifies that he is, and

has been, a member in good standing of the bars of the State of New York since 2007; the United

States District Court for the Southern District of New York since 2009; the United States District

Court for the Eastern District of New York since 2012; the United States Court of Appeals for the

Second Circuit since 2014; the United States Court of Appeals for the Sixth Circuit since 2018;

and the Supreme Court of the United States since 2023.  Additionally, Mr. Lees certifies that he

is, and has remained, a member of good standing of said bars at all times, that no disciplinary

proceedings are pending against him in any jurisdiction and no discipline has previously been

imposed on him in any jurisdiction.

5.      Mr. Lees is familiar with the circumstances surrounding the above-captioned

proceedings and applicable law, and his presence will serve the best interests of the First Lien Ad

Hoc Group.

WHEREFORE, Applicant respectfully requests entry of the Order submitted herewith

approving the admission, *pro hac vice*, of Alexander B. Lees, Esq. to represent the First Lien Ad

Hoc Group as co-counsel in the above-captioned cases.


Dated:  January 23, 2024                      **GIBBONS P.C.**
        Newark, New Jersey

                                              */s/ Robert K. Malone*
                                              Robert K. Malone, Esq.
                                              Brett S. Theisen, Esq.
                                              Kyle P. McEvilly, Esq.
                                              One Gateway Center
                                              Newark, New Jersey 07102-5310
                                              Telephone: (973) 596-4500
                                              Email: rmalone@gibbonslaw.com
                                                     btheisen@gibbonslaw.com
                                                     kmcevilly@gibbonslaw.com

                                              *Co-Counsel for First Lien Ad Hoc Group*