**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
jsussberg@kirkland.com

Chad J. Husnick, P.C. (*pro hac vice* pending)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
chusnick@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

Order Filed on January 24, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>CAREISMATIC BRANDS, LLC,<br><br>               Debtor.[1]<br><br>Tax I.D. No. 95-4535351 | Chapter 11<br><br>Case No. 24-10561 (VFP) |
| In re:<br><br>ALLHEARTS, LLC,<br><br>               Debtor.<br><br>Tax I.D. No. 26-3875213 | Chapter 11<br><br>Case No. 24-10565 (VFP) |

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

| | |
|---|---|
| In re: | |
| CAREISMATIC, LLC, | Chapter 11 |
| Debtor. | Case No. 24-10572 (VFP) |
| Tax I.D. No. 37-1964565 | |
| In re: | |
| CAREISMATIC GROUP INC., | Chapter 11 |
| Debtor. | Case No. 24-10569 (VFP) |
| Tax I.D. No. 92-1222366 | |
| In re: | |
| CAREISMATIC GROUP II INC., | Chapter 11 |
| Debtor. | Case No. 24-10567 (VFP) |
| Tax I.D. No. 88-4358375 | |
| In re: | |
| CBI IMTERMEDIATE, INC., | Chapter 11 |
| Debtor. | Case No. 24-10575 (VFP) |
| Tax I.D. No. 85-4260543 | |
| In re: | |
| CBI MIDCO, INC., | Chapter 11 |
| Debtor. | Case No. 24-10577 (VFP) |
| Tax I.D. No. 85-4245728 | |
| In re: | |
| CBI PARENT, L.P., | Chapter 11 |
| Debtor. | Case No. 24-10563 (VFP) |
| Tax I.D. No. 85-4209005 | |
| In re: | |
| KRAZY KAT SPORTSWEAR LLC, | Chapter 11 |
| Debtor. | Case No. 24-10560 (VFP) |
| Tax I.D. No. 22-3480562 | |

| | |
|---|---|
| In re: | |
| MARKETPLACE IMPACT, LLC, | Chapter 11 |
| Debtor. | Case No. 24-10576 (VFP) |
| Tax I.D. No. 84-4842858 | |
| In re: | |
| MED COUTURE, LLC, | Chapter 11 |
| Debtor. | Case No. 24-10570 (VFP) |
| Tax I.D. No. 87-4521191 | |
| In re: | |
| MEDELITA, LLC, | Chapter 11 |
| Debtor. | Case No. 24-10574 (VFP) |
| Tax I.D. No. 85-2882258 | |
| In re: | |
| NEW TROJAN PARENT, INC., | Chapter 11 |
| Debtor. | Case No. 24-10578 (VFP) |
| Tax I.D. No. 85-4212219 | |
| In re: | |
| PACOIMA LIMITED, LLC, | Chapter 11 |
| Debtor. | Case No. 24-10579 (VFP) |
| Tax I.D. No. 20-0317819 | |
| In re: | |
| SILVERTS ADAPTIVE, LLC, | Chapter 11 |
| Debtor. | Case No. 24-10580 (VFP) |
| Tax I.D. No. 85-1631976 | |
| In re: | |
| STRATEGIC DISTRIBUTION, L.P., | Chapter 11 |
| Debtor. | Case No. 24-10581 (VFP) |
| Tax I.D. No. 20-0317869 | |

| In re:<br><br>STRATEGIC GENERAL PARTNERS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 20-0315907 | Chapter 11<br><br>Case No. 24-10562 (VFP) |
|---|---|
| In re:<br><br>STRATEGIC PARTNERS ACQUISITION CORP.,<br><br>Debtor.<br><br>Tax I.D. No. 80-0830929 | Chapter 11<br><br>Case No. 24-10564 (VFP) |
| In re:<br><br>STRATEGIC PARTNERS CORP.,<br><br>Debtor.<br><br>Tax I.D. No. 90-0609037 | Chapter 11<br><br>Case No. 24-10566 (VFP) |
| In re:<br><br>STRATEGIC PARTNERS MIDCO, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 20-4512662 | Chapter 11<br><br>Case No. 24-10568 (VFP) |
| In re:<br><br>TROJAN BUYER, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 81-2898139 | Chapter 11<br><br>Case No. 24-10571 (VFP) |
| In re:<br><br>TROJAN HOLDCO, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 81-2885148 | Chapter 11<br><br>Case No. 24-10573 (VFP) |

## ORDER (I) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES, AND (II) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered five (5) through seven (7), is

**ORDERED.**

DATED: January 24, 2024

_____

Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 5)

| | |
|---|---|
| Debtors: | CAREISMATIC BRANDS, LLC, *et al*. |
| Case No. | 24-10561 (VFP) |
| Caption of Order: | Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief |

Upon the *Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief* (the "<u>Motion</u>"),[2] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), for entry of an order (this "<u>Order</u>") (a) authorizing the Debtors to direct the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to <u>28 U.S.C. §§ 157</u> and <u>1334</u> and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to <u>28 U.S.C. §§ 1408</u> and <u>1409</u>; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT**:

1.    The Motion is **GRANTED** as set forth herein.

2.    The above–captioned cases hereby are jointly administered by this Court for procedural purposes only.

---

[2]    Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Motion.

(Page 6)

| | |
|---|---|
| Debtors: | CAREISMATIC BRANDS, LLC, *et al*. |
| Case No. | 24-10561 (VFP) |
| Caption of Order: | Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief |

3.      Nothing contained in the Motion, or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases, and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

4.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of New Jersey shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

5.      All pleadings, papers, and documents filed in the Lead Case shall bear the caption as shown in **Exhibit 1** attached hereto.

6.      The caption shown in **Exhibit 1** attached hereto satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

7.      All lists, schedules, and statements shall be filed and docketed in the specific Debtor's case to which they are applicable.

8.      Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

9.      If pleadings, papers, or documents have been filed in any of the above–captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) refile the pleading, paper, or document in the Lead Case within three (3) business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties.

(Page 7)

| | |
|---|---|
| Debtors: | CAREISMATIC BRANDS, LLC, *et al*. |
| Case No. | 24-10561 (VFP) |
| Caption of Order: | Order (I) Directing Joint Administration of Chapter 11 Cases, and (II) Granting Related Relief |

10.     The Clerk shall file a copy of this order in the Lead Case and each of the affiliated Debtor cases.

11.     The Debtors shall file individual monthly operating reports for each Debtor and such reports shall be docketed in the Lead Case.

12.     The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

13.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Local Rules are satisfied by such notice.

14.     Any party may move for modification of this Order in accordance with Local Rule 9013-5(e).

15.     A true copy of this Order shall be served on all required parties pursuant to Local Rule 9013-5(f).

16.     This Order shall be effective immediately upon entry.

17.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

## Exhibit 1

**Case Caption**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
jsussberg@kirkland.com

Chad J. Husnick, P.C. (*pro hac vice* pending)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
chusnick@kirkland.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:  (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| CAREISMATIC BRANDS, LLC, *et al*., | Case No. 24-10561 (VFP) |
| Debtors. [1] | (Jointly Administered) |

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.donlinrecano.com/careismatic.   The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is:  1119 Colorado Avenue, Santa Monica, California 90401.