| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>jsussberg@kirkland.com<br><br>Chad J. Husnick, P.C. (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>chusnick@kirkland.com<br><br>*Proposed Co-Counsel for Debtors and*<br>*Debtors in Possession* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone:  (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br><br>*Proposed Co-Counsel to the Debtors and*<br>*Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CAREISMATIC BRANDS, LLC, *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-10561 (VFP)<br><br>(Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR**
**HEARING SCHEDULED FOR FEBRUARY 29, 2024 AT 10:00 A.M. (ET)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), file this Witness and Exhibit List regarding the hearing scheduled for Thursday, February 29, 2024 at 10:00 a.m. (ET) (the "Hearing").

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/careismatic.  The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is:  1119 Colorado Avenue, Santa Monica, California 90401.

## WITNESSES

The Debtors may call the following witnesses (in alphabetical order):

1. **Joshua Abramson**, Partner, PJT Partners LP, Debtors' prepetition and proposed investment banker.

2. **Kent Percy**, Chief Restructuring Officer, Debtors.

3. Any witness necessary to establish the authenticity or admissibility of documents.

4. Any witness listed by any other party.

5. Rebuttal and impeachment witnesses as necessary.

The Debtors reserve the right to cross examine any witness called by another party. The Debtors reserve the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing.

## EXHIBITS

A list of exhibits on which the Debtors may rely at the Hearing is set forth below. The Debtors reserve the right to further supplement or amend this Exhibit List, including to add and/or remove documents prior to the conclusion of the Hearing, including in response to pre-hearing filings, requests for judicial notice, exhibit lists, and/or demonstratives, as well as the evidence and arguments that may be presented by other parties at the Hearing. The Debtors further reserve the right to add documents used for rebuttal. By including a document on this Exhibit List, the Debtors do not thereby agree or admit that a document or category of documents is admissible for any or all purposes. The Debtors reserve the right to object if another party seeks to introduce into evidence exhibits that the Debtors have identified.

| Ex. # | Description | Offered | Objection | Disposition | Docket No. |
|---|---|---|---|---|---|
| 1. | J. Abramson Declaration | | | | 18 |
| 2. | Exhibit A to the Interim DIP Order – the DIP Credit Agreement | | | | 60 |
| 3. | Exhibit B to the Interim DIP Order – the Initial DIP Budget | | | | 60 |
| 4. | Exhibit C to the Interim DIP Order – the Fee Letter | | | | 60 |
| 5. | K. Percy Amended Declaration | | | | 33 |
| 6. | Exhibit A to the K. Percy Amended Declaration – Description of First Day Motions | | | | 33 |
| 7. | Exhibit B to the K. Percy Amended Declaration – Organization Chart | | | | 33 |
| 8. | Exhibit C to the K. Percy Amended Declaration – Restructuring Support Agreement | | | | 33 |
| 9. | Supplemental Declaration of K. Percy, in Support of Cash Management Motion | | | | 282 |

### RESERVATION OF RIGHTS

The Debtors reserve the right to call or introduce one or more, or none, of these witnesses or exhibits listed above at the Hearing. The Debtors also reserve the right to supplement, add to, subtract from, or otherwise amend this Witness and Exhibit List at any time prior to the conclusion of the Hearing.

*[Remainder of Page Intentionally Left Blank.]*

Dated: February 27, 2024

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:     msirota@coleschotz.com
           wusatine@coleschotz.com
           fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        jsussberg@kirkland.com

-and-

Chad J. Husnick, P.C. (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        chusnick@kirkland.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*