| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |

| | |
|---|---|
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Second Floor<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III (asodono@msbnj.com)<br>Sari B. Placona (splacona@msbnj.com)<br><br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>(212) 596-9139<br>Gregg M. Galardi (Gregg.Galardi@ropesgray.com)<br>Lindsay Barca (Lindsay.Barca@ropesgray.com)<br>(*Attorneys for Partners Group (USA), Inc., et al., Creditors*) | |
| In re:<br><br>CAREISMATIC BRANDS, LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 24-10561 (VFP) |

## CERTIFICATION OF SERVICE

1.  I, Stacy Lipstein, am a legal assistant employed by McManimon, Scotland & Baumann, LLC, attorneys for Partners Group (USA), et al., Creditors in the above-captioned matter.

2.  On February 26, 2024, I sent a copy of the following documents to the parties listed on the service list attached:

   - Declaration of Status of a Substantial Shareholder (Partners Group Private Equity (Master Fund), LLC) [Doc. No. 273];
   - Declaration of Status as a 50-Percent Shareholder (Partners Group Access 77 PF LP) [Doc. No. 274]; and
   - Declaration of Status of a Substantial Shareholder (Partners Group Access 77 PF LP) [Doc. No. 275].

 I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 27, 2024               */s/ Stacy Lipstein*
                                 Stacy Lipstein

**SERVICE LIST**

| | | |
|---|---|---|
| Careismatic Brands, LLC<br>Attn: Sean Bogue, CFO<br>1119 Colorado Avenue<br>Santa Monica, California 90401<br>sbogue@careismatic.com | *Debtors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other –Email |
| Kirkland & Ellis LLP<br>Attn: Joshua A. Sussberg, P.C.<br>601 Lexington Avenue,<br>New York, New York 10022<br>joshua.sussberg@kirkland.com | *Proposed co-counsel to the Debtors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other –Email |
| Kirkland & Ellis LLP<br>Attn: Chad J. Husnick, P.C.<br>Attn: Ashley Surinak<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>chad.husnick@kirkland.com<br>ashley.surinak@kirkland.com | *Proposed co-counsel to the Debtors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other –Email |
| Cole Schotz P.C.<br>Attn: Michael D. Sirota, Esq.<br>Attn: Warren A. Usatine, Esq.<br>Attn: Felice R. Yudkin, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com | *Proposed co-counsel to the Debtors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other – Email |
| Milbank LLP<br>Attn: Evan R. Fleck, Esq.<br>Attn: Nelly Almeida, Esq.<br>55 Hudson Yards<br>New York, NY 10001<br>efleck@milbank.com<br>nalmeida@milbank.com | *Counsel to the First Lien Ad Hoc Group* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other – Email |
| Office of the United States Trustee<br>District of New Jersey<br>Attn: Fran Steele<br>Attn: Peter D'Auria<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, New Jersey 07102<br>fran.b.steele@usdoj.gov<br>peter.j.d'auria@usdoj.gov | *US Trustee's Office* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other – Email |

4871-0107-4601, v. 1

| Pachulski Stang Ziehl & Jones, LLP<br>Attn: Bradford J. Sandler, Esq.<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>bsandler@pszjlaw.com | *Proposed counsel for the Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other – Email |
|---|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>Attn: Robert J Feinstein, Esq.<br>Attn: Beth E. Levine, Esq.<br>Attn: Cia H. Mackle, Esq.<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com<br>blevine@pszjlaw.com<br>cmackle@pszjlaw.com | *Proposed counsel for the Official Committee of Unsecured Creditors* | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other –Email |

3

4871-0107-4601, v. 1