**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREISMATIC BRANDS, LLC, *et al.*, | Case No. 24-10561 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

I, Delicia A. Chung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 48 Wall Street, New York, NY 10005.

3. On the 27th day of February 2024, DRC, at my direction and under my supervision, caused to serve the *Supplemental Declaration of Kent Percy, Chief Restructuring Officer of Careismatic Brands, LLC in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Debtor Bank Accounts, Business Forms, and Books and Records, and (D) Continue Intercompany Transactions, and (II) Granting Related Relief* (Docket No. 282), via electronic mail upon the parties as set forth on Exhibit 1; and via U.S. First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 28th day of February 2024, New York, New York.

_____
Delicia A. Chung

Sworn before me this
28th day of February 2024

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

Case 24-10561-VFP    Doc 303    Filed 02/28/24    Entered 02/28/24 16:56:36    Desc Main
Document    Page 4 of 12

Case 24-10561-VFP et al., Cardsmart Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 5                                                                                  02/27/2024 03:39:16 PM

000026P001-1552S-021
ALASKA ATTORNEY GENERAL
TREG R TAYLOR
1031 W 4TH AVE
STE 200
ANCHORAGE AK 99501-1994
ATTORNEY.GENERAL@ALASKA.GOV

000027P001-1552S-021
ARIZONA ATTORNEY GENERAL
KRIS MAYES
1275 WEST WASHINGTON ST
PHOENIX AZ 85007
AGINFO@AZAG.GOV

000028P001-1552S-021
ARKANSAS ATTORNEY GENERAL
TIM GRIFFIN
323 CTR ST
STE 200
LITTLE ROCK AR 72201-2610
OAG@ARKANSASAG.GOV

000108P001-1552S-021
BALL UP LLC
HUESTON HENNIGAN LLP
ROBERT KLIEGER
523 WEST 6TH ST STE 400
LOS ANGELES CA 90014
RKLIEGER@HUESTON.COM

000107P003-1552S-021
BARCO UNIFORMS INC.
ATTN: JANE FOWLER
350 WEST ROSECRANS AVE
GARDENA CA 90248
JANE.FOWLER@BARCOUNIFORMS.COM

000126P001-1552S-021
BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M CHRISTIANSON,ESQ
425 MARKET ST.,STE 2900
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

000030P001-1552S-021
COLORADO ATTORNEY GENERAL
PHIL WEISER
RALPH L CARR COLORADO JUDICIAL CTR
1300 BROADWAY 10TH FL
DENVER CO 80203
CORA.REQUEST@COAG.GOV

000085P001-1552S-021
COMTRADING APPAREL DMCC
MISS THAO LE
JUMEIRAH LAKES TOWERS UNIT 302-08
JUMEIRAH BAY 2 PLOT JLT-PH2-X2A
DUBAI
UNITED ARAB EMIRATES
THAO.LE@COMTEXTILE.COM.VN

000031P001-1552S-021
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120
ATTORNEY.GENERAL@CT.GOV

000089P001-1552S-021
CORDIAL EXPERIENCE INC
402 W BROADWAY
STE 700
SAN DIEGO CA 92101
BILLING@CORDIAL.COM

000076P003-1552S-021
DAVIS POLK & WARDWELL
BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN
450 LEXINGTON AVENUE
NEW YORK NY 10017
BRIAN.RESNICK@DAVISPOLK.COM

000076P003-1552S-021
DAVIS POLK & WARDWELL
BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN
450 LEXINGTON AVENUE
NEW YORK NY 10017
MICHAEL.PERA@DAVISPOLK.COM

000076P003-1552S-021
DAVIS POLK & WARDWELL
BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN
450 LEXINGTON AVENUE
NEW YORK NY 10017
AUDREY.YOUN@DAVISPOLK.COM

000032P001-1552S-021
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000033P001-1552S-021
DISTRICT OF COLUMBIA ATTORNEY GENERAL
BRIAN SCHWALB
400 6TH ST NW
WASHINGTON DC 20001
OAG@DC.GOV

000082P001-1552S-021
DUCTHANH GARMENT IMPORT EXPORT CO LTD
TI - DUCTHANH IMPORT EXPORT CO LTD
MONGHANH
18 TRAN HUNG DAO
MY THOI WARD
LONG XUYEN CITY AG
VIETNAM
KETOANDUCTHANHAG@HCM.VNN.VN

003202P001-1552A-021
EAST WEST BANK
CINDY SZETO AVP ACCOUNT
SVC MANAGER CAPITAL MARKETS
135 N LOS ROBLES AVE 7TH FL
PASADENA CA 91101
CINDY.SZETO@EASTWESTBANK.COM

000133P001-1552S-021
FOX ROTHSCHILD LLP
MARK E HALL,ESQ
49 MARKET ST
MORRISTOWN NJ 07960
MHALL@FOXROTHSCHILD.COM

000118P001-1552S-021
GIBBONS P.C.
ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY
ONE GATEWAY CENTER
NEWARK NJ 07102-5310
RMALONE@GIBBONSLAW.COM

000118P001-1552S-021
GIBBONS P.C.
ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY
ONE GATEWAY CENTER
NEWARK NJ 07102-5310
BTHEISEN@GIBBONSLAW.COM

000118P001-1552S-021
GIBBONS P.C.
ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY
ONE GATEWAY CENTER
NEWARK NJ 07102-5310
KMCEVILLY@GIBBONSLAW.COM

000095P001-1552S-021
GLORIA APPAREL INC
SOWON YOON
500 7TH AVE 8TH FL STE 124
NEW YORK NY 10018
SOWON@GLORIAAPPAREL.COM

000116P002-1552S-021
GREENBERG TRAURIG LLP
ALAN J BRODY,ESQ
500 CAMPUS DRIVE STE 400
FLORHAM PARK NJ 07932
BRODYA@GTLAW.COM

000088P002-1552S-021
HAITI PREMIER APPAREL S.A.
MARIE FLORENCE BAKER
NO 18 RUE JEAN GILLES
ROUTE DE L'AEROPORT
PORT-AU-PRINCE
HAITI
MFBAKER@PBAPPAREL.COM

Case 24-10561-VFP    Doc 303    Filed 02/28/24    Entered 02/28/24 16:56:36    Desc Main
Careismatic Brands, LLC, et al.
Document    Page 5 of 12
Electronic Mail
Exhibit Pages

Page # : 2 of 5                                                                02/27/2024 03:39:16 PM

| | | | |
|---|---|---|---|
| 000102P001-1552S-021<br>HERBERT MINES ASSOCIATES INC<br>DANIEL HERSZAFT<br>600 LEXINGTON AVE<br>14TH FLOOR<br>NEW YORK NY 10022<br>DANIEL@HERBERTMINES.COM | 000090P001-1552S-021<br>HUAFANG COMPANY LTD<br>HUAFANG CO LIMITED BY SHARES<br>WANG CHAO<br>NO 819 HUANGHE 2 RD<br>BINZHOU SHANDONG<br>CHINA<br>WCHAO2128@163.COM | 000103P001-1552S-021<br>HYOSUNG TNC CORP<br>YF HYOSUNG TNC CORP<br>CHRIS<br>119 MAPODAERO<br>MAPO-GU<br>SEOUL  4144<br>KOREA<br>CHRIS@HYOSUNG.COM | 000098P001-1552S-021<br>INSIGHT DIRECT USA INC<br>TIM KILIAN<br>2701 E INSIGHT WAY<br>CHANDLER AZ 85286<br>TIM.KILIAN@INSIGHT.COM |
| 000040P001-1552S-021<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>WEBTEAM@AG.IOWA.GOV | 000040P001-1552S-021<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>CONSUMER@AG.IOWA.GOV | 000105P001-1552S-021<br>JEFFTEX MFG CO LTD<br>QU KWON<br>RM # 503 SAMHWA B/D<br>999-2 DAECHI-DONG<br>KANGNAM-GU SEOUL  135502<br>KOREA<br>JEFFKWON@JEFFTEX.COM | 003205P001-1552A-021<br>JPMORGAN CHASE BANK, NA<br>ANI GAZARYAN MATTHEW SWEETMAN JASON HORSTMAN<br>21600 OXNARD ST STE 370<br>WOODLAND HILLS CA 91367<br>ANI.GAZARYAN@CHASE.COM |
| 003205P001-1552A-021<br>JPMORGAN CHASE BANK, NA<br>ANI GAZARYAN MATTHEW SWEETMAN JASON HORSTMAN<br>21600 OXNARD ST STE 370<br>WOODLAND HILLS CA 91367<br>MATTHEW.J.SWEETMAN@CHASE.COM | 003205P001-1552A-021<br>JPMORGAN CHASE BANK, NA<br>ANI GAZARYAN MATTHEW SWEETMAN JASON HORSTMAN<br>21600 OXNARD ST STE 370<br>WOODLAND HILLS CA 91367<br>JASON.J.HORSTMAN@CHASE.COM | 000110P003-1552S-021<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>PMONTONI@KSLAW.COM | 000110P003-1552S-021<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>TSCRIVO@KSLAW.COM |
| 000110P003-1552S-021<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>MMUSCARA@KSLAW.COM | 000119P001-1552S-021<br>KING & SPALDING LLP<br>MATTHEW L WARREN<br>110 N WACKER DRIVE STE 3800<br>CHICAGO IL 60606<br>MWARREN@KSLAW.COM | 000081P001-1552S-021<br>LEOPARD TEXTILES HOLDING LTD<br>LEOPARD TEXTILES<br>ZHENJIANG STEVEN WU<br>ROOM A 19F<br>KIM CHUNG COMMERCIAL BUILDING<br>HONG KONG<br>CHINA<br>STEVEN@LEOPARDTEX.COM | 000120P001-1552S-021<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN KENDRICK TURNER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@LGBS.COM |
| 000100P001-1552S-021<br>LOGILITY INC<br>BILL WHALEN<br>470 E PACES FERRY RD<br>ATLANTA GA 30305<br>BWHALEN@LOGILITY.COM | 000043P001-1552S-021<br>LOUISIANA ATTORNEY GENERAL<br>JEFF LANDRY<br>PO BOX 94095<br>BATON ROUGE LA 70804-4095<br>CONSTITUENTSERVICES@AG.LOUISIANA.GOV | 000045P001-1552S-021<br>MARYLAND ATTORNEY GENERAL<br>ANTHONY G BROWN<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022<br>OAG@OAG.STATE.MD.US | 000046P001-1552S-021<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US |
| 000114P001-1552S-021<br>MCMANIMON SCOTLAND & BAUMANN LLC<br>ANTHONY SODONO III,ESQ<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM | 000115P001-1552S-021<br>MCMANIMON SCOTLAND & BAUMANN LLC<br>SARI B PLACONA,ESQ<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000087P001-1552S-021<br>MES UK LIMITED<br>KR MES UK LIMITED<br>AYDIN OZGUVEN<br>HALLSWELLE HOUSE<br>1 HALLSWELLE RD<br>LONDON  NW11 0DH<br>UNITED KINGDOM<br>AYDINO@SESBY.COM | 000079P001-1552S-021<br>MICHELMAN and ROBINSON LLP<br>ACCOUNTS RECEIVABLE ERI BURNS<br>10880 WILSHIRE BLVD 19TH FL<br>LOS ANGELES CA 90024-4101<br>EBURNS@MRLLP.COM |

Case 24-10561-VFP    Doc 303    Filed 02/28/24    Entered 02/28/24 16:56:36    Desc Main
Document    Page 6 of 12

Careismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 5                                                                                                                                                        02/27/2024 03:39:16 PM

| | | | |
|---|---|---|---|
| 000047P001-1552S-021<br>MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>PO BOX 30212<br>525 W OTTAWA ST<br>LANSING MI 48909-0212<br>MIAG@MI.GOV | 000023P001-1552S-021<br>MILBANK LLP<br>EVAN R FLECK<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>EFLECK@MILBANK.COM | 000024P001-1552S-021<br>MILBANK LLP<br>NELLY ALMEIDA<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>NALMEIDA@MILBANK.COM | 000117P001-1552S-021<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>ALEES@MILBANK.COM |
| 000117P001-1552S-021<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>RRUBIN@MILBANK.COM | 000117P001-1552S-021<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>CFENDRYCH@MILBANK.COM | 000051P001-1552S-021<br>MONTANA ATTORNEY GENERAL<br>AUSTIN KNUDSEN<br>215 N SANDERS THIRD FL<br>JUSTICE BLDG<br>HELENA MT 59620-1401<br>CONTACTDOJ@MT.GOV | 000052P001-1552S-021<br>NEBRASKA ATTORNEY GENERAL<br>MIKE HILGERS<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920<br>AGO.INFO.HELP@NEBRASKA.GOV |
| 000083P001-1552S-021<br>NEELKAMAL TRADERS FZCO<br>VITTAL RADHAKRISHNAN<br>S-60604 JEBEL ALI FREEZONE<br>PO BOX 262890<br>DUBAI<br>UNITED ARAB EMIRATES<br>VITTAL.RADHAKRISHNAN@NEELKAMAL.COM | 000053P001-1552S-021<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>AGINFO@AG.NV.GOV | 000054P001-1552S-021<br>NEW HAMPSHIRE ATTORNEY GENERAL<br>JOHN FORMELLA<br>NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301-6397<br>ATTORNEYGENERAL@DOJ.NH.GOV | 000059P001-1552S-021<br>NORTH DAKOTA ATTORNEY GENERAL<br>DREW WRIGLEY<br>600 E BLVD AVE<br>DEPT 125<br>BISMARCK ND 58505-0040<br>NDAG@ND.GOV |
| 000077P001-1552S-021<br>OFFICE OF THE US TRUSTEE<br>PETER D'AURIA<br>ONE NEWARK CENTER<br>1085 RAYMOND BLVD, STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV | 000101P001-1552S-021<br>ORACLE AMERICA INC NETSUITE<br>COLLECTIONS<br>2300 ORACLE WAY<br>AUSTIN TX 78741<br>COLLECTIONSTEAM_US@ORACLE.COM | 000062P001-1552S-021<br>OREGON ATTORNEY GENERAL<br>ELLEN F ROSENBLUM<br>OREGON DEPARTMENT OF JUSTICE<br>1162 CT ST NE<br>SALEM OR 97301-4096<br>FRED.BOSS@DOJ.STATE.OR.US | 000127P001-1552S-021<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRANDFORD J SANDLER; ROBERT J FEINSTEIN<br>780 THRID AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>BSANDLER@PSZJLAW.COM |
| 000127P001-1552S-021<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRANDFORD J SANDLER; ROBERT J FEINSTEIN<br>780 THRID AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>RFEINSTEIN@PSZJLAW.COM | 000128P001-1552S-021<br>PACHULSKI STANG ZIEHL & JONES LLP<br>TEDDY M KAPUR;CIA H MACKLE<br>780 THIRD AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>TKAPUR@PSZJLAW.COM | 000128P001-1552S-021<br>PACHULSKI STANG ZIEHL & JONES LLP<br>TEDDY M KAPUR;CIA H MACKLE<br>780 THIRD AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>CMACKLE@PSZJLAW.COM | 000112P002-1552S-021<br>PAUL HASTINGS LLP<br>JAYME GOLDSTEIN,ESQ<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>JAYMEGOLDSTEIN@PAULHASTINGS.COM |
| 000113P002-1552S-021<br>PAUL HASTINGS LLP<br>ALEX COTA;SAM LAWAND<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>ALEXCOTA@PAULHASTINGS.COM | 000113P002-1552S-021<br>PAUL HASTINGS LLP<br>ALEX COTA;SAM LAWAND<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>SAMLAWAND@PAULHASTINGS.COM | 000063P001-1552S-021<br>PENNSYLVANIA ATTORNEY GENERAL<br>MICHELLE HENRY<br>1600 STRAWBERRY SQUARE<br>16TH FL<br>HARRISBURG PA 17120<br>PRESS@ATTORNEYGENERAL.GOV | 000129P001-1552S-021<br>PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962<br>WJMARTIN@PBNLAW.COM |

Case 24-10561-VFP    Doc 303    Filed 02/28/24    Entered 02/28/24 16:56:36    Desc Main
Document    Page 7 of 12

Careismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 4 of 5                                                                                    02/27/2024 03:39:16 PM

| | | | |
|---|---|---|---|
| 000129P001-1552S-021<br>PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962<br>RAPARISI@PBNLAW.COM | 000129P001-1552S-021<br>PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962<br>CPMAZZA@PBNLAW.COM | 000094P001-1552S-021<br>RED BANKS CONSULTING INC<br>CASEY CARR<br>1079 CRAGMONT AVE<br>BERKELEY CA 94708<br>CCARR@REDBANKSCONSULTING.COM | 000121P002-1552S-021<br>REED SMITH LLP<br>JASON D ANGELO<br>506 CARNEGIE CENTER STE 300<br>PRINCETON NJ 08540<br>JANGELO@REEDSMITH.COM |
| 000131P001-1552S-021<br>RIKER DANZIG LLP<br>JOSEPH L SCHWARTZ;BRIAN M LAINE<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962-1981<br>JSCHWARTZ@RIKER.COM | 000131P001-1552S-021<br>RIKER DANZIG LLP<br>JOSEPH L SCHWARTZ;BRIAN M LAINE<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962-1981<br>BLAINE@RIKER.COM | 000109P001-1552S-021<br>ROPES & GRAY LLP<br>GREGG M. GALARDI<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>GREGG.GALARDI@ROPESGRAY.COM | 000109P001-1552S-021<br>ROPES & GRAY LLP<br>GREGG M. GALARDI<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>Randall.Bodner@ropesgray.com |
| 000109P001-1552S-021<br>ROPES & GRAY LLP<br>GREGG M. GALARDI<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>Anne.JohnsonPalmer@ropesgray.com | 000084P001-1552S-021<br>ROYAL APPAREL EPZ LIMITED<br>SUNIL BOJAN<br>UNIT 1 @ CAPITAL INDUSTRIAL PARK<br>ATHI RIVER TOWN<br>NAIROBI CENTRAL  00606<br>KENYA<br>SUNILBOJAN@ROYALAPPARELEPZ.COM | 000106P003-1552S-021<br>SADDLE CREEK CORPORATION<br>JULIE FREEZE<br>PO BOX 530614<br>ATLANTA GA 30353-0614<br>AR@SCLOGISTICS.COM | 003210P001-1552A-021<br>SCOTIA BANK<br>EMMAD AHMAD<br>750 - 650 WEST GEORGIA ST<br>VANCOUVER BC V6B 4N8<br>CANADA<br>EMMAD.AHMAD@SCOTIABANK.COM |
| 000080P001-1552S-021<br>SKADDEN ARPS SLATE MEAGHER and FLOM LLP<br>MIKE BENHAM<br>PO BOX 1764<br>WHITE PLAINS NY 10602<br>MIKE.BENHAM@SKADDEN.COM | 000066P001-1552S-021<br>SOUTH DAKOTA ATTORNEY GENERAL<br>MARTY JACKLEY<br>1302 EAST HIGHWAY 14<br>STE 1<br>PIERRE SD 57501-8501<br>INFO@MARTYJACKLEY.COM | 000086P001-1552S-021<br>TAY SON GARMENT JOINT STOCK CO<br>MISS THAO LE<br>PHU XUAN WARD<br>PHU PHONG TOWN TAY SON DISTRICT<br>BINH DIHN<br>VIETNAM<br>THAO.LE@COMTEXTILE.COM.VN | 000096P001-1552S-021<br>THANH TRUC GARMENT IMP EXP CO LTD<br>DT THANH TRUC GARMENT IMP/EXP CO LTD<br>TOM NGUYEN<br>NO 61 A NGUYEN THI BAY ST<br>WARD 6<br>TAN AN LONG AN<br>VIETNAM<br>TOMTT@HCM.VNN.VN |
| 000097P001-1552S-021<br>THE SOURCING PLACE LTD<br>GEORGE ZHANG<br>UNIT D-E 31ST FLOOR FORD GLORY PLAZA<br>37-39 WING HONG ST KOWLONG<br>HONG KONG<br>HONG KONG<br>GEORGE@SUNTEXIND.COM | 000134P001-1552S-021<br>TN DEPT OF REVENUE<br>GINA BAKER HANTEL,SEN ASSISTANT ATTORNEY GEN<br>TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION<br>P O BOX 20207<br>NASHVILLE TN 37202-0207<br>GINA.HANTEL@AG.TN.GOV | 000008P002-1552S-021<br>UNITED STATES TRUSTEE<br>FRAN STEELE<br>ONE NEWARK CENTER<br>1085 RAYMOND BLVD, STE 2100<br>NEWARK NJ 07102<br>FRAN.B.STEELE@USDOJ.GOV | 003206P001-1552A-021<br>US BANK<br>ANI JINIAN<br>21700 OXNARD ST STE 120<br>WOODLAND HILLS CA 91367<br>ANI.JINIAN@USBANK.COM |
| 000069P001-1552S-021<br>UTAH ATTORNEY GENERAL<br>SEAN D REYES<br>UTAH STATE CAPITOL COMPLEX<br>350 NORTH STATE ST STE 230<br>SALT LAKE CITY UT 84114-2320<br>UAG@AGUTAH.GOV | 000099P001-1552S-021<br>VITALITY STAFFING SOLUTIONS LLC<br>MELISSA BAEZ<br>PO BOX 823461<br>PHILADEPHIA PA 19182<br>MBAEZ@VITALITYSTAFFING.COM | 003203P001-1552A-021<br>WELLS FARGO<br>JENNIFER CLOSS<br>190 RIVER RD 1ST FL<br>SUMMIT NJ 07901<br>JENNIFER.CLOSS@WELLSFARGO.COM | 000074P002-1552S-021<br>WISCONSIN ATTORNEY GENERAL<br>WISCONSIN DEPT. OF JUSTICE<br>ATTN: BANKRUPTCY DEPARTMENT<br>17 WEST MAIN STREET<br>P.O. BOX 7857<br>MADISON WI 53707<br>DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US |

Case 24-10561-VFP    Doc 303    Filed 02/28/24    Entered 02/28/24 16:56:36    Desc Main
Document    Page 8 of 12
Cardsmatic Brands, LLC, et al.
Electronic Mail
**Exhibit Pages**

Page # : 5 of 5                                                                                  02/27/2024 03:39:16 PM

000122P001-1552S-021
WOMBLE BOND DICKINSON (US) LLP
KEVIN J MANGAN
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
KEVIN.MANGAN@WBD-US.COM

000130P001-1552S-021
WOMBLE BOND DICKINSON (US) LLP
WOJCIECH F JUNG
950 THIRD AVE.,STE 2400
NEW YORK NY 10022
WOJCIECH.JUNG@WBD-US.COM

Records Printed :    **98**

# EXHIBIT 2

| | | | |
|---|---|---|---|
| 000025P001-1552S-021<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 | 000093P001-1552S-021<br>AMERICAN EXPRESS<br>TRAVEL RELATED SERVICES CO INC<br>SHAD ALDRICH<br>PO BOX 360001<br>FORT LAUDERDALE FL 33336-0001 | 000132P001-1552S-021<br>ANGELA MENDOZA<br>14906 HUBBARD STREET<br>SYLMAR CA 91342 | 000010P001-1552S-021<br>ATTORNEY GENERAL<br>UNITED STATES DEPT OF JUSTICE<br>BEN FRANKLIN STATION<br>PO BOX 683<br>WASHINGTON DC 20044 |
| 000123P001-1552S-021<br>BALL UP LLC<br>ROBERT KEETCH<br>P O BOX 100748<br>FORT WORTH TX 76185 | 003211P001-1552A-021<br>BANK OF AMERICA<br>BANKRUPTCY DEPT<br>BANK OF AMERICA CORPORATE CTR<br>100 NORTH TRYON ST<br>CHARLOTTE NC 28255 | 003204P001-1552A-021<br>BARCLAYS BANK PLC<br>BANKRUPTCY DEPT<br>200 PK AVE W FL 3<br>NEW YORK NY 10038 | 003204S001-1552A-021<br>BARCLAYS BANK PLC<br>BANKRUPTCY DEPT<br>1 CHURCHILL PL<br>LONDON  E14 5HP<br>UNITED KINGDOM |
| 003204S002-1552A-021<br>BARCLAYS BANK PLC<br>BANKRUPTCY DEPT<br>SOM 1 BUILDING, 2ND FL<br>GUSTAV-MAHLERLAAN 36<br>AMSTERDAM  1082 MC<br>THE NETHERLANDS | 003208P001-1552A-021<br>BMO HARRIS BANK<br>BANKRUPTCY DEPT<br>320 S CANAL ST<br>CHICAGO IL 60606 | 000029P001-1552S-021<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 003209P001-1552A-021<br>CHINA CONSTRUCTION AMERICA<br>BANKRUPTCY DEPT<br>445 SOUTH ST<br>STE 310<br>MORRISTOWN NJ 07960 |
| 003209S001-1552A-021<br>CHINA CONSTRUCTION AMERICA<br>BANKRUPTCY DEPT<br>NO25 FINANCE ST<br>XICHENG DISTRICT<br>BEIJENG<br>CHINA | 000124P001-1552S-021<br>CORDIAL EXPERIENCE INC<br>KATIE CHANDLER<br>402 W BROADWAY STE 700<br>SAN DIEGO CA 92101 | 000021P001-1552S-021<br>DEPT OF HEALTH AND SENIOR SVC<br>OFFICE OF LEGAL AND REG COMPLIANCE<br>JOHN FITCH PLAZA<br>PO BOX 360<br>TRENTON NJ 08625-0360 | 003202S001-1552A-021<br>EAST WEST BANK<br>BANKRUPTCY DEPT<br>555 MONTGOMERY ST<br>10TH FL<br>SAN FRANCISCO CA 94111 |
| 000015P001-1552S-021<br>ENVIRONMENTAL PROTECTION AGENCY<br>REGION 2<br>290 BROADWAY<br>17TH FLOOR<br>NEW YORK NY 10007-1866 | 000034P001-1552S-021<br>FLORIDA ATTORNEY GENERAL<br>ASHLEY MOODY<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 | 000035P001-1552S-021<br>GEORGIA ATTORNEY GENERAL<br>CHRISTOPHER M CARR<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 | 000036P001-1552S-021<br>HAWAII ATTORNEY GENERAL<br>ANNE E LOPEZ<br>425 QUEEN ST<br>HONOLULU HI 96813 |
| 003212P001-1552A-021<br>HDFC BANK<br>BANKRUPTCY DEPT<br>HDFC HOUSE H T PAREKH MARG 165166<br>BACKBAY RECLAMATION CHURCHGATE<br>MUMBAI  400 020<br>INDIA | 003212S001-1552A-021<br>HDFC BANK<br>BANKRUPTCY DEPT<br>570 LEXINGTON AVE 44TH FL<br>NEW YORK NY 10022 | 000104P001-1552S-021<br>HIRSCH SOLUTIONS INC<br>CHERYL ROBBINS<br>490 WHEELER RD STE 285<br>HAUPPAUGE NY 11788 | 000037P001-1552S-021<br>IDAHO ATTORNEY GENERAL<br>RAUL R LABRADOR<br>700 W JEFFERSON ST<br>PO BOX 83720<br>BOISE ID 83720-1000 |
| 000038P001-1552S-021<br>ILLINOIS ATTORNEY GENERAL<br>KWAME RAOUL<br>JAMES R THOMPSON CTR<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | 000039P001-1552S-021<br>INDIANA ATTORNEY GENERAL<br>TODD ROKITA<br>INDIANA GOVERNMENT CTR SOUTH<br>302 WEST WASHINGTON ST 5TH FL<br>INDIANAPOLIS IN 46204-2770 | 000011P001-1552S-021<br>INTERNAL REVENUE SVC<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000012P001-1552S-021<br>INTERNAL REVENUE SVC<br>2970 MARKET ST<br>MAIL STOP 5-Q30133<br>PHILADELPHIA PA 19104-5016 |

| 000111P001-1552S-021 | 003205S001-1552A-021 | 003207P001-1552A-021 | 000041P001-1552S-021 |
| --- | --- | --- | --- |
| JEFFERIES FINANCE LLC | JPMORGAN CHASE BANK, NA | JPMORGAN CHASE BANK, NA | KANSAS ATTORNEY GENERAL |
| 520 MADISON AVENUE | DEMETRIUS ROBERTS | BANKRUPTCY DEPT | KRIS W KOBACH |
| NEW YORK NY 10022 | 560 MISSION ST FL 4 | 270 PK AVE | 120 SW 10TH AVE |
|  | SAN FRANCISCO CA 94105 | NEW YORK NY 10017 | 2ND FL |
|  |  |  | TOPEKA KS 66612-1597 |

| 000042P001-1552S-021 | 000125P001-1552S-021 | 000044P001-1552S-021 | 000048P001-1552S-021 |
| --- | --- | --- | --- |
| KENTUCKY ATTORNEY GENERAL | KOI DESIGN LLC | MAINE ATTORNEY GENERAL | MINNESOTA ATTORNEY GENERAL |
| DANIEL CAMERON | JEREMY HUSK | AARON FREY | KEITH ELLISON |
| 700 CAPITOL AVE | 20600 GRAMERCY PL #101 | 6 STATE HOUSE STATION | 1400 BREMER TOWER |
| CAPITAL BLDG STE 118 | TORRANCE CA 90501 | AUGUSTA ME 04333 | 445 MINNESOTA ST |
| FRANKFORT KY 40601 |  |  | ST. PAUL MN 55101-2131 |

| 000049P001-1552S-021 | 000050P001-1552S-021 | 000092P001-1552S-021 | 000055P001-1552S-021 |
| --- | --- | --- | --- |
| MISSISSIPPI ATTORNEY GENERAL | MISSOURI ATTORNEY GENERAL | MOODY'S INVESTORS SVC | NEW JERSEY ATTORNEY GENERAL |
| LYNN FITCH | ANDREW BAILEY | DONNA HAMRAH | MATTHEW J PLATKIN |
| WALTER SILLERS BLDG | SUPREME CT BLDG | PO BOX 102597 | RICHARD J HUGHES JUSTICE COMPLEX |
| 550 HIGH ST STE 1200 | 207 W HIGH ST | ATLANTA GA 30368-0597 | 25 MARKET ST 8TH FL WEST WING |
| JACKSON MS 39201 | JEFFERSON CITY MO 65101 |  | TRENTON NJ 08625 |

| 000017P001-1552S-021 | 000022P001-1552S-021 | 000018P001-1552S-021 | 000019P001-1552S-021 |
| --- | --- | --- | --- |
| NEW JERSEY ATTORNEY GENERAL OFFICE | NEW JERSEY DEPT OF HUMAN SVC | NEW JERSEY DIVISION OF TAXATION | NEW JERSEY MOTOR VEHICLE COMMISSION |
| DIVISION OF LAW | OFFICE OF LEGAL AND REG AFFAIRS | COMPLIANCE AND ENFORCEMENT | ADMINISTRATIVE UNIT |
| RICHARD J HUGHES JUSTICE COMPLEX | 222 SOUTH WARREN ST | BANKRUPTCY UNIT | 225 EAST STATE ST |
| 25 MARKET ST PO BOX 112 | PO BOX 700 | 3 JOHN FITCH WAY 5TH FLOOR | PO BOX 136 |
| TRENTON NJ 08625-0112 | TRENTON NJ 08625-0700 | PO BOX 245 | TRENTON NJ 08666 |
|  |  | TRENTON NJ 08695-0245 |  |

| 000056P001-1552S-021 | 000057P001-1552S-021 | 000020P001-1552S-021 | 000058P001-1552S-021 |
| --- | --- | --- | --- |
| NEW MEXICO ATTORNEY GENERAL | NEW YORK ATTORNEY GENERAL | NJ DEPT OF ENVIRONMENTAL PROTECTION | NORTH CAROLINA ATTORNEY GENERAL |
| RAUL TORREZ | LETITIA JAMES | OFC OF RECORDS ACCESS | JOSH STEIN |
| 408 GLISTEO ST | DEPT OF LAW | BANKR COORD | DEPT OF JUSTICE |
| VILLAGRA BLDG | THE CAPITOL 2ND FL | 401 EAST STATE ST 6TH FLR. WEST | PO BOX 629 |
| SANTA FE NM 87501 | ALBANY NY 12224-0341 | PO BOX 420 MAIL CODE 401-06Q | RALEIGH NC 27602-0629 |
|  |  | TRENTON NJ 08625-0420 |  |

| 000060P001-1552S-021 | 000061P001-1552S-021 | 000064P001-1552S-021 | 003210S001-1552A-021 |
| --- | --- | --- | --- |
| OHIO ATTORNEY GENERAL | OKLAHOMA ATTORNEY GENERAL | RHODE ISLAND ATTORNEY GENERAL | SCOTIA BANK |
| DAVID ANTHONY YOST | GENTNER DRUMMOND | PETER F NERONHA | BANKRUPTCY DEPT |
| STATE OFFICE TOWER | 313 NE 21ST ST | 150 S MAIN ST | 1709 HOLLIS ST |
| 30 E BROAD ST 14TH FL | OKLAHOMA CITY OK 73105 | PROVIDENCE RI 02903 | HALIFAX NS B3J 1W1 |
| COLUMBUS OH 43431 |  |  | CANADA |

| 000013P001-1552S-021 | 000014P001-1552S-021 | 000065P001-1552S-021 | 003201P001-1552A-021 |
| --- | --- | --- | --- |
| SECURITIES EXCHANGE COMMISSION | SOCIAL SECURITY ADMINISTRATION | SOUTH CAROLINA ATTORNEY GENERAL | STANDARD CHARTER |
| NEW YORK REGIONAL OFFICE | OFFICE OF THE GEN. COUNSEL | ALAN WILSON | BANKRUPTCY DEPT |
| 100 PEARL ST | OFC OF PROGRAM LITIGATION BANKRUPTCY | REMBERT C DENNIS OFFICE BLDG | 1095 AVE OF THE AMERICAS STE 33H |
| STE 20-100 | 6401 SECURITY BLVD | 1000 ASSEMBLY ST RM 519 | NEW YORK NY 10036-6797 |
| NEW YORK NY 10004-2616 | BALTIMORE MD 21235 | COLUMBIA SC 29211-1549 |  |

| 000067P001-1552S-021 | 000068P001-1552S-021 | 000091P001-1552S-021 | 000078P001-1552S-021 |
|---|---|---|---|
| TENNESSEE ATTORNEY GENERAL | TEXAS ATTORNEY GENERAL | TIANJIN HAOCHENG INT LOGISTICS CO LTD | UBS AG, STAMFORD BRANCH |
| JONATHAN SKRMETTI | KEN PAXTON | NO 65 ZIJINSHAN RD | AS COLLATERAL AGENT |
| PO BOX 20207 | 300 W 15TH ST | ROOM 2-1302 NO.2. ZIGUIYUAN | 600 WASHINGTON BLVD |
| NASHVILLE TN 37202-0207 | AUSTIN TX 78701 | HEXI DISTRICT TIANJIN  300061 | 9TH FLOOR |
|  |  | CHINA | STAMFORD CT '06901 |

| 000009P001-1552S-021 | 003206S001-1552A-021 | 000016P001-1552S-021 | 000071P001-1552S-021 |
|---|---|---|---|
| UNITED STATES ATTORNEY | US BANK | US SMALL BUSINESS ADMINISTRATION | VIRGINIA ATTORNEY GENERAL |
| DISTRICT OF NEW JERSEY | BANKRUPTCY DEPT | DISTRICT COUNSEL | JASON MIYARES |
| PETER RODINO FEDERAL BUILDING | 800 NICOLLET MALL FL TWO | TWO GATEWAY CENTER | 202 NORTH NINTH ST |
| 970 BROAD ST STE 700 | MINNEAPOLIS MN 55402 | STE 1002 | RICHMOND VA 23219 |
| NEWARK NJ 07102 |  | NEWARK NJ 07102 |  |

| 000072P001-1552S-021 | 003203S001-1552A-021 | 000073P001-1552S-021 | 000075P001-1552S-021 |
|---|---|---|---|
| WASHINGTON ATTORNEY GENERAL | WELLS FARGO | WEST VIRGINIA ATTORNEY GENERAL | WYOMING ATTORNEY GENERAL |
| BOB FERGUSON | BANKRUPTCY DEPT | PATRICK MORRISEY | BRIDGET HILL |
| 1125 WASHINGTON ST SE | 420 MONTGOMERY ST | STATE CAPITOL COMPLEX | 200 W 24TH ST |
| PO BOX 40100 | SAN FRANCISCO CA 94104 | BLDG 1 RM E26 | STATE CAPITOL BLDG RM 123 |
| OLYMPIA WA 98504-0100 |  | CHARLESTON WV 25305-0220 | CHEYENNE WY 82002 |

Records Printed :   68