**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREISMATIC BRANDS, LLC, *et al.*, | Case No. 24-10561 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                         )  ss:
COUNTY OF NEW YORK  )

I, Delicia A. Chung, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 48 Wall Street, New York, NY 10005.

3. On the 27th day of February 2024, DRC, at my direction and under my supervision, caused to serve the following documents:

    i. *Debtors' Witness and Exhibit List for Hearing Scheduled for February 29, 2024 at 10:00 a.m. (ET)* [Docket No. 287]; and

    ii. *Notice of Agenda of Matters Scheduled to Be Heard on February 29, 2024 at 10:00 a.m. (ET)* [Docket No. 290],

via electronic mail upon the parties as set forth on Exhibit 1, attached hereto.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 28th day of February 2024, New York, New York.

_____
Delicia A. Chung

Sworn before me this
28th day of February 2024

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

Case 24-10561-VFP    Doc 304    Filed 02/28/24    Entered 02/28/24 17:00:44    Desc Main
Document    Page 4 of 7

Cardsmatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 4                                                                                                              02/27/2024 03:32:25 PM

000026P001-1552S-022
ALASKA ATTORNEY GENERAL
TREG R TAYLOR
1031 W 4TH AVE
STE 200
ANCHORAGE AK 99501-1994
ATTORNEY.GENERAL@ALASKA.GOV

000027P001-1552S-022
ARIZONA ATTORNEY GENERAL
KRIS MAYES
1275 WEST WASHINGTON ST
PHOENIX AZ 85007
AGINFO@AZAG.GOV

000028P001-1552S-022
ARKANSAS ATTORNEY GENERAL
TIM GRIFFIN
323 CTR ST
STE 200
LITTLE ROCK AR 72201-2610
OAG@ARKANSASAG.GOV

000108P001-1552S-022
BALL UP LLC
HUESTON HENNIGAN LLP
ROBERT KLIEGER
523 WEST 6TH ST STE 400
LOS ANGELES CA 90014
RKLIEGER@HUESTON.COM

000107P003-1552S-022
BARCO UNIFORMS INC.
ATTN: JANE FOWLER
350 WEST ROSECRANS AVE
GARDENA CA 90248
JANE.FOWLER@BARCOUNIFORMS.COM

000126P001-1552S-022
BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M CHRISTIANSON,ESQ
425 MARKET ST.,STE 2900
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

000030P001-1552S-022
COLORADO ATTORNEY GENERAL
PHIL WEISER
RALPH L CARR COLORADO JUDICIAL CTR
1300 BROADWAY 10TH FL
DENVER CO 80203
CORA.REQUEST@COAG.GOV

000085P001-1552S-022
COMTRADING APPAREL DMCC
MISS THAO LE
JUMEIRAH LAKES TOWERS UNIT 302-08
JUMEIRAH BAY 2 PLOT JLT-PH2-X2A
DUBAI
UNITED ARAB EMIRATES
THAO.LE@COMTEXTILE.COM.VN

000031P001-1552S-022
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120
ATTORNEY.GENERAL@CT.GOV

000089P001-1552S-022
CORDIAL EXPERIENCE INC
402 W BROADWAY
STE 700
SAN DIEGO CA 92101
BILLING@CORDIAL.COM

000076P003-1552S-022
DAVIS POLK & WARDWELL
BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN
450 LEXINGTON AVENUE
NEW YORK NY 10017
BRIAN.RESNICK@DAVISPOLK.COM

000076P003-1552S-022
DAVIS POLK & WARDWELL
BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN
450 LEXINGTON AVENUE
NEW YORK NY 10017
MICHAEL.PERA@DAVISPOLK.COM

000076P003-1552S-022
DAVIS POLK & WARDWELL
BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN
450 LEXINGTON AVENUE
NEW YORK NY 10017
AUDREY.YOUN@DAVISPOLK.COM

000032P001-1552S-022
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000033P001-1552S-022
DISTRICT OF COLUMBIA ATTORNEY GENERAL
BRIAN SCHWALB
400 6TH ST NW
WASHINGTON DC 20001
OAG@DC.GOV

000082P001-1552S-022
DUCTHANH GARMENT IMPORT EXPORT CO LTD
TI - DUCTHANH IMPORT EXPORT CO LTD
MONGHANH
18 TRAN HUNG DAO
MY THOI WARD
LONG XUYEN CITY AG
VIETNAM
KETOANDUCTHANHAG@HCM.VNN.VN

000133P001-1552S-022
FOX ROTHSCHILD LLP
MARK E HALL.ESQ
49 MARKET ST
MORRISTOWN NJ 07960
MHALL@FOXROTHSCHILD.COM

000118P001-1552S-022
GIBBONS P.C.
ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY
ONE GATEWAY CENTER
NEWARK NJ 07102-5310
RMALONE@GIBBONSLAW.COM

000118P001-1552S-022
GIBBONS P.C.
ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY
ONE GATEWAY CENTER
NEWARK NJ 07102-5310
BTHEISEN@GIBBONSLAW.COM

000118P001-1552S-022
GIBBONS P.C.
ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY
ONE GATEWAY CENTER
NEWARK NJ 07102-5310
KMCEVILLY@GIBBONSLAW.COM

000095P001-1552S-022
GLORIA APPAREL INC
SOWON YOON
500 7TH AVE 8TH FL STE 124
NEW YORK NY 10018
SOWON@GLORIAAPPAREL.COM

000116P002-1552S-022
GREENBERG TRAURIG LLP
ALAN J BRODY.ESQ
500 CAMPUS DRIVE STE 400
FLORHAM PARK NJ 07932
BRODYA@GTLAW.COM

000088P002-1552S-022
HAITI PREMIER APPAREL S.A.
MARIE FLORENCE BAKER
NO 18 RUE JEAN GILLES
ROUTE DE L'AEROPORT
PORT-AU-PRINCE
HAITI
MFBAKER@PBAPPAREL.COM

000102P001-1552S-022
HERBERT MINES ASSOCIATES INC
DANIEL HERSZAFT
600 LEXINGTON AVE
14TH FLOOR
NEW YORK NY 10022
DANIEL@HERBERTMINES.COM

Case 24-10561-VFP    Doc 304    Filed 02/28/24    Entered 02/28/24 17:00:44    Desc Main
Document    Page 5 of 7

Case 24-10561-VFP  Careismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 4                                                                02/27/2024 03:32:25 PM

| | | | |
|---|---|---|---|
| 000090P001-1552S-022<br>HUAFANG COMPANY LTD<br>HUAFANG CO LIMITED BY SHARES<br>WANG CHAO<br>NO 819 HUANGHE 2 RD<br>BINZHOU SHANDONG<br>CHINA<br>WCHAO2128@163.COM | 000103P001-1552S-022<br>HYOSUNG TNC CORP<br>YF HYOSUNG TNC CORP<br>CHRIS<br>119 MAPODAERO<br>MAPO-GU<br>SEOUL  4144<br>KOREA<br>CHRIS@HYOSUNG.COM | 000098P001-1552S-022<br>INSIGHT DIRECT USA INC<br>TIM KILIAN<br>2701 E INSIGHT WAY<br>CHANDLER AZ 85286<br>TIM.KILIAN@INSIGHT.COM | 000040P001-1552S-022<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>WEBTEAM@AG.IOWA.GOV |
| 000040P001-1552S-022<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>CONSUMER@AG.IOWA.GOV | 000105P001-1552S-022<br>JEFFTEX MFG CO LTD<br>QU KWON<br>RM # 503 SAMHWA B/D<br>999-2 DAECHI-DONG<br>KANGNAM-GU SEOUL  135502<br>KOREA<br>JEFFKWON@JEFFTEX.COM | 000110P003-1552S-022<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>PMONTONI@KSLAW.COM | 000110P003-1552S-022<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>TSCRIVO@KSLAW.COM |
| 000110P003-1552S-022<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>MMUSCARA@KSLAW.COM | 000119P001-1552S-022<br>KING & SPALDING LLP<br>MATTHEW L WARREN<br>110 N WACKER DRIVE STE 3800<br>CHICAGO IL 60606<br>MWARREN@KSLAW.COM | 000081P001-1552S-022<br>LEOPARD TEXTILES HOLDING LTD<br>LEOPARD TEXTILES<br>ZHENJIANG STEVEN WU<br>ROOM A 19F<br>KIM CHUNG COMMERCIAL BUILDING<br>HONG KONG<br>CHINA<br>STEVEN@LEOPARDTEX.COM | 000120P001-1552S-022<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN KENDRICK TURNER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@LGBS.COM |
| 000100P001-1552S-022<br>LOGILITY INC<br>BILL WHALEN<br>470 E PACES FERRY RD<br>ATLANTA GA 30305<br>BWHALEN@LOGILITY.COM | 000043P001-1552S-022<br>LOUISIANA ATTORNEY GENERAL<br>JEFF LANDRY<br>PO BOX 94095<br>BATON ROUGE LA 70804-4095<br>CONSTITUENTSERVICES@AG.LOUISIANA.GOV | 000045P001-1552S-022<br>MARYLAND ATTORNEY GENERAL<br>ANTHONY G BROWN<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022<br>OAG@OAG.STATE.MD.US | 000046P001-1552S-022<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US |
| 000114P001-1552S-022<br>MCMANIMON SCOTLAND & BAUMANN LLC<br>ANTHONY SODONO III,ESQ<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM | 000115P001-1552S-022<br>MCMANIMON SCOTLAND & BAUMANN LLC<br>SARI B PLACONA,ESQ<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000087P001-1552S-022<br>MES UK LIMITED<br>KR MES UK LIMITED<br>AYDIN OZGUVEN<br>HALLSWELLE HOUSE<br>1 HALLSWELLE RD<br>LONDON  NW11 0DH<br>UNITED KINGDOM<br>AYDINO@SESBY.COM | 000079P001-1552S-022<br>MICHELMAN and ROBINSON LLP<br>ACCOUNTS RECEIVABLE ERI BURNS<br>10880 WILSHIRE BLVD 19TH FL<br>LOS ANGELES CA 90024-4101<br>EBURNS@MRLLP.COM |
| 000047P001-1552S-022<br>MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>PO BOX 30212<br>525 W OTTAWA ST<br>LANSING MI 48909-0212<br>MIAG@MI.GOV | 000023P001-1552S-022<br>MILBANK LLP<br>EVAN R FLECK<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>EFLECK@MILBANK.COM | 000024P001-1552S-022<br>MILBANK LLP<br>NELLY ALMEIDA<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>NALMEIDA@MILBANK.COM | 000117P001-1552S-022<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>ALEES@MILBANK.COM |

Case 24-10561-VFP    Doc 304    Filed 02/28/24    Entered 02/28/24 17:00:44    Desc Main
Document    Page 6 of 7

Careismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 4                                                                02/27/2024 03:32:25 PM

000117P001-1552S-022
MILBANK LLP
ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH
55 HUDSON YARDS
NEW YORK NY 10001-2163
RRUBIN@MILBANK.COM

000117P001-1552S-022
MILBANK LLP
ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH
55 HUDSON YARDS
NEW YORK NY 10001-2163
CFENDRYCH@MILBANK.COM

000051P001-1552S-022
MONTANA ATTORNEY GENERAL
AUSTIN KNUDSEN
215 N SANDERS THIRD FL
JUSTICE BLDG
HELENA MT 59620-1401
CONTACTDOJ@MT.GOV

000052P001-1552S-022
NEBRASKA ATTORNEY GENERAL
MIKE HILGERS
2115 STATE CAPITOL
LINCOLN NE 68509-8920
AGO.INFO.HELP@NEBRASKA.GOV

000083P001-1552S-022
NEELKAMAL TRADERS FZCO
VITTAL RADHAKRISHNAN
S-60604 JEBEL ALI FREEZONE
PO BOX 262890
DUBAI
UNITED ARAB EMIRATES
VITTAL.RADHAKRISHNAN@NEELKAMAL.COM

000053P001-1552S-022
NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME CT BLDG
100 N CARSON ST
CARSON CITY NV 89701
AGINFO@AG.NV.GOV

000054P001-1552S-022
NEW HAMPSHIRE ATTORNEY GENERAL
JOHN FORMELLA
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397
ATTORNEYGENERAL@DOJ.NH.GOV

000059P001-1552S-022
NORTH DAKOTA ATTORNEY GENERAL
DREW WRIGLEY
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040
NDAG@ND.GOV

000077P001-1552S-022
OFFICE OF THE US TRUSTEE
PETER D'AURIA
ONE NEWARK CENTER
1085 RAYMOND BLVD, STE 2100
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000101P001-1552S-022
ORACLE AMERICA INC NETSUITE
COLLECTIONS
2300 ORACLE WAY
AUSTIN TX 78741
COLLECTIONSTEAM_US@ORACLE.COM

000062P001-1552S-022
OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPARTMENT OF JUSTICE
1162 CT ST NE
SALEM OR 97301-4096
FRED.BOSS@DOJ.STATE.OR.US

000127P001-1552S-022
PACHULSKI STANG ZIEHL & JONES LLP
BRANDFORD J SANDLER; ROBERT J FEINSTEIN
780 THRID AVE.,34TH FLOOR
NEW YORK NY 10017
BSANDLER@PSZJLAW.COM

000127P001-1552S-022
PACHULSKI STANG ZIEHL & JONES LLP
BRANDFORD J SANDLER; ROBERT J FEINSTEIN
780 THRID AVE.,34TH FLOOR
NEW YORK NY 10017
RFEINSTEIN@PSZJLAW.COM

000128P001-1552S-022
PACHULSKI STANG ZIEHL & JONES LLP
TEDDY M KAPUR;CIA H MACKLE
780 THIRD AVE.,34TH FLOOR
NEW YORK NY 10017
TKAPUR@PSZJLAW.COM

000128P001-1552S-022
PACHULSKI STANG ZIEHL & JONES LLP
TEDDY M KAPUR;CIA H MACKLE
780 THIRD AVE.,34TH FLOOR
NEW YORK NY 10017
CMACKLE@PSZJLAW.COM

000112P002-1552S-022
PAUL HASTINGS LLP
JAYME GOLDSTEIN,ESQ
200 PARK AVENUE
NEW YORK NY 10166
JAYMEGOLDSTEIN@PAULHASTINGS.COM

000113P002-1552S-022
PAUL HASTINGS LLP
ALEX COTA;SAM LAWAND
200 PARK AVENUE
NEW YORK NY 10166
ALEXCOTA@PAULHASTINGS.COM

000113P002-1552S-022
PAUL HASTINGS LLP
ALEX COTA;SAM LAWAND
200 PARK AVENUE
NEW YORK NY 10166
SAMLAWAND@PAULHASTINGS.COM

000063P001-1552S-022
PENNSYLVANIA ATTORNEY GENERAL
MICHELLE HENRY
1600 STRAWBERRY SQUARE
16TH FL
HARRISBURG PA 17120
PRESS@ATTORNEYGENERAL.GOV

000129P001-1552S-022
PORZIO BROMBERG & NEWMAN PC
WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M
100 SOUTHGATE PARKWAY
P O BOX 1997
MORRISTOWN NJ 07962
WJMARTIN@PBNLAW.COM

000129P001-1552S-022
PORZIO BROMBERG & NEWMAN PC
WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M
100 SOUTHGATE PARKWAY
P O BOX 1997
MORRISTOWN NJ 07962
RAPARISI@PBNLAW.COM

000129P001-1552S-022
PORZIO BROMBERG & NEWMAN PC
WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M
100 SOUTHGATE PARKWAY
P O BOX 1997
MORRISTOWN NJ 07962
CPMAZZA@PBNLAW.COM

000094P001-1552S-022
RED BANKS CONSULTING INC
CASEY CARR
1079 CRAGMONT AVE
BERKELEY CA 94708
CCARR@REDBANKSCONSULTING.COM

000121P002-1552S-022
REED SMITH LLP
JASON D ANGELO
506 CARNEGIE CENTER STE 300
PRINCETON NJ 08540
JANGELO@REEDSMITH.COM

Case 24-10561-VFP    Doc 304    Filed 02/28/24    Entered 02/28/24 17:00:44    Desc Main
Document    Page 7 of 7

Careismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 4 of 4                                                                                                    02/27/2024 03:32:25 PM

000131P001-1552S-022
RIKER DANZIG LLP
JOSEPH L SCHWARTZ;BRIAN M LAINE
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN NJ 07962-1981
JSCHWARTZ@RIKER.COM

000131P001-1552S-022
RIKER DANZIG LLP
JOSEPH L SCHWARTZ;BRIAN M LAINE
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN NJ 07962-1981
BLAINE@RIKER.COM

000109P001-1552S-022
ROPES & GRAY LLP
GREGG M. GALARDI
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704
GREGG.GALARDI@ROPESGRAY.COM

000109P001-1552S-022
ROPES & GRAY LLP
GREGG M. GALARDI
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704
Randall.Bodner@ropesgray.com

000109P001-1552S-022
ROPES & GRAY LLP
GREGG M. GALARDI
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704
Anne.JohnsonPalmer@ropesgray.com

000084P001-1552S-022
ROYAL APPAREL EPZ LIMITED
SUNIL BOJAN
UNIT 1 @ CAPITAL INDUSTRIAL PARK
ATHI RIVER TOWN
NAIROBI CENTRAL  00606
KENYA
SUNILBOJAN@ROYALAPPARELEPZ.COM

000106P003-1552S-022
SADDLE CREEK CORPORATION
JULIE FREEZE
PO BOX 530614
ATLANTA GA 30353-0614
AR@SCLOGISTICS.COM

000080P001-1552S-022
SKADDEN ARPS SLATE MEAGHER and FLOM LLP
MIKE BENHAM
PO BOX 1764
WHITE PLAINS NY 10602
MIKE.BENHAM@SKADDEN.COM

000066P001-1552S-022
SOUTH DAKOTA ATTORNEY GENERAL
MARTY JACKLEY
1302 EAST HIGHWAY 14
STE 1
PIERRE SD 57501-8501
INFO@MARTYJACKLEY.COM

000086P001-1552S-022
TAY SON GARMENT JOINT STOCK CO
MISS THAO LE
PHU XUAN WARD
PHU PHONG TOWN TAY SON DISTRICT
BINH DIHN
VIETNAM
THAO.LE@COMTEXTILE.COM.VN

000096P001-1552S-022
THANH TRUC GARMENT IMP EXP CO LTD
DT THANH TRUC GARMENT IMP/EXP CO LTD
TOM NGUYEN
NO 61 A NGUYEN THI BAY ST
WARD 6
TAN AN LONG AN
VIETNAM
TOMTT@HCM.VNN.VN

000097P001-1552S-022
THE SOURCING PLACE LTD
GEORGE ZHANG
UNIT D-E 31ST FLOOR FORD GLORY PLAZA
37-39 WING HONG ST KOWLONG
HONG KONG
HONG KONG
GEORGE@SUNTEXIND.COM

000134P001-1552S-022
TN DEPT OF REVENUE
GINA BAKER HANTEL,SEN ASSISTANT ATTORNEY GEN
TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION
P O BOX 20207
NASHVILLE TN 37202-0207
GINA.HANTEL@AG.TN.GOV

000008P002-1552S-022
UNITED STATES TRUSTEE
FRAN STEELE
ONE NEWARK CENTER
1085 RAYMOND BLVD, STE 2100
NEWARK NJ 07102
FRAN.B.STEELE@USDOJ.GOV

000069P001-1552S-022
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000099P001-1552S-022
VITALITY STAFFING SOLUTIONS LLC
MELISSA BAEZ
PO BOX 823461
PHILADEPHIA PA 19182
MBAEZ@VITALITYSTAFFING.COM

000074P002-1552S-022
WISCONSIN ATTORNEY GENERAL
WISCONSIN DEPT. OF JUSTICE
ATTN: BANKRUPTCY DEPARTMENT
17 WEST MAIN STREET
P.O. BOX 7857
MADISON WI 53707
DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US

000122P001-1552S-022
WOMBLE BOND DICKINSON (US) LLP
KEVIN J MANGAN
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
KEVIN.MANGAN@WBD-US.COM

000130P001-1552S-022
WOMBLE BOND DICKINSON (US) LLP
WOJCIECH F JUNG
950 THIRD AVE.,STE 2400
NEW YORK NY 10022
WOJCIECH.JUNG@WBD-US.COM

Records Printed :    91