| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradford J. Sandler<br>Robert J. Feinstein (admitted *pro hac vice*)<br>Teddy M. Kapur (admitted *pro hac vice*)<br>Cia H. Mackle (admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>bsandler@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>tkapur@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* |

| In re:<br><br>CAREISMATIC BRANDS, LLC, *et al.*,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10561 (VFP)<br><br>(Jointly Administered) |
|---|---|

# CERTIFICATE OF SERVICE

1.    I, Andrea Bates:

        ☐ represent the _____ in this matter.
        ☒ am the paralegal for Pachulski Stang Ziehl & Jones LLP, who represents the Official Committee of Unsecured Creditors.
        ☐ am the _____ in this matter am representing myself.

2.    On February 28, 2024, I caused copies of the following pleading to be served upon the parties listed in the chart below:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

- ***Motion of the Official Committee of Unsecured Creditors for an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information* [Docket No. 300].**

3. I certify under penalty of perjury that the above pleading was sent using the mode of service indicated on Exhibit A and Exhibit B.

Date: February 28, 2024  /s/ Andrea Bates
Andrea Bates

| Name and Address of Party Served | Mode of Service |
|---|---|
| **See Exhibit A**<br>**Email Service on 2/28/24** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: Electronic mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **See Exhibit B**<br>**First Class Mail Service on 2/28/24** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

# EXHIBIT A

**Service by E-Mail**

| Party | Name | Email |
|---|---|---|
| ALASKA ATTORNEY GENERAL | TREG R TAYLOR | ATTORNEY.GENERAL@ALASKA.GOV |
| ARIZONA ATTORNEY GENERAL | KRIS MAYES | AGINFO@AZAG.GOV |
| ARKANSAS ATTORNEY GENERAL | TIM GRIFFIN | OAG@ARKANSASAG.GOV |
| BALL UP LLC | HUESTON HENNIGAN LLP | RKLIEGER@HUESTON.COM |
| BARCO UNIFORMS INC. | ATTN: JANE FOWLER | JANE.FOWLER@BARCOUNIFORMS.COM |
| BUCHALTER, A PROFESSIONAL CORPORATION | SHAWN M CHRISTIANSON, ESQ | SCHRISTIANSON@BUCHALTER.COM |
| COLE SCHOTZ PC | MICHAEL D SIROTA | MSIROTA@COLESCHOTZ.COM |
| COLE SCHOTZ PC | WARREN A USATINE | WUSATINE@COLESCHOTZ.COM |
| COLE SCHOTZ PC | FELICE R YUDKIN | FYUDKIN@COLESCHOTZ.COM |
| COLORADO ATTORNEY GENERAL | PHIL WEISER | CORA.REQUEST@COAG.GOV |
| COMTRADING APPAREL DMCC | MISS THAO LE | THAO.LE@COMTEXTILE.COM.VN |
| CONNECTICUT ATTORNEY GENERAL | WILLIAM TONG | ATTORNEY.GENERAL@CT.GOV |
| CORDIAL EXPERIENCE INC | | BILLING@CORDIAL.COM |
| DAVIS POLK & WARDWELL | BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN | BRIAN.RESNICK@DAVISPOLK.COM;MICHAEL.PERA@DAVISPOLK.COM;AUDREY.YOUN@DAVISPOLK.COM |
| DELAWARE ATTORNEY GENERAL | KATHY JENNINGS | ATTORNEY.GENERAL@STATE.DE.US |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | BRIAN SCHWALB | OAG@DC.GOV |
| DUCTHANH GARMENT IMPORT EXPORT CO LTD | TI - DUCTHANH IMPORT EXPORT CO LTD | KETOANDUCTHANHAG@HCM.VNN.VN |
| GIBBONS P.C. | ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY | RMALONE@GIBBONSLAW.COM;BTHEISEN@GIBBONSLAW.COM;KMCEVILLY@GIBBONSLAW.COM |

| Party | Name | Email |
|---|---|---|
| GLORIA APPAREL INC | SOWON YOON | SOWON@GLORIAAPPAREL.COM |
| GREENBERG TRAURIG LLP | ALAN J BRODY.ESQ | BRODYA@GTLAW.COM |
| HAITI PREMIER APPAREL S.A. | MARIE FLORENCE BAKER | MFBAKER@PBAPPAREL.COM |
| HERBERT MINES ASSOCIATES INC | DANIEL HERSZAFT | DANIEL@HERBERTMINES.COM |
| HUAFANG COMPANY LTD | HUAFANG CO LIMITED BY SHARES | WCHAO2128@163.COM |
| HYOSUNG TNC CORP | YF HYOSUNG TNC CORP | CHRIS@HYOSUNG.COM |
| INSIGHT DIRECT USA INC | TIM KILIAN | TIM.KILIAN@INSIGHT.COM |
| IOWA ATTORNEY GENERAL | BRENNA BIRD | WEBTEAM@AG.IOWA.GOV;CONSUMER@AG.IOWA.GOV |
| JEFFTEX MFG CO LTD | QU KWON | JEFFKWON@JEFFTEX.COM |
| KING & SPALDING LLP | PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA | PMONTONI@KSLAW.COM;TSCRIVO@KSLAW.COM;MMUSCARA@KSLAW.COM |
| KING & SPALDING LLP | MATTHEW L WARREN | MWARREN@KSLAW.COM |
| KIRKLAND AND ELLIS LLP | CHAD J HUSNICK | CHUSNICK@KIRKLAND.COM |
| KIRKLAND AND ELLIS LLP | JOSHUA A SUSSBERG | JSUSSBERG@KIRKLAND.COM |
| LEOPARD TEXTILES HOLDING LTD | LEOPARD TEXTILES | STEVEN@LEOPARDTEX.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | JOHN KENDRICK TURNER | DALLAS.BANKRUPTCY@LGBS.COM |
| LOGILITY INC | BILL WHALEN | BWHALEN@LOGILITY.COM |
| LOUISIANA ATTORNEY GENERAL | JEFF LANDRY | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| MARYLAND ATTORNEY GENERAL | ANTHONY G BROWN | OAG@OAG.STATE.MD.US |
| MASSACHUSETTS ATTORNEY GENERAL | ANDREA JOY CAMPBELL | AGO@STATE.MA.US |
| MCMANIMON SCOTLAND & BAUMANN LLC | ANTHONY SODONO III,ESQ | ASODONO@MSBNJ.COM |
| MCMANIMON SCOTLAND & BAUMANN LLC | SARI B PLACONA,ESQ | SPLACONA@MSBNJ.COM |
| MES UK LIMITED | KR MES UK LIMITED | AYDINO@SESBY.COM |

| Party | Name | Email |
| --- | --- | --- |
| MICHELMAN and ROBINSON LLP | ACCOUNTS RECEIVABLE ERI BURNS | EBURNS@MRLLP.COM |
| MICHIGAN ATTORNEY GENERAL | DANA NESSEL | MIAG@MI.GOV |
| MILBANK LLP | EVAN R FLECK | EFLECK@MILBANK.COM |
| MILBANK LLP | NELLY ALMEIDA | NALMEIDA@MILBANK.COM |
| MILBANK LLP | ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH | ALEES@MILBANK.COM;RRUBIN@MILBANK.COM;CFENDRYCH@MILBANK.COM |
| MONTANA ATTORNEY GENERAL | AUSTIN KNUDSEN | CONTACTDOJ@MT.GOV |
| NEBRASKA ATTORNEY GENERAL | MIKE HILGERS | AGO.INFO.HELP@NEBRASKA.GOV |
| NEELKAMAL TRADERS FZCO | VITTAL RADHAKRISHNAN | VITTAL.RADHAKRISHNAN@NEELKAMAL.COM |
| NEVADA ATTORNEY GENERAL | AARON FORD | AGINFO@AG.NV.GOV |
| NEW HAMPSHIRE ATTORNEY GENERAL | JOHN FORMELLA | ATTORNEYGENERAL@DOJ.NH.GOV |
| NORTH DAKOTA ATTORNEY GENERAL | DREW WRIGLEY | NDAG@ND.GOV |
| OFFICE OF THE US TRUSTEE | PETER D'AURIA | PETER.J.D'AURIA@USDOJ.GOV |
| ORACLE AMERICA INC NETSUITE | COLLECTIONS | COLLECTIONSTEAM_US@ORACLE.COM |
| OREGON ATTORNEY GENERAL | ELLEN F ROSENBLUM | FRED.BOSS@DOJ.STATE.OR.US |
| PASHMAN STEIN WALDER HAYDEN, P.C. | JOHN W. WEISS | JWEISS@PASHMANSTEIN.COM |
| PAUL HASTINGS LLP | JAYME GOLDSTEIN,ESQ | JAYMEGOLDSTEIN@PAULHASTINGS.COM |
| PAUL HASTINGS LLP | ALEX COTA;SAM LAWAND | ALEXCOTA@PAULHASTINGS.COM;SAMLAWAND@PAULHASTINGS.COM |
| PENNSYLVANIA ATTORNEY GENERAL | MICHELLE HENRY | PRESS@ATTORNEYGENERAL.GOV |
| PORZIO BROMBERG & NEWMAN PC | WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P MAZZA | WJMARTIN@PBNLAW.COM;RAPARISI@PBNLAW.COM;CPMAZZA@PBNLAW.COM |
| RED BANKS CONSULTING INC | CASEY CARR | CCARR@REDBANKSCONSULTING.COM |

| Party | Name | Email |
| --- | --- | --- |
| REED SMITH LLP | JASON D ANGELO | JANGELO@REEDSMITH.COM |
| RIKER DANZIG LLP | JOSEPH L SCHWARTZ;BRIAN M LAINE | JSCHWARTZRIKER.COM;BLAINE@RIKER.COM |
| ROPES & GRAY LLP | GREGG M. GALARDI | GREGG.GALARDI@ROPESGRAY.COM |
| ROYAL APPAREL EPZ LIMITED | SUNIL BOJAN | SUNILBOJAN@ROYALAPPARELEPZ.COM |
| SADDLE CREEK CORPORATION | JULIE FREEZE | AR@SCLOGISTICS.COM |
| SKADDEN ARPS SLATE MEAGHER and FLOM LLP | MIKE BENHAM | MIKE.BENHAM@SKADDEN.COM |
| SOUTH DAKOTA ATTORNEY GENERAL | MARTY JACKLEY | INFO@MARTYJACKLEY.COM |
| TAY SON GARMENT JOINT STOCK CO | MISS THAO LE | THAO.LE@COMTEXTILE.COM.VN |
| THANH TRUC GARMENT IMP EXP CO LTD | DT THANH TRUC GARMENT IMP/EXP CO LTD | TOMTT@HCM.VNN.VN |
| THE SOURCING PLACE LTD | GEORGE ZHANG | GEORGE@SUNTEXIND.COM |
| UNITED STATES TRUSTEE | FRAN STEELE | FRAN.B.STEELE@USDOJ.GOV |
| UTAH ATTORNEY GENERAL | SEAN D REYES | UAG@AGUTAH.GOV |
| VITALITY STAFFING SOLUTIONS LLC | MELISSA BAEZ | MBAEZ@VITALITYSTAFFING.COM |
| WOMBLE BOND DICKINSON (US) LLP | KEVIN J MANGAN | ATTORNEY.GENERAL@ALASKA.GOV |

**First Class Mail Service**

| | | |
|---|---|---|
| ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 | DEPT OF HEALTH AND SENIOR SVC<br>OFFICE OF LEGAL AND REG COMPLIANCE<br>JOHN FITCH PLAZA<br>PO BOX 360<br>TRENTON NJ 08625-0360 | AMERICAN EXPRESS<br>TRAVEL RELATED SERVICES CO INC<br>SHAD ALDRICH<br>PO BOX 360001<br>FORT LAUDERDALE FL 33336-0001 |
| ANGELA MENDOZA<br>14906 HUBBARD STREET<br>SYLMAR CA 91342 | ENVIRONMENTAL PROTECTION AGENCY<br>REGION 2<br>290 BROADWAY<br>17TH FLOOR<br>NEW YORK NY 10007-1866 | CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 |
| ATTORNEY GENERAL<br>UNITED STATES DEPT OF JUSTICE<br>BEN FRANKLIN STATION<br>PO BOX 683<br>WASHINGTON DC 20044 | CAREISMATIC BRANDS LLC<br>SIDHARTH LAKHANI<br>1119 COLORADO AVE<br>SANTA MONICA CA 90401 | HAWAII ATTORNEY GENERAL<br>ANNE E LOPEZ<br>425 QUEEN ST<br>HONOLULU HI 96813 |
| FLORIDA ATTORNEY GENERAL<br>ASHLEY MOODY<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 | GEORGIA ATTORNEY GENERAL<br>CHRISTOPHER M CARR<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 | HIRSCH SOLUTIONS INC<br>CHERYL ROBBINS<br>490 WHEELER RD STE 285<br>HAUPPAUGE NY 11788 |
| IDAHO ATTORNEY GENERAL<br>RAUL R LABRADOR<br>700 W JEFFERSON ST<br>PO BOX 83720<br>BOISE ID 83720-1000 | ILLINOIS ATTORNEY GENERAL<br>KWAME RAOUL<br>JAMES R THOMPSON CTR<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | INDIANA ATTORNEY GENERAL<br>TODD ROKITA<br>INDIANA GOVERNMENT CTR SOUTH<br>302 WEST WASHINGTON ST 5TH FL<br>INDIANAPOLIS IN 46204-2770 |
| INTERNAL REVENUE SVC<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SVC<br>2970 MARKET ST<br>MAIL STOP 5-Q30133<br>PHILADELPHIA PA 19104-5016 | KANSAS ATTORNEY GENERAL<br>KRIS W KOBACH<br>120 SW 10TH AVE<br>2ND FL<br>TOPEKA KS 66612-1597 |
| JEFFERIES FINANCE LLC<br>520 MADISON AVENUE<br>NEW YORK NY 10022 | KENTUCKY ATTORNEY GENERAL<br>DANIEL CAMERON<br>700 CAPITOL AVE<br>CAPITAL BLDG STE 118<br>FRANKFORT KY 40601 | MAINE ATTORNEY GENERAL<br>AARON FREY<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 |
| MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131 | MISSISSIPPI ATTORNEY GENERAL<br>LYNN FITCH<br>WALTER SILLERS BLDG<br>550 HIGH ST STE 1200<br>JACKSON MS 39201 | MISSOURI ATTORNEY GENERAL<br>ANDREW BAILEY<br>SUPREME CT BLDG<br>207 W HIGH ST<br>JEFFERSON CITY MO 65101 |
| MOODY'S INVESTORS SVC<br>DONNA HAMRAH<br>PO BOX 102597<br>ATLANTA GA 30368-0597 | OHIO ATTORNEY GENERAL<br>DAVID ANTHONY YOST<br>STATE OFFICE TOWER<br>30 E BROAD ST 14TH FL<br>COLUMBUS OH 43431 | OKLAHOMA ATTORNEY GENERAL<br>GENTNER DRUMMOND<br>313 NE 21ST ST<br>OKLAHOMA CITY OK 73105 |

4883-3933-1753.1 12841.00002

| | | |
|---|---|---|
| NEW JERSEY ATTORNEY GENERAL<br>MATTHEW J PLATKIN<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 | NEW JERSEY ATTORNEY GENERAL OFFICE<br>DIVISION OF LAW<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST PO BOX 112<br>TRENTON NJ 08625-0112 | NEW JERSEY DEPT OF HUMAN SVC<br>OFFICE OF LEGAL AND REG AFFAIRS<br>222 SOUTH WARREN ST<br>PO BOX 700<br>TRENTON NJ 08625-0700 |
| NEW JERSEY DIVISION OF TAXATION<br>COMPLIANCE AND ENFORCEMENT<br>BANKRUPTCY UNIT<br>3 JOHN FITCH WAY 5TH FLOOR<br>PO BOX 245<br>TRENTON NJ 08695-0245 | NEW JERSEY MOTOR VEHICLE COMMISSION<br>ADMINISTRATIVE UNIT<br>225 EAST STATE ST<br>PO BOX 136<br>TRENTON NJ 08666 | NEW MEXICO ATTORNEY GENERAL<br>RAUL TORREZ<br>408 GLISTEO ST<br>VILLAGRA BLDG<br>SANTA FE NM 87501 |
| NEW YORK ATTORNEY GENERAL<br>LETITIA JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY NY 12224-0341 | NJ DEPT OF ENVIRONMENTAL PROTECTION<br>OFC OF RECORDS ACCESS<br>BANKR COORD<br>401 EAST STATE ST 6TH FLR. WEST<br>PO BOX 420 MAIL CODE 401-06Q<br>TRENTON NJ 08625-0420 | NORTH CAROLINA ATTORNEY GENERAL<br>JOSH STEIN<br>DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 |
| SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN. COUNSEL<br>OFC OF PROGRAM LITIGATION BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 | SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>100 PEARL ST<br>STE 20-100<br>NEW YORK NY 10004-2616 | TN DEPT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TENNESSEE 37202-0207 |
| TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 | SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA SC 29211-1549 | PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A<br>PARISI;CHRISTOPHER P MAZZA<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962 |
| **TIANJIN HAOCHENG INT LOGISTICS CO LTD**<br>**NO 65 ZIJINSHAN RD**<br>**ROOM 2-1302 NO.2. ZIGUIYUAN**<br>**HEXI DISTRICT TIANJIN 300061**<br>**CHINA** | TENNESSEE ATTORNEY GENERAL<br>JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | RHODE ISLAND ATTORNEY GENERAL<br>PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903 |
| UBS AG, STAMFORD BRANCH<br>AS COLLATERAL AGENT<br>600 WASHINGTON BLVD<br>9TH FLOOR<br>STAMFORD CT '06901 | UNITED STATES ATTORNEY<br>DISTRICT OF NEW JERSEY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD ST STE 700<br>NEWARK NJ 07102 | VIRGINIA ATTORNEY GENERAL<br>JASON MIYARES<br>202 NORTH NINTH ST<br>RICHMOND VA 23219 |
| US SMALL BUSINESS ADMINISTRATION<br>DISTRICT COUNSEL<br>TWO GATEWAY CENTER<br>STE 1002<br>NEWARK NJ 07102 | WASHINGTON ATTORNEY GENERAL<br>BOB FERGUSON<br>1125 WASHINGTON ST SE<br>PO BOX 40100<br>OLYMPIA WA 98504-0100 | WEST VIRGINIA ATTORNEY GENERAL<br>PATRICK MORRISEY<br>STATE CAPITOL COMPLEX<br>BLDG 1 RM E26<br>CHARLESTON WV 25305-0220 |
| WYOMING ATTORNEY GENERAL<br>BRIDGET HILL<br>200 W 24TH ST<br>STATE CAPITOL BLDG RM 123<br>CHEYENNE WY 82002 | | |