| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>**SILLS CUMMIS & GROSS P.C.**<br>Andrew H. Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>S. Jason Teele, Esq.<br>Charles J. Falletta, Esq.<br>Oleh Matviyishyn, Esq.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>E-mail:  ASherman@sillscummis.com<br>            BMankovetskiy@sillscummis.com<br>            STeele@sillscummis.com<br>            CFalletta@sillscummis.com<br>            OMatviyishyn@sillscummis.com<br><br>*Counsel to Michelman & Robinson, LLP* |
| In re:<br><br>CAREISMATIC BRANDS, LLC, *et al.*,<br><br>　　　　　　　Debtors[1] |

Chapter 11

Case No. 24-10561 (VFP)

(Jointly Administered)

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
### OF ALL NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned case as attorney for Michelman & Robinson, LLP, and pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, requests that all notices and service in this case be given to and served upon the undersigned (and that the undersigned be added to the mailing matrix on file with the Clerk of the Bankruptcy Court) as set forth below:

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

10452758

Andrew H. Sherman, Esq.
**Sills Cummis & Gross P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-6982
E-mail: ASherman@sillscummis.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. If notice or service of any order, application, motion, petition, pleading, request, complaint, or demand is provided only to a limited service list, the undersigned hereby requests inclusion in such limited service list.

**PLEASE TAKE FURTHER NOTICE**, that absent an express writing by the undersigned to the contrary, neither this Notice of Appearance nor any later appearance or pleading waives:  (1) the right to have final orders in noncore matters entered only after *de novo* review by a District Court Judge; (2) the right to have final orders or judgments in connection herewith to be entered consistent with Article III of the United States Constitution; (3) the right to trial by jury in any proceeding so triable; (4) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any rights, claims, actions, defenses, setoffs, or recoupments,  whether under any agreement, in law, in equity, or otherwise.  This Notice of Appearance shall not be deemed a consent to jurisdiction.

Dated: February 28, 2024    **SILLS CUMMIS & GROSS P.C.**

/s/ *Andrew H. Sherman*
Andrew H. Sherman, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: 973-643-6982
Email: ASherman@sillscummis.com
*Counsel to Michelman & Robinson, LLP*

- 2 -

10452758