**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>CAREISMATIC BRANDS, LLC, *et al.*,<br>Debtors.[1] | Chapter 11<br><br>Case No. 24-10561 (VFP)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                              )  ss:
COUNTY OF NEW YORK  )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 48 Wall Street, New York, NY 10005.

3. On the 6th day of March 2024, DRC, at my direction and under my supervision, caused to serve the *Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (Docket No. 413), via electronic mail upon the parties as set forth on Exhibit 1, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 11th day of March 2024, New York, New York.

_____
Roderick Wong

Sworn before me this
11th day of March 2024

_____
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

# EXHIBIT 1

Case 24-10561-VFP    Doc 435    Filed 03/12/24    Entered 03/12/24 09:22:25    Desc Main
Document    Page 3 of 6

Cicelsmatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 4                                                                                                                                     03/06/2024 04:08:13 PM

| | | | |
|---|---|---|---|
| 000026P001-1552S-031<br>ALASKA ATTORNEY GENERAL<br>TREG R TAYLOR<br>1031 W 4TH AVE<br>STE 200<br>ANCHORAGE AK 99501-1994<br>ATTORNEY.GENERAL@ALASKA.GOV | 000027P001-1552S-031<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV | 000028P001-1552S-031<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610<br>OAG@ARKANSASAG.GOV | 000108P001-1552S-031<br>BALL UP LLC<br>HUESTON HENNIGAN LLP<br>ROBERT KLIEGER<br>523 WEST 6TH ST STE 400<br>LOS ANGELES CA 90014<br>RKLIEGER@HUESTON.COM |
| 000107P003-1552S-031<br>BARCO UNIFORMS INC.<br>ATTN: JANE FOWLER<br>350 WEST ROSECRANS AVE<br>GARDENA CA 90248<br>JANE.FOWLER@BARCOUNIFORMS.COM | 000126P001-1552S-031<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>425 MARKET ST.,STE 2900<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000030P001-1552S-031<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203<br>CORA.REQUEST@COAG.GOV | 000085P001-1552S-031<br>COMTRADING APPAREL DMCC<br>MISS THAO LE<br>JUMEIRAH LAKES TOWERS UNIT 302-08<br>JUMEIRAH BAY 2 PLOT JLT-PH2-X2A<br>DUBAI<br>UNITED ARAB EMIRATES<br>THAO.LE@COMTEXTILE.COM.VN |
| 000031P001-1552S-031<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV | 000089P001-1552S-031<br>CORDIAL EXPERIENCE INC<br>402 W BROADWAY<br>STE 700<br>SAN DIEGO CA 92101<br>BILLING@CORDIAL.COM | 000076P003-1552S-031<br>DAVIS POLK & WARDWELL<br>BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017<br>BRIAN.RESNICK@DAVISPOLK.COM | 000076P003-1552S-031<br>DAVIS POLK & WARDWELL<br>BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017<br>MICHAEL.PERA@DAVISPOLK.COM |
| 000076P003-1552S-031<br>DAVIS POLK & WARDWELL<br>BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017<br>AUDREY.YOUN@DAVISPOLK.COM | 000032P001-1552S-031<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000033P001-1552S-031<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001<br>OAG@DC.GOV | 000082P001-1552S-031<br>DUCTHANH GARMENT IMPORT EXPORT CO LTD<br>TI - DUCTHANH IMPORT EXPORT CO LTD<br>MONGHANH<br>18 TRAN HUNG DAO<br>MY THOI WARD<br>LONG XUYEN CITY AG<br>VIETNAM<br>KETOANDUCTHANHAG@HCM.VNN.VN |
| 000133P001-1552S-031<br>FOX ROTHSCHILD LLP<br>MARK E HALL.ESQ<br>49 MARKET ST<br>MORRISTOWN NJ 07960<br>MHALL@FOXROTHSCHILD.COM | 000118P001-1552S-031<br>GIBBONS P.C.<br>ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310<br>RMALONE@GIBBONSLAW.COM | 000118P001-1552S-031<br>GIBBONS P.C.<br>ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310<br>BTHEISEN@GIBBONSLAW.COM | 000118P001-1552S-031<br>GIBBONS P.C.<br>ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310<br>KMCEVILLY@GIBBONSLAW.COM |
| 000095P001-1552S-031<br>GLORIA APPAREL INC<br>SOWON YOON<br>500 7TH AVE 8TH FL STE 124<br>NEW YORK NY 10018<br>SOWON@GLORIAAPPAREL.COM | 000116P002-1552S-031<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY.ESQ<br>500 CAMPUS DRIVE STE 400<br>FLORHAM PARK NJ 07932<br>BRODYA@GTLAW.COM | 000088P002-1552S-031<br>HAITI PREMIER APPAREL S.A.<br>MARIE FLORENCE BAKER<br>NO 18 RUE JEAN GILLES<br>ROUTE DE L'AEROPORT<br>PORT-AU-PRINCE<br>HAITI<br>MFBAKER@PBAPPAREL.COM | 000102P001-1552S-031<br>HERBERT MINES ASSOCIATES INC<br>DANIEL HERSZAFT<br>600 LEXINGTON AVE<br>14TH FLOOR<br>NEW YORK NY 10022<br>DANIEL@HERBERTMINES.COM |

Case 24-10561-VFP    Doc 435    Filed 03/12/24    Entered 03/12/24 09:22:25    Desc Main
Document    Page 4 of 6

Case 24-10561-VFP Charismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 4                                                                                        03/06/2024 04:08:13 PM

| | | | |
|---|---|---|---|
| 000090P001-1552S-031<br>HUAFANG COMPANY LTD<br>HUAFANG CO LIMITED BY SHARES<br>WANG CHAO<br>NO 819 HUANGHE 2 RD<br>BINZHOU SHANDONG<br>CHINA<br>WCHAO2128@163.COM | 000103P001-1552S-031<br>HYOSUNG TNC CORP<br>YF HYOSUNG TNC CORP<br>CHRIS<br>119 MAPODAERO<br>MAPO-GU<br>SEOUL 4144<br>KOREA<br>CHRIS@HYOSUNG.COM | 000098P001-1552S-031<br>INSIGHT DIRECT USA INC<br>TIM KILIAN<br>2701 E INSIGHT WAY<br>CHANDLER AZ 85286<br>TIM.KILIAN@INSIGHT.COM | 000040P001-1552S-031<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>WEBTEAM@AG.IOWA.GOV |
| 000040P001-1552S-031<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>CONSUMER@AG.IOWA.GOV | 000105P001-1552S-031<br>JEFFTEX MFG CO LTD<br>QU KWON<br>RM # 503 SAMHWA B/D<br>999-2 DAECHI-DONG<br>KANGNAM-GU SEOUL 135502<br>KOREA<br>JEFFKWON@JEFFTEX.COM | 000110P005-1552S-031<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA;<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>PMONTONI@KSLAW.COM | 000110P005-1552S-031<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA;<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>TSCRIVO@KSLAW.COM |
| 000110P005-1552S-031<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA;<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>MMUSCARA@KSLAW.COM | 000119P001-1552S-031<br>KING & SPALDING LLP<br>MATTHEW L WARREN<br>110 N WACKER DRIVE STE 3800<br>CHICAGO IL 60606<br>MWARREN@KSLAW.COM | 000081P001-1552S-031<br>LEOPARD TEXTILES HOLDING LTD<br>LEOPARD TEXTILES<br>ZHENJIANG STEVEN WU<br>ROOM A 19F<br>KIM CHUNG COMMERCIAL BUILDING<br>HONG KONG<br>CHINA<br>STEVEN@LEOPARDTEX.COM | 000120P001-1552S-031<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN KENDRICK TURNER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@LGBS.COM |
| 000100P001-1552S-031<br>LOGILITY INC<br>BILL WHALEN<br>470 E PACES FERRY RD<br>ATLANTA GA 30305<br>BWHALEN@LOGILITY.COM | 000043P001-1552S-031<br>LOUISIANA ATTORNEY GENERAL<br>JEFF LANDRY<br>PO BOX 94095<br>BATON ROUGE LA 70804-4095<br>CONSTITUENTSERVICES@AG.LOUISIANA.GOV | 000045P001-1552S-031<br>MARYLAND ATTORNEY GENERAL<br>ANTHONY G BROWN<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022<br>OAG@OAG.STATE.MD.US | 000046P001-1552S-031<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US |
| 000114P001-1552S-031<br>MCMANIMON SCOTLAND & BAUMANN LLC<br>ANTHONY SODONO III,ESQ<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM | 000115P001-1552S-031<br>MCMANIMON SCOTLAND & BAUMANN LLC<br>SARI B PLACONA,ESQ<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000087P001-1552S-031<br>MES UK LIMITED<br>KR MES UK LIMITED<br>AYDIN OZGUVEN<br>HALLSWELLE HOUSE<br>1 HALLSWELLE RD<br>LONDON NW11 0DH<br>UNITED KINGDOM<br>AYDINO@SESBY.COM | 000079P001-1552S-031<br>MICHELMAN and ROBINSON LLP<br>ACCOUNTS RECEIVABLE ERI BURNS<br>10880 WILSHIRE BLVD 19TH FL<br>LOS ANGELES CA 90024-4101<br>EBURNS@MRLLP.COM |
| 000047P001-1552S-031<br>MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>PO BOX 30212<br>525 W OTTAWA ST<br>LANSING MI 48909-0212<br>MIAG@MI.GOV | 000023P001-1552S-031<br>MILBANK LLP<br>EVAN R FLECK<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>EFLECK@MILBANK.COM | 000024P001-1552S-031<br>MILBANK LLP<br>NELLY ALMEIDA<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>NALMEIDA@MILBANK.COM | 000117P001-1552S-031<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>ALEES@MILBANK.COM |

Case 24-10561-VFP    Doc 435    Filed 03/12/24    Entered 03/12/24 09:22:25    Desc Main
Document    Page 5 of 6

Careismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 4                                                                                                        03/06/2024 04:08:13 PM

| | | | |
|---|---|---|---|
| 000117P001-1552S-031<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>RRUBIN@MILBANK.COM | 000117P001-1552S-031<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>CFENDRYCH@MILBANK.COM | 000051P001-1552S-031<br>MONTANA ATTORNEY GENERAL<br>AUSTIN KNUDSEN<br>215 N SANDERS THIRD FL<br>JUSTICE BLDG<br>HELENA MT 59620-1401<br>CONTACTDOJ@MT.GOV | 000052P001-1552S-031<br>NEBRASKA ATTORNEY GENERAL<br>MIKE HILGERS<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920<br>AGO.INFO.HELP@NEBRASKA.GOV |
| 000083P001-1552S-031<br>NEELKAMAL TRADERS FZCO<br>VITTAL RADHAKRISHNAN<br>S-60604 JEBEL ALI FREEZONE<br>PO BOX 262890<br>DUBAI<br>UNITED ARAB EMIRATES<br>VITTAL.RADHAKRISHNAN@NEELKAMAL.COM | 000053P001-1552S-031<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>AGINFO@AG.NV.GOV | 000054P001-1552S-031<br>NEW HAMPSHIRE ATTORNEY GENERAL<br>JOHN FORMELLA<br>NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301-6397<br>ATTORNEYGENERAL@DOJ.NH.GOV | 000059P001-1552S-031<br>NORTH DAKOTA ATTORNEY GENERAL<br>DREW WRIGLEY<br>600 E BLVD AVE<br>DEPT 125<br>BISMARCK ND 58505-0040<br>NDAG@ND.GOV |
| 000077P001-1552S-031<br>OFFICE OF THE US TRUSTEE<br>PETER D'AURIA<br>ONE NEWARK CENTER<br>1085 RAYMOND BLVD, STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV | 000062P001-1552S-031<br>OREGON ATTORNEY GENERAL<br>ELLEN F ROSENBLUM<br>OREGON DEPARTMENT OF JUSTICE<br>1162 CT ST NE<br>SALEM OR 97301-4096<br>FRED.BOSS@DOJ.STATE.OR.US | 000127P002-1552S-031<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER; ROBERT J FEINSTEIN<br>780 THRID AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>BSANDLER@PSZJLAW.COM | 000127P002-1552S-031<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER; ROBERT J FEINSTEIN<br>780 THRID AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>RFEINSTEIN@PSZJLAW.COM |
| 000128P001-1552S-031<br>PACHULSKI STANG ZIEHL & JONES LLP<br>TEDDY M KAPUR;CIA H MACKLE<br>780 THIRD AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>TKAPUR@PSZJLAW.COM | 000128P001-1552S-031<br>PACHULSKI STANG ZIEHL & JONES LLP<br>TEDDY M KAPUR;CIA H MACKLE<br>780 THIRD AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>CMACKLE@PSZJLAW.COM | 000112P002-1552S-031<br>PAUL HASTINGS LLP<br>JAYME GOLDSTEIN,ESQ<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>JAYMEGOLDSTEIN@PAULHASTINGS.COM | 000113P002-1552S-031<br>PAUL HASTINGS LLP<br>ALEX COTA;SAM LAWAND<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>ALEXCOTA@PAULHASTINGS.COM |
| 000113P002-1552S-031<br>PAUL HASTINGS LLP<br>ALEX COTA;SAM LAWAND<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>SAMLAWAND@PAULHASTINGS.COM | 000063P001-1552S-031<br>PENNSYLVANIA ATTORNEY GENERAL<br>MICHELLE HENRY<br>1600 STRAWBERRY SQUARE<br>16TH FL<br>HARRISBURG PA 17120<br>PRESS@ATTORNEYGENERAL.GOV | 000129P001-1552S-031<br>PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962<br>WJMARTIN@PBNLAW.COM | 000129P001-1552S-031<br>PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962<br>RAPARISI@PBNLAW.COM |
| 000129P001-1552S-031<br>PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962<br>CPMAZZA@PBNLAW.COM | 000094P001-1552S-031<br>RED BANKS CONSULTING INC<br>CASEY CARR<br>1079 CRAGMONT AVE<br>BERKELEY CA 94708<br>CCARR@REDBANKSCONSULTING.COM | 000121P002-1552S-031<br>REED SMITH LLP<br>JASON D ANGELO<br>506 CARNEGIE CENTER STE 300<br>PRINCETON NJ 08540<br>JANGELO@REEDSMITH.COM | 000131P001-1552S-031<br>RIKER DANZIG LLP<br>JOSEPH L SCHWARTZ;BRIAN M LAINE<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962-1981<br>JSCHWARTZ@RIKER.COM |

000131P001-1552S-031
RIKER DANZIG LLP
JOSEPH L SCHWARTZ;BRIAN M LAINE
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN NJ 07962-1981
BLAINE@RIKER.COM

000109P001-1552S-031
ROPES & GRAY LLP
GREGG M. GALARDI
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704
GREGG.GALARDI@ROPESGRAY.COM

000109P001-1552S-031
ROPES & GRAY LLP
GREGG M. GALARDI
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704
Randall.Bodner@ropesgray.com

000109P001-1552S-031
ROPES & GRAY LLP
GREGG M. GALARDI
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704
Anne.JohnsonPalmer@ropesgray.com

000084P001-1552S-031
ROYAL APPAREL EPZ LIMITED
SUNIL BOJAN
UNIT 1 @ CAPITAL INDUSTRIAL PARK
ATHI RIVER TOWN
NAIROBI CENTRAL  00606
KENYA
SUNILBOJAN@ROYALAPPARELEPZ.COM

000106P003-1552S-031
SADDLE CREEK CORPORATION
JULIE FREEZE
PO BOX 530614
ATLANTA GA 30353-0614
AR@SCLOGISTICS.COM

000136P001-1552S-031
SILLS CUMMIS & GROSS P.C.
S JASON TEELE,ESQ
ONE RIVERFRONT PLAZA
NEWARK NJ 07102
STEELE@SILLSCUMMIS.COM

000137P001-1552S-031
SILLS CUMMIS & GROSS P.C.
ANDREW H SHERMAN,ESQ
ONE RIVERFRONT PLAZA
NEWARK NJ 07102
ASHERMAN@SILLSCUMMIS.COM

000138P001-1552S-031
SILLS CUMMIS & GROSS P.C.
BORIS MANKOVETSKIY,ESQ
ONE RIVERFRONT PLAZA
NEWARK NJ 07102
BMANKOVETSKIY@SILLSCUMMIS.COM

000080P002-1552S-031
SKADDEN ARPS SLATE MEAGHER and FLOM LLP
CHRISTOPHER M. HEANEY
ONE RODNEY SQUARE
PO BOX 1764
WHITE PLAINS NY 19899-0636
CHRISTOPHER.HEANEY@SKADDEN.COM

000066P001-1552S-031
SOUTH DAKOTA ATTORNEY GENERAL
MARTY JACKLEY
1302 EAST HIGHWAY 14
STE 1
PIERRE SD 57501-8501
INFO@MARTYJACKLEY.COM

000086P001-1552S-031
TAY SON GARMENT JOINT STOCK CO
MISS THAO LE
PHU XUAN WARD
PHU PHONG TOWN TAY SON DISTRICT
BINH DIHN
VIETNAM
THAO.LE@COMTEXTILE.COM.VN

000096P001-1552S-031
THANH TRUC GARMENT IMP EXP CO LTD
DT THANH TRUC GARMENT IMP/EXP CO LTD
TOM NGUYEN
NO 61 A NGUYEN THI BAY ST
WARD 6
TAN AN LONG AN
VIETNAM
TOMTT@HCM.VNN.VN

000097P001-1552S-031
THE SOURCING PLACE LTD
GEORGE ZHANG
UNIT D-E 31ST FLOOR FORD GLORY PLAZA
37-39 WING HONG ST KOWLONG
HONG KONG
HONG KONG
GEORGE@SUNTEXIND.COM

000134P001-1552S-031
TN DEPT OF REVENUE
GINA BAKER HANTEL,SEN ASSISTANT ATTORNEY GEN
TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION
P O BOX 20207
NASHVILLE TN 37202-0207
GINA.HANTEL@AG.TN.GOV

000008P002-1552S-031
UNITED STATES TRUSTEE
FRAN STEELE
ONE NEWARK CENTER
1085 RAYMOND BLVD, STE 2100
NEWARK NJ 07102
FRAN.B.STEELE@USDOJ.GOV

000069P001-1552S-031
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

000099P001-1552S-031
VITALITY STAFFING SOLUTIONS LLC
MELISSA BAEZ
PO BOX 823461
PHILADEPHIA PA 19182
MBAEZ@VITALITYSTAFFING.COM

000074P002-1552S-031
WISCONSIN ATTORNEY GENERAL
WISCONSIN DEPT. OF JUSTICE
ATTN: BANKRUPTCY DEPARTMENT
17 WEST MAIN STREET
P.O. BOX 7857
MADISON WI 53707
DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US

000122P001-1552S-031
WOMBLE BOND DICKINSON (US) LLP
KEVIN J MANGAN
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
KEVIN.MANGAN@WBD-US.COM

000130P001-1552S-031
WOMBLE BOND DICKINSON (US) LLP
WOJCIECH F JUNG
950 THIRD AVE.,STE 2400
NEW YORK NY 10022
WOJCIECH.JUNG@WBD-US.COM

Records Printed :  93