| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>jsussberg@kirkland.com<br><br>Chad J. Husnick, P.C. (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>chusnick@kirkland.com<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 489-3000<br>Facsimile: (201) 489-1536<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br><br>*Co-Counsel to the Debtors and Debtors-in-Possession* |
| In re:<br><br>CAREISMATIC BRANDS, LLC, *et al.*,<br><br>      Debtor.[1] |

Chapter 11

Case No. 24-10561 (VFP)

(Jointly Administered)

## ADJOURNMENT REQUEST

1. I, <u>Michael D. Sirota, Esq.</u>

    ☒ am the attorney for: <u>the Debtors and Debtors-in-Possession</u>,

    ☐ am self-represented,

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

and request an adjournment of the following hearing for the reason set forth below.

1. *Debtors' Motion for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates With Respect Thereto* [Docket No. 298]

**Current hearing date and time**:  March 20, 2024 at 2:30 p.m. (ET)

**New date requested**:  April 16, 2024 at 2:30 p.m. (ET)

**Reason for adjournment request**:  The Debtors, Official Committee of Unsecured Creditors and First Lien Ad Hoc Group seek additional time to negotiate the resolution of this matter.

2. Consent to adjournment:

☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

The Official Committee of Unsecured Creditors and the First Lien Ad Hoc Group have consented to the adjournment.

I certify under penalty of perjury that the foregoing is true.

Date: March 11, 2024            */s/ Michael D. Sirota*
                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted            New hearing date: 4/16/2024 @ 2:30pm    ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**