# UNITED STATES BANKRUPTCY COURT

District of _New Jersey_

In Re:

_Careismatic Brands, LLC_

Case No. _24-10561_

Chapter _11_

**Debtor(s)**

## Withdraw of Claim

I, _Matthew L. Tracy_, Claimant, hereby withdraw claim number _ECN-29_, for the following reason: _The debt has been Paid in full_.

Dated: _3/12/24_

_____
Claimant's Signature

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2024 MAR 19 P 2:03

JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

SO. MAINE P&DC 041
13 MAR 2024 PM 3 L

M Leonard International, Inc.
200 US Route One, Ste. 210 Scarborough, ME 04074

US Bankruptcy Court – District of New Jersey
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

07102-355059