**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CAREISMATIC BRANDS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-10561 (VFP)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                    )    ss:
COUNTY OF NEW YORK  )

I, Edward A. Calderon, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 48 Wall Street, New York, NY 10005.

3. On the 5th day of March 2024, DRC, at my direction and under my supervision, caused to serve the following documents:

    a) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 389);

    b) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 390);

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

c) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 391);

d) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 392);

e) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 393);

f) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 394);

g) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 395);

h) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 396);

i) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 397);

j) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 398);

k) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 399);

l) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 400);

m) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 401);

n) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 402);

    o) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 403);

    p) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 404);

    q) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 405);

    r) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 406);

    s) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 407);

    t) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 408);

    u) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 409); and

    v) Global Notes and Statements of Limitations, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Docket No. 410),

via electronic mail upon the parties as set forth on <u>Exhibit 1</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 20th day of March 2024, New York, New York.

By *[signature: Edward A. Calderon]*
Edward A. Calderon

Sworn before me this
20th day of March, 2024

*[signature: Sung Jae Kim]*
Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2025

# EXHIBIT 1

Case 24-10561-VFP    Doc 458    Filed 03/20/24    Entered 03/20/24 18:52:26    Desc Main
Document    Page 5 of 8

Cosmetrade/Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 4                                                                                          03/05/2024 10:59:48 PM

| | | | |
|---|---|---|---|
| 000026P001-1552S-029<br>ALASKA ATTORNEY GENERAL<br>TREG R TAYLOR<br>1031 W 4TH AVE<br>STE 200<br>ANCHORAGE AK 99501-1994<br>ATTORNEY.GENERAL@ALASKA.GOV | 000027P001-1552S-029<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV | 000028P001-1552S-029<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610<br>OAG@ARKANSASAG.GOV | 000108P001-1552S-029<br>BALL UP LLC<br>HUESTON HENNIGAN LLP<br>ROBERT KLIEGER<br>523 WEST 6TH ST STE 400<br>LOS ANGELES CA 90014<br>RKLIEGER@HUESTON.COM |
| 000107P003-1552S-029<br>BARCO UNIFORMS INC.<br>ATTN: JANE FOWLER<br>350 WEST ROSECRANS AVE<br>GARDENA CA 90248<br>JANE.FOWLER@BARCOUNIFORMS.COM | 000126P001-1552S-029<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>425 MARKET ST.,STE 2900<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000030P001-1552S-029<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203<br>CORA.REQUEST@COAG.GOV | 000085P001-1552S-029<br>COMTRADING APPAREL DMCC<br>MISS THAO LE<br>JUMEIRAH LAKES TOWERS UNIT 302-08<br>JUMEIRAH BAY 2 PLOT JLT-PH2-X2A<br>DUBAI<br>UNITED ARAB EMIRATES<br>THAO.LE@COMTEXTILE.COM.VN |
| 000031P001-1552S-029<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV | 000089P001-1552S-029<br>CORDIAL EXPERIENCE INC<br>402 W BROADWAY<br>STE 700<br>SAN DIEGO CA 92101<br>BILLING@CORDIAL.COM | 000076P003-1552S-029<br>DAVIS POLK & WARDWELL<br>BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017<br>BRIAN.RESNICK@DAVISPOLK.COM | 000076P003-1552S-029<br>DAVIS POLK & WARDWELL<br>BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017<br>MICHAEL.PERA@DAVISPOLK.COM |
| 000076P003-1552S-029<br>DAVIS POLK & WARDWELL<br>BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017<br>AUDREY.YOUN@DAVISPOLK.COM | 000032P001-1552S-029<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000033P001-1552S-029<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001<br>OAG@DC.GOV | 000082P001-1552S-029<br>DUCTHANH GARMENT IMPORT EXPORT CO LTD<br>TI - DUCTHANH IMPORT EXPORT CO LTD<br>MONGHANH<br>18 TRAN HUNG DAO<br>MY THOI WARD<br>LONG XUYEN CITY AG<br>VIETNAM<br>KETOANDUCTHANHAG@HCM.VNN.VN |
| 000133P001-1552S-029<br>FOX ROTHSCHILD LLP<br>MARK E HALL.ESQ<br>49 MARKET ST<br>MORRISTOWN NJ 07960<br>MHALL@FOXROTHSCHILD.COM | 000118P001-1552S-029<br>GIBBONS P.C.<br>ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310<br>RMALONE@GIBBONSLAW.COM | 000118P001-1552S-029<br>GIBBONS P.C.<br>ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310<br>BTHEISEN@GIBBONSLAW.COM | 000118P001-1552S-029<br>GIBBONS P.C.<br>ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310<br>KMCEVILLY@GIBBONSLAW.COM |
| 000095P001-1552S-029<br>GLORIA APPAREL INC<br>SOWON YOON<br>500 7TH AVE 8TH FL STE 124<br>NEW YORK NY 10018<br>SOWON@GLORIAAPPAREL.COM | 000116P002-1552S-029<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY.ESQ<br>500 CAMPUS DRIVE STE 400<br>FLORHAM PARK NJ 07932<br>BRODYA@GTLAW.COM | 000088P002-1552S-029<br>HAITI PREMIER APPAREL S.A.<br>MARIE FLORENCE BAKER<br>NO 18 RUE JEAN GILLES<br>ROUTE DE L'AEROPORT<br>PORT-AU-PRINCE<br>HAITI<br>MFBAKER@PBAPPAREL.COM | 000102P001-1552S-029<br>HERBERT MINES ASSOCIATES INC<br>DANIEL HERSZAFT<br>600 LEXINGTON AVE<br>14TH FLOOR<br>NEW YORK NY 10022<br>DANIEL@HERBERTMINES.COM |

Case 24-10561-VFP    Doc 458    Filed 03/20/24    Entered 03/20/24 18:52:26    Desc Main
Document    Page 6 of 8

Careismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 4                                                                                                    03/05/2024 10:59:48 PM

| | | | |
|---|---|---|---|
| 000090P001-1552S-029<br>HUAFANG COMPANY LTD<br>HUAFANG CO LIMITED BY SHARES<br>WANG CHAO<br>NO 819 HUANGHE 2 RD<br>BINZHOU SHANDONG<br>CHINA<br>WCHAO2128@163.COM | 000103P001-1552S-029<br>HYOSUNG TNC CORP<br>YF HYOSUNG TNC CORP<br>CHRIS<br>119 MAPODAERO<br>MAPO-GU<br>SEOUL 4144<br>KOREA<br>CHRIS@HYOSUNG.COM | 000098P001-1552S-029<br>INSIGHT DIRECT USA INC<br>TIM KILIAN<br>2701 E INSIGHT WAY<br>CHANDLER AZ 85286<br>TIM.KILIAN@INSIGHT.COM | 000040P001-1552S-029<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>WEBTEAM@AG.IOWA.GOV |
| 000040P001-1552S-029<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>CONSUMER@AG.IOWA.GOV | 000105P001-1552S-029<br>JEFFTEX MFG CO LTD<br>QU KWON<br>RM # 503 SAMHWA B/D<br>999-2 DAECHI-DONG<br>KANGNAM-GU SEOUL 135502<br>KOREA<br>JEFFKWON@JEFFTEX.COM | 000110P005-1552S-029<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA;<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>PMONTONI@KSLAW.COM | 000110P005-1552S-029<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA;<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>TSCRIVO@KSLAW.COM |
| 000110P005-1552S-029<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA;<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>MMUSCARA@KSLAW.COM | 000119P001-1552S-029<br>KING & SPALDING LLP<br>MATTHEW L WARREN<br>110 N WACKER DRIVE STE 3800<br>CHICAGO IL 60606<br>MWARREN@KSLAW.COM | 000081P001-1552S-029<br>LEOPARD TEXTILES HOLDING LTD<br>LEOPARD TEXTILES<br>ZHENJIANG STEVEN WU<br>ROOM A 19F<br>KIM CHUNG COMMERCIAL BUILDING<br>HONG KONG<br>CHINA<br>STEVEN@LEOPARDTEX.COM | 000120P001-1552S-029<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN KENDRICK TURNER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@LGBS.COM |
| 000100P001-1552S-029<br>LOGILITY INC<br>BILL WHALEN<br>470 E PACES FERRY RD<br>ATLANTA GA 30305<br>BWHALEN@LOGILITY.COM | 000043P001-1552S-029<br>LOUISIANA ATTORNEY GENERAL<br>JEFF LANDRY<br>PO BOX 94095<br>BATON ROUGE LA 70804-4095<br>CONSTITUENTSERVICES@AG.LOUISIANA.GOV | 000045P001-1552S-029<br>MARYLAND ATTORNEY GENERAL<br>ANTHONY G BROWN<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022<br>OAG@OAG.STATE.MD.US | 000046P001-1552S-029<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US |
| 000114P001-1552S-029<br>MCMANIMON SCOTLAND & BAUMANN LLC<br>ANTHONY SODONO III,ESQ<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM | 000115P001-1552S-029<br>MCMANIMON SCOTLAND & BAUMANN LLC<br>SARI B PLACONA,ESQ<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000087P001-1552S-029<br>MES UK LIMITED<br>KR MES UK LIMITED<br>AYDIN OZGUVEN<br>HALLSWELLE HOUSE<br>1 HALLSWELLE RD<br>LONDON NW11 0DH<br>UNITED KINGDOM<br>AYDINO@SESBY.COM | 000079P001-1552S-029<br>MICHELMAN and ROBINSON LLP<br>ACCOUNTS RECEIVABLE ERI BURNS<br>10880 WILSHIRE BLVD 19TH FL<br>LOS ANGELES CA 90024-4101<br>EBURNS@MRLLP.COM |
| 000047P001-1552S-029<br>MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>PO BOX 30212<br>525 W OTTAWA ST<br>LANSING MI 48909-0212<br>MIAG@MI.GOV | 000023P001-1552S-029<br>MILBANK LLP<br>EVAN R FLECK<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>EFLECK@MILBANK.COM | 000024P001-1552S-029<br>MILBANK LLP<br>NELLY ALMEIDA<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>NALMEIDA@MILBANK.COM | 000117P001-1552S-029<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>ALEES@MILBANK.COM |

Case 24-10561-VFP    Doc 458    Filed 03/20/24    Entered 03/20/24 18:52:26    Desc Main
Document    Page 7 of 8

Careismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 4                                                                                                    03/05/2024 10:59:48 PM

| | | | |
|---|---|---|---|
| 000117P001-1552S-029<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>RRUBIN@MILBANK.COM | 000117P001-1552S-029<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>CFENDRYCH@MILBANK.COM | 000051P001-1552S-029<br>MONTANA ATTORNEY GENERAL<br>AUSTIN KNUDSEN<br>215 N SANDERS THIRD FL<br>JUSTICE BLDG<br>HELENA MT 59620-1401<br>CONTACTDOJ@MT.GOV | 000052P001-1552S-029<br>NEBRASKA ATTORNEY GENERAL<br>MIKE HILGERS<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920<br>AGO.INFO.HELP@NEBRASKA.GOV |
| 000083P001-1552S-029<br>NEELKAMAL TRADERS FZCO<br>VITTAL RADHAKRISHNAN<br>S-60604 JEBEL ALI FREEZONE<br>PO BOX 262890<br>DUBAI<br>UNITED ARAB EMIRATES<br>VITTAL.RADHAKRISHNAN@NEELKAMAL.COM | 000053P001-1552S-029<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>AGINFO@AG.NV.GOV | 000054P001-1552S-029<br>NEW HAMPSHIRE ATTORNEY GENERAL<br>JOHN FORMELLA<br>NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301-6397<br>ATTORNEYGENERAL@DOJ.NH.GOV | 000059P001-1552S-029<br>NORTH DAKOTA ATTORNEY GENERAL<br>DREW WRIGLEY<br>600 E BLVD AVE<br>DEPT 125<br>BISMARCK ND 58505-0040<br>NDAG@ND.GOV |
| 000077P001-1552S-029<br>OFFICE OF THE US TRUSTEE<br>PETER D'AURIA<br>ONE NEWARK CENTER<br>1085 RAYMOND BLVD, STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV | 000062P001-1552S-029<br>OREGON ATTORNEY GENERAL<br>ELLEN F ROSENBLUM<br>OREGON DEPARTMENT OF JUSTICE<br>1162 CT ST NE<br>SALEM OR 97301-4096<br>FRED.BOSS@DOJ.STATE.OR.US | 000127P002-1552S-029<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER; ROBERT J FEINSTEIN<br>780 THRID AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>BSANDLER@PSZJLAW.COM | 000127P002-1552S-029<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER; ROBERT J FEINSTEIN<br>780 THRID AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>RFEINSTEIN@PSZJLAW.COM |
| 000128P001-1552S-029<br>PACHULSKI STANG ZIEHL & JONES LLP<br>TEDDY M KAPUR;CIA H MACKLE<br>780 THIRD AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>TKAPUR@PSZJLAW.COM | 000128P001-1552S-029<br>PACHULSKI STANG ZIEHL & JONES LLP<br>TEDDY M KAPUR;CIA H MACKLE<br>780 THIRD AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>CMACKLE@PSZJLAW.COM | 000112P002-1552S-029<br>PAUL HASTINGS LLP<br>JAYME GOLDSTEIN,ESQ<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>JAYMEGOLDSTEIN@PAULHASTINGS.COM | 000113P002-1552S-029<br>PAUL HASTINGS LLP<br>ALEX COTA;SAM LAWAND<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>ALEXCOTA@PAULHASTINGS.COM |
| 000113P002-1552S-029<br>PAUL HASTINGS LLP<br>ALEX COTA;SAM LAWAND<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>SAMLAWAND@PAULHASTINGS.COM | 000063P001-1552S-029<br>PENNSYLVANIA ATTORNEY GENERAL<br>MICHELLE HENRY<br>1600 STRAWBERRY SQUARE<br>16TH FL<br>HARRISBURG PA 17120<br>PRESS@ATTORNEYGENERAL.GOV | 000129P001-1552S-029<br>PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962<br>WJMARTIN@PBNLAW.COM | 000129P001-1552S-029<br>PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962<br>RAPARISI@PBNLAW.COM |
| 000129P001-1552S-029<br>PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962<br>CPMAZZA@PBNLAW.COM | 000094P001-1552S-029<br>RED BANKS CONSULTING INC<br>CASEY CARR<br>1079 CRAGMONT AVE<br>BERKELEY CA 94708<br>CCARR@REDBANKSCONSULTING.COM | 000121P002-1552S-029<br>REED SMITH LLP<br>JASON D ANGELO<br>506 CARNEGIE CENTER STE 300<br>PRINCETON NJ 08540<br>JANGELO@REEDSMITH.COM | 000131P001-1552S-029<br>RIKER DANZIG LLP<br>JOSEPH L SCHWARTZ;BRIAN M LAINE<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962-1981<br>JSCHWARTZ@RIKER.COM |

Case 24-10561-VFP    Doc 458    Filed 03/20/24    Entered 03/20/24 18:52:26    Desc Main
Document    Page 8 of 8

Careismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 4 of 4                                                                                          03/05/2024 10:59:48 PM

| | | | |
|---|---|---|---|
| 000131P001-1552S-029<br>RIKER DANZIG LLP<br>JOSEPH L SCHWARTZ;BRIAN M LAINE<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962-1981<br>BLAINE@RIKER.COM | 000109P001-1552S-029<br>ROPES & GRAY LLP<br>GREGG M. GALARDI<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>GREGG.GALARDI@ROPESGRAY.COM | 000109P001-1552S-029<br>ROPES & GRAY LLP<br>GREGG M. GALARDI<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>Randall.Bodner@ropesgray.com | 000109P001-1552S-029<br>ROPES & GRAY LLP<br>GREGG M. GALARDI<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>Anne.JohnsonPalmer@ropesgray.com |
| 000084P001-1552S-029<br>ROYAL APPAREL EPZ LIMITED<br>SUNIL BOJAN<br>UNIT 1 @ CAPITAL INDUSTRIAL PARK<br>ATHI RIVER TOWN<br>NAIROBI CENTRAL  00606<br>KENYA<br>SUNILBOJAN@ROYALAPPARELEPZ.COM | 000106P003-1552S-029<br>SADDLE CREEK CORPORATION<br>JULIE FREEZE<br>PO BOX 530614<br>ATLANTA GA 30353-0614<br>AR@SCLOGISTICS.COM | 000136P001-1552S-029<br>SILLS CUMMIS & GROSS P.C.<br>S JASON TEELE,ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102<br>STEELE@SILLSCUMMIS.COM | 000137P001-1552S-029<br>SILLS CUMMIS & GROSS P.C.<br>ANDREW H SHERMAN,ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102<br>ASHERMAN@SILLSCUMMIS.COM |
| 000138P001-1552S-029<br>SILLS CUMMIS & GROSS P.C.<br>BORIS MANKOVETSKIY,ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102<br>BMANKOVETSKIY@SILLSCUMMIS.COM | 000080P002-1552S-029<br>SKADDEN ARPS SLATE MEAGHER and FLOM LLP<br>CHRISTOPHER M. HEANEY<br>ONE RODNEY SQUARE<br>PO BOX 1764<br>WHITE PLAINS NY 19899-0636<br>CHRISTOPHER.HEANEY@SKADDEN.COM | 000066P001-1552S-029<br>SOUTH DAKOTA ATTORNEY GENERAL<br>MARTY JACKLEY<br>1302 EAST HIGHWAY 14<br>STE 1<br>PIERRE SD 57501-8501<br>INFO@MARTYJACKLEY.COM | 000086P001-1552S-029<br>TAY SON GARMENT JOINT STOCK CO<br>MISS THAO LE<br>PHU XUAN WARD<br>PHU PHONG TOWN TAY SON DISTRICT<br>BINH DIHN<br>VIETNAM<br>THAO.LE@COMTEXTILE.COM.VN |
| 000096P001-1552S-029<br>THANH TRUC GARMENT IMP EXP CO LTD<br>DT THANH TRUC GARMENT IMP/EXP CO LTD<br>TOM NGUYEN<br>NO 61 A NGUYEN THI BAY ST<br>WARD 6<br>TAN AN LONG AN<br>VIETNAM<br>TOMTT@HCM.VNN.VN | 000097P001-1552S-029<br>THE SOURCING PLACE LTD<br>GEORGE ZHANG<br>UNIT D-E 31ST FLOOR FORD GLORY PLAZA<br>37-39 WING HONG ST KOWLONG<br>HONG KONG<br>HONG KONG<br>GEORGE@SUNTEXIND.COM | 000134P001-1552S-029<br>TN DEPT OF REVENUE<br>GINA BAKER HANTEL,SEN ASSISTANT ATTORNEY GEN<br>TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION<br>P O BOX 20207<br>NASHVILLE TN 37202-0207<br>GINA.HANTEL@AG.TN.GOV | 000008P002-1552S-029<br>UNITED STATES TRUSTEE<br>FRAN STEELE<br>ONE NEWARK CENTER<br>1085 RAYMOND BLVD, STE 2100<br>NEWARK NJ 07102<br>FRAN.B.STEELE@USDOJ.GOV |
| 000069P001-1552S-029<br>UTAH ATTORNEY GENERAL<br>SEAN D REYES<br>UTAH STATE CAPITOL COMPLEX<br>350 NORTH STATE ST STE 230<br>SALT LAKE CITY UT 84114-2320<br>UAG@AGUTAH.GOV | 000099P001-1552S-029<br>VITALITY STAFFING SOLUTIONS LLC<br>MELISSA BAEZ<br>PO BOX 823461<br>PHILADEPHIA PA 19182<br>MBAEZ@VITALITYSTAFFING.COM | 000074P002-1552S-029<br>WISCONSIN ATTORNEY GENERAL<br>WISCONSIN DEPT. OF JUSTICE<br>ATTN: BANKRUPTCY DEPARTMENT<br>17 WEST MAIN STREET<br>P.O. BOX 7857<br>MADISON WI 53707<br>DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US | 000122P001-1552S-029<br>WOMBLE BOND DICKINSON (US) LLP<br>KEVIN J MANGAN<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801<br>KEVIN.MANGAN@WBD-US.COM |
| 000130P001-1552S-029<br>WOMBLE BOND DICKINSON (US) LLP<br>WOJCIECH F JUNG<br>950 THIRD AVE.,STE 2400<br>NEW YORK NY 10022<br>WOJCIECH.JUNG@WBD-US.COM | | | |

Records Printed :   93