**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 Cases |
| CAREISMATIC BRANDS, LLC, *et al.,*[1] | Case No. 24-10561 (VFP) |
| Debtors. | **Objection Deadline: April 3, 2024** |

**MONTHLY STAFFING AND COMPENSATION REPORT**
**OF AP SERVICES, LLC FOR THE PERIOD**
**FROM JANUARY 23, 2024 THROUGH JANUARY 31, 2024**

AP Services, LLC ("APS") hereby submits its monthly staffing and compensation report for the period from January 23, 2024 through January 31, 2024 (the "Compensation Period") in accordance with the *Order (I) Authorizing Debtors to (A) Retain AP Services, LLC, and (B) Designate Kent Percy as Chief Restructuring Officer Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 328].

During the Compensation Period, APS incurred professional fees in the amount of $314,962.00 and out-of-pocket expenses in the amount of $9,930.72, for a total amount of $324,892.72, as reflected in the attached exhibits.

Dated:  March 20, 2024

AP SERVICES, LLC
909 Third Avenue, 28th Floor
New York, New York 10022

*/s/  Kent Percy*
By:  Kent Percy
        Partner and Managing Director

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/careismatic.  The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is:  1119 Colorado Avenue, Santa Monica, California 90401.

## <u>EXHIBITS</u>

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of AP Services, LLC for the Period from January 23, 2024 through January 31, 2024:

**Exhibit A - Summary of Professional Fees and Expenses**

**Exhibit B - Summary of Professional Fees and Hours by Professionals and
        Description of Responsibilities of Professionals**

**Exhibit C - Detailed Description of Professional Fees and Hours by Matter Category**

**Exhibit D – Detailed Description of Expenses**

## Exhibit A

Summary of Professional Fees and Expenses
from January 23, 2024 through January 31, 2024

| | | |
|---|---|---:|
| Professional Fees | $ | 328,538.00 |
| Less 50% Travel Fees | | (13,576.00) |
| **Total Current Fees** | | **314,962.00** |
| Expenses | | 9,930.72 |
| **Total Professional Fees and Expenses** | **$** | **324,892.72** |

## Exhibit B

Summary of Individual Fees, Role and Hours by Professional
from January 23, 2024 through January 31, 2024

| PROFESSIONAL | APS TITLE | FUNCTION | RATE | HOURS | FEES |
|---|---|---|---|---|---|
| Kent Percy | Partner & Managing Director | Chief Restructuring Officer | $1,380 | 41.4 | $  57,132.00 |
| Richard Robbins | Partner | APS Personnel | $1,200 | 50.9 | 61,080.00 |
| James Horgan | Partner | APS Personnel | $1,200 | 0.4 | 480.00 |
| Joel Amico | Director | APS Personnel | $1,100 | 61.0 | 67,100.00 |
| Francisco D Echevarria | Director | APS Personnel | $1,025 | 23.8 | 24,395.00 |
| Emilia Kanazireva | Senior Vice President | APS Personnel | $880 | 0.5 | 440.00 |
| Kaitlyn Sundt McClarren | Senior Vice President | APS Personnel | $650 | 9.6 | 6,240.00 |
| Brooke Filler Stavitski | Senior Vice President | APS Personnel | $575 | 0.3 | 172.50 |
| Jennifer Braverman | Senior Vice President | APS Personnel | $535 | 23.0 | 12,305.00 |
| Chi Chen | Vice President | APS Personnel | $690 | 40.6 | 28,014.00 |
| Jimmy Jang | Vice President | APS Personnel | $690 | 61.0 | 42,090.00 |
| Rowan Steere | Consultant | APS Personnel | $615 | 47.3 | 29,089.50 |
| **Total Professional Hours and Fees** | | | | **359.8** | **$  328,538.00** |
| Less 50% Travel Fees | | | | | (13,576.00) |
| **Total Professional Fees** | | | | | **$  314,962.00** |

# **Exhibit C**

Detailed Description of Fees and Hours by Matter Category
from January 23, 2024 through January 31, 2024

# APServices

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:        Chapter 11 Process / Case Management
Code:      20010473PA0002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 01/23/2024 | JJ | Attend Careismatic Brands, LLC business update townhall meeting with C. Chen, R. Steere, J. Jang, K. Percy, R. Robbins, and J. Amico (all APS) (telephonically) | 0.5 |
| 01/23/2024 | JA | Attend Careismatic Brands, LLC business update townhall meeting with C. Chen, R. Steere, J. Jang, K. Percy, R. Robbins, and J. Amico (all APS) (telephonically) | 0.5 |
| 01/23/2024 | JA | Review and prepare various documents and analysis supporting calculations in first day motions in advance of first day hearing | 0.8 |
| 01/23/2024 | JA | Review of filed versions of various first day pleadings | 0.8 |
| 01/23/2024 | JA | Draft of key workstream memo and develop team planning for key deliverables through Chapter 11 case | 0.6 |
| 01/23/2024 | RR | Attend Careismatic Brands, LLC business update townhall meeting with C. Chen, R. Steere, J. Jang, K. Percy, R. Robbins, and J. Amico (all APS) (telephonically) | 0.5 |
| 01/23/2024 | CC | Attend Careismatic Brands, LLC business update townhall meeting with C. Chen, R. Steere, J. Jang, K. Percy, R. Robbins, and J. Amico (all APS) (telephonically) | 0.5 |
| 01/23/2024 | CC | Analyze accrued severance payments exceeding statutory cap | 0.8 |
| 01/23/2024 | RS | Attend Careismatic Brands, LLC business update townhall meeting with C. Chen, R. Steere, J. Jang, K. Percy, R. Robbins, and J. Amico (all APS) (telephonically) | 0.5 |
| 01/23/2024 | KP | Attend Careismatic Brands, LLC business update townhall meeting with C. Chen, R. Steere, J. Jang, K. Percy, R. Robbins, and J. Amico (all APS) (telephonically) | 0.5 |
| 01/24/2024 | JA | Call with R. Robbins, J. Amico, C. Chen, R. Steere (all APS) re: CH. 11 deliverables and work plan | 0.7 |
| 01/24/2024 | RR | Call with R. Robbins, J. Amico, C. Chen, R. Steere (all APS) re: CH. 11 deliverables and work plan | 0.7 |
| 01/24/2024 | CC | Call with R. Robbins, J. Amico, C. Chen, R. Steere (all APS) re: CH. 11 deliverables and work plan | 0.7 |
| 01/24/2024 | RS | Call with R. Robbins, J. Amico, C. Chen, R. Steere (all APS) re: CH. 11 deliverables and work plan | 0.7 |
| 01/25/2024 | JA | Meeting with R. Robbins, J. Amico, C. Chen and R. Steere (all APS) re: identifying ordinary course professionals | 0.4 |
| 01/25/2024 | JA | Develop diligence list and workplan re: key tasks required for Effective date | 0.5 |
| 01/25/2024 | RR | Meeting with R. Robbins, J. Amico, C. Chen and R. Steere (all APS) re: identifying ordinary course professionals | 0.4 |
| 01/25/2024 | RR | Review chapter 11 process issues and reporting requirements | 2.4 |
| 01/25/2024 | CC | Meeting with R. Robbins, J. Amico, C. Chen and R. Steere (all APS) re: identifying ordinary course professionals | 0.4 |
| 01/25/2024 | RS | Meeting with R. Robbins, J. Amico, C. Chen and R. Steere (all APS) re: identifying ordinary course professionals | 0.4 |
| 01/25/2024 | KP | Review first day motions | 1.2 |
| 01/26/2024 | JA | Review of diligence request re: Indep Board requests | 0.5 |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:          Chapter 11 Process / Case Management
Code:        20010473PA0002.1.1

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 01/26/2024 | JA | Review of various requirements per first day orders and follow up with company | 0.6 |
| 01/26/2024 | RS | Review approved first day motions and orders by court | 1.8 |
| 01/26/2024 | RS | Summarize first day motion stipulations for CBI | 0.7 |
| 01/26/2024 | KP | Review first day motions | 1.3 |
| 01/29/2024 | JA | Analysis of various reporting deadlines and development of reporting templates | 0.5 |
| **Total Professional Hours** | | | **19.9** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:                         Chapter 11 Process / Case Management
Code:                       20010473PA0002.1.1

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Kent Percy | $1,380 | 3.0 | 4,140.00 |
| Richard Robbins | $1,200 | 4.0 | 4,800.00 |
| Joel Amico | $1,100 | 5.9 | 6,490.00 |
| Chi Chen | $690 | 2.4 | 1,656.00 |
| Jimmy Jang | $690 | 0.5 | 345.00 |
| Rowan Steere | $615 | 4.1 | 2,521.50 |
| **Total Professional Hours and Fees** | | **19.9** | **$   19,952.50** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:          DIP Financing
Code:        20010473PA0002.1.2

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 01/25/2024 | RS | Review new emails re: DIP financing | 0.2 |
| **Total Professional Hours** | | | **0.2** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:               DIP Financing
Code:             20010473PA0002.1.2

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Rowan Steere | $615 | 0.2 | 123.00 |
| **Total Professional Hours and Fees** | | **0.2** | **$ 123.00** |

**AP**Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:       Cash / Liquidity Matters
Code:     20010473PA0002.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 01/23/2024 | JJ | Update the cash flow model to include all other bank accounts and further calibrating the model | 3.0 |
| 01/23/2024 | JJ | Review of new interest calculation, update of model, and other calibration of cash flow model | 2.5 |
| 01/23/2024 | JJ | Preparation of variance analysis and setting up presentation to the CBI MGMT team | 3.0 |
| 01/23/2024 | JA | Call with S. Bogue and finance team (Careismatic) and E. Ahmad (Scotia Bank) re: opening bank accounts and other diligence | 0.4 |
| 01/23/2024 | JA | Call with S. Bogue and finance team (Careismatic) and C. Szeto (East West Bank) re: opening bank accounts and other diligence | 0.2 |
| 01/23/2024 | JA | Call with S. Bogue and finance team (Careismatic) and A. Gazarayn (JPM) re: opening bank accounts and other diligence | 0.5 |
| 01/23/2024 | JA | Review and responses to various emails re: bank account access and other questions | 0.5 |
| 01/23/2024 | RR | Work related to the closing of debtor bank accounts for debit activity. | 1.2 |
| 01/24/2024 | KP | Meeting with F. Echevarria and K. Percy (both APS) to outline reporting requirements | 0.2 |
| 01/24/2024 | FDE | Cash Flow Variance Set Up Discussion between J. Jang, K. Percy, and F. Echevarria (all APS) | 0.5 |
| 01/24/2024 | FDE | Cash Flow Variance Set Up Discussion Part 2 between J. Jang and F. Echevarria (both APS) | 0.5 |
| 01/24/2024 | JJ | Cash Flow Variance Set Up Discussion with J. Jang and F. Echevarria (both APS) | 1.1 |
| 01/24/2024 | JJ | Cash Flow Variance Set Up Discussion between J. Jang, K. Percy, and F. Echevarria (all APS) | 0.5 |
| 01/24/2024 | JJ | Cash Flow Variance Set Up Discussion Part 2 between J. Jang and F. Echevarria (both APS) | 0.5 |
| 01/24/2024 | JJ | Review of the variance deck and making other necessary changes | 0.9 |
| 01/24/2024 | JJ | Prepare variance deck and power point presentation for an upcoming meeting with CBI team | 3.0 |
| 01/24/2024 | JA | Analysis of various questions related to debt payments and ordinary course professionals to pay | 0.4 |
| 01/24/2024 | RR | Analysis related to determining response to UST 345 issues on Canadian cash. | 1.3 |
| 01/24/2024 | KP | Cash Flow Variance Set Up Discussion between J. Jang, K. Percy, and F. Echevarria (all APS) | 0.5 |
| 01/24/2024 | KP | Review and update of cash liquidity forecast | 2.5 |
| 01/24/2024 | FDE | Review cash management presentation | 0.3 |
| 01/24/2024 | FDE | Cash Flow Variance Set Up Discussion with J. Jang and F. Echevarria (both APS) | 1.1 |
| 01/24/2024 | FDE | Prepare budget variance covenant testing worksheet | 0.9 |
| 01/24/2024 | FDE | Adjust variance report for updated cash flow projections | 0.5 |
| 01/24/2024 | FDE | Meeting with F. Echevarria and K. Percy (both APS) to outline reporting requirements | 0.2 |
| 01/25/2024 | JJ | Variance reporting discussion between J. Jang, F. Echevarria, K. Percy (all APS) and S. Bogue, M. Djibinian, and B. Ramirez (all CBI) | 0.6 |

# AP Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:        Cash / Liquidity Matters
Code:      20010473PA0002.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 01/25/2024 | JJ | Calibrating the existing cash flow model and other ad-hoc tasks associated with liquidity | 1.0 |
| 01/25/2024 | JJ | Review of available data to perform DSO analysis and setting up meetings with CBI to discuss the matter | 1.5 |
| 01/25/2024 | JJ | Review of the model and variances in preparation of meeting with CBI team; review of the presentation material | 1.4 |
| 01/25/2024 | JJ | Meeting with F. Echevarria and J. Jang (both APS) to review budget variance presentation | 0.5 |
| 01/25/2024 | JJ | DSO calculation and analysis of top wholesale accounts | 2.4 |
| 01/25/2024 | JA | Analysis of DIP budget and analyze buckets of prepetition spend allowed | 0.7 |
| 01/25/2024 | JA | Meeting with R. Robbins, J. Amico, C. Chen and R. Steere (all APS) re: cash management of debtor bank accounts | 0.3 |
| 01/25/2024 | RR | Meeting with R. Robbins and R. Steere (both APS) re: debtor foreign bank accounts | 0.7 |
| 01/25/2024 | RR | Meeting with R. Robbins, J. Amico, C. Chen and R. Steere (all APS) re: cash management of debtor bank accounts | 0.3 |
| 01/25/2024 | CC | Meeting with R. Robbins, J. Amico, C. Chen and R. Steere (all APS) re: cash management of debtor bank accounts | 0.3 |
| 01/25/2024 | RS | Meeting with R. Robbins and R. Steere (both APS) re: debtor foreign bank accounts | 0.7 |
| 01/25/2024 | RS | Update bank listing with recent balances for UST | 1.2 |
| 01/25/2024 | RS | Meeting with R. Robbins, J. Amico, C. Chen and R. Steere (all APS) re: cash management of debtor bank accounts | 0.3 |
| 01/25/2024 | KP | Variance reporting discussion between J. Jang, F. Echevarria, K. Percy (all APS) and S. Bogue, M. Djibinian, and B. Ramirez (all CBI) | 0.6 |
| 01/25/2024 | KP | Review and update of cash liquidity forecast | 2.8 |
| 01/25/2024 | FDE | Meeting with F. Echevarria and J. Jang (both APS) to review budget variance presentation | 0.5 |
| 01/25/2024 | FDE | Meeting with F. Echevarria and J. Jang (both APS) to review DSO calculations | 0.6 |
| 01/25/2024 | FDE | Prepare analysis to compare variance between DIP forecast and Company's forecast | 1.3 |
| 01/25/2024 | FDE | Variance reporting discussion between J. Jang, F. Echevarria, K. Percy (all APS) and S. Bogue, M. Djibinian, and B. Ramirez (all CBI) | 0.6 |
| 01/25/2024 | FDE | Update latest DIP forecast with revised assumptions | 0.6 |
| 01/25/2024 | FDE | Prepare excel summary of 13wk cash forecast for company treasurer | 0.4 |
| 01/25/2024 | JJ | Meeting with F. Echevarria and J. Jang (both APS) to review DSO calculations | 0.6 |
| 01/26/2024 | JJ | Analyze the go forward variance reporting format and analysis required; Preliminary analysis of upcoming weekly variance | 2.1 |
| 01/26/2024 | JJ | Meeting J. Jang and F. Echevarria (both APS) to discuss cash flow impact on termination of factoring | 0.7 |
| 01/26/2024 | JJ | Meeting with B. Ramirez, S. Bogue, M. Djibinian (all CBI), P. Woodland (PG), J. Jang, F. Echevarria (both APS) to discuss weekly cash flow | 0.5 |
| 01/26/2024 | JJ | Meeting between J. Jang and F. Echevarria (both APS) to discuss Wells Fargo discontinuation of Factoring Arrangement | 1.0 |

# APServices

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:     Cash / Liquidity Matters
Code:   20010473PA0002.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 01/26/2024 | JJ | Review of DSO assumptions and analyzing the structure of AR rollover and other receipt related analysis | 3.0 |
| 01/26/2024 | JJ | Analyze the impact of discontinuation of Wells Fargo factoring arrangement | 0.7 |
| 01/26/2024 | RR | Analysis related to Wells Fargo receivables facility and impact on cash of it being discontinued | 2.2 |
| 01/26/2024 | JA | Review of DIP forecast and liquidity outlook; reconcile with assumed prepetition payments per first day orders | 0.8 |
| 01/26/2024 | JA | Analysis of impact of change in various trade financing arrangements | 0.4 |
| 01/26/2024 | KP | Review and update of cash liquidity forecast | 3.1 |
| 01/26/2024 | FDE | Meeting J. Jang and F. Echevarria (both APS) to discuss cash flow impact on termination of factoring | 0.7 |
| 01/26/2024 | FDE | Prepare adjustments to the cash forecast | 1.1 |
| 01/26/2024 | FDE | Meeting between J. Jang and F. Echevarria (both APS) to discuss Wells Fargo discontinuation of Factoring Arrangement | 1.0 |
| 01/26/2024 | FDE | Meeting with B. Ramirez, S. Bogue, M. Djibinian (all CBI), P. Woodland (PG), J. Jang, F. Echevarria (both APS) to discuss weekly cash flow | 0.5 |
| 01/26/2024 | FDE | Prepare e-mail correspondence RE DIP interest | 0.5 |
| 01/29/2024 | JJ | Meeting with F. Echevarria and J. Jang (both APS) to discuss prior week cash flow model | 0.8 |
| 01/29/2024 | JJ | Update of cash flow model for the prior week | 3.0 |
| 01/29/2024 | JJ | Meeting between L. Temple (CBI) to discuss AR receipt cycle | 0.5 |
| 01/29/2024 | JJ | Variance analysis, reforecast of cash flow, and other ad hoc liquidity tasks | 1.7 |
| 01/29/2024 | JJ | Resolving the issue re: the cash flow model on intercompany transfer reconciliation and cash roll forward vs bank balance | 2.0 |
| 01/29/2024 | RS | Analyze bank activity for debtor foreign accounts | 1.8 |
| 01/29/2024 | RS | Meeting with B. Ramirez (Careismatic) re: debtor foreign accounts | 0.4 |
| 01/29/2024 | RS | Emails to CBI re: cash reporting requirements | 0.7 |
| 01/29/2024 | RS | Update bank account listing with new balances | 0.4 |
| 01/29/2024 | JA | Analysis of issues relating to AR factoring and impact on liquidity | 0.5 |
| 01/29/2024 | FDE | Review initial draft of cash flow model | 0.8 |
| 01/29/2024 | FDE | Review initial draft of variance explanations | 1.0 |
| 01/29/2024 | FDE | Prepare external sharing version of initial DIP forecast | 0.5 |
| 01/29/2024 | FDE | Meeting with F. Echevarria and J. Jang (both APS) to discuss prior week cash flow model | 0.8 |
| 01/30/2024 | JJ | Meeting with F. Echevarria and J. Jang (both APS) to review latest cash flow model | 0.5 |
| 01/30/2024 | JJ | Prepare weekly cash flow variance report | 2.0 |
| 01/30/2024 | JJ | Review of DSO assumptions and beginning the work of implementing vendor specific DSO within the cashflow model | 1.9 |
| 01/30/2024 | JJ | Meeting with B. Ramirez (CBI) to analyze wholesale DSO and DTC DSO | 1.5 |
| 01/30/2024 | JJ | Meeting with B. Ramirez (CBI), J. Jang, F. Echevarria (both APS) to discuss weekly cash flow variance | 1.0 |
| 01/30/2024 | JJ | Review of discontinuation of factoring and analyzing the liquidity impact | 1.5 |
| 01/30/2024 | RR | Prepare for meeting with US Trustee on Canadian cash matters | 1.3 |

**AP**Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:        Cash / Liquidity Matters
Code:     20010473PA0002.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 01/30/2024 | JA | Work session with B. Ramirez (Careismatic) re: various bank required diligence | 0.5 |
| 01/30/2024 | FDE | Meeting with B. Ramirez (CBI), J. Jang, F. Echevarria (both APS) to discuss weekly cash flow variance | 1.0 |
| 01/30/2024 | FDE | Prepare adjusted cashflow forecast | 1.6 |
| 01/30/2024 | FDE | Review changes to Walmart collection methodology | 0.7 |
| 01/30/2024 | FDE | Review last week variance analysis | 0.5 |
| 01/30/2024 | FDE | Meeting with F. Echevarria and J. Jang (both APS) to review latest cash flow model | 0.5 |
| 01/31/2024 | JJ | Meeting between B. Ramirez (CBI) to discuss e-comm deposits and its classification | 1.0 |
| 01/31/2024 | JJ | Meeting with K. Percy, F. Echevarria, and J. Jang (all APS) to discuss weekly variance report | 0.5 |
| 01/31/2024 | JJ | Meeting with K. Percy, F. Echevarria, and J. Jang (all APS), M. McGilvery (PJT), and C. Husnick and A. Surinak (both Kirkland) to discuss receivables financing | 0.3 |
| 01/31/2024 | JJ | Preparation of weekly cash variance report, calibration of existing cash flow model, and other ad hoc requests | 3.0 |
| 01/31/2024 | JJ | Working with CBI team to discuss anticipated disbursements for the week and analyzing the amount vs existing forecast | 1.2 |
| 01/31/2024 | JJ | Meeting with B. Ramirez and C. Shyani (both CBI) to discuss DTC sales report | 0.5 |
| 01/31/2024 | JJ | Wholesale DSO analysis: build up of AR balance for key accounts and vetting through data provided | 1.5 |
| 01/31/2024 | KP | Meeting with K. Percy, F. Echevarria, and J. Jang (all APS) to discuss weekly variance report | 0.5 |
| 01/31/2024 | KP | Review and update of cash liquidity forecast | 3.2 |
| 01/31/2024 | KP | Meeting with K. Percy, F. Echevarria, and J. Jang (all APS), M. McGilvery (PJT), and C. Husnick and A. Surinak (both Kirkland) to discuss receivables financing | 0.3 |
| 01/31/2024 | FDE | Meeting with K. Percy, F. Echevarria, and J. Jang (all APS) to discuss weekly variance report | 0.5 |
| 01/31/2024 | FDE | Review changes to forecast methodology changes | 1.0 |
| 01/31/2024 | FDE | Review weekly payment report | 1.0 |
| 01/31/2024 | FDE | Meeting with K. Percy, F. Echevarria, and J. Jang (all APS), M. McGilvery (PJT), and C. Husnick and A. Surinak (both Kirkland) to discuss receivables financing | 0.3 |

**Total Professional Hours**                                                                                                    **108.6**

**AP**Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:                    Cash / Liquidity Matters
Code:                  20010473PA0002.1.3

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Kent Percy | $1,380 | 13.7 | 18,906.00 |
| Richard Robbins | $1,200 | 7.0 | 8,400.00 |
| Joel Amico | $1,100 | 5.2 | 5,720.00 |
| Francisco D Echevarria | $1,025 | 22.0 | 22,550.00 |
| Chi Chen | $690 | 0.3 | 207.00 |
| Jimmy Jang | $690 | 54.9 | 37,881.00 |
| Rowan Steere | $615 | 5.5 | 3,382.50 |
| **Total Professional Hours and Fees** | | **108.6** | **$    97,046.50** |

**AP**Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:         U.S. Trustee / Court Reporting Requirements
Code:       20010473PA0002.1.5

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 01/24/2024 | JA | Draft of background materials re: S&S preparation and outline key planning workstreams | 1.5 |
| 01/24/2024 | RR | Review of trial balance for purposes of beginning work on the Schedules and Statements | 2.3 |
| 01/25/2024 | JA | Review and draft of background material for MORs | 0.8 |
| 01/26/2024 | RR | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS) re: SoFA schedule preparation plan | 0.6 |
| 01/26/2024 | JA | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS) re: SoFA schedule preparation plan | 0.6 |
| 01/26/2024 | JA | Review of Schedule G contracts workplan and provide comments on process and templates | 0.9 |
| 01/26/2024 | JA | Draft of Statements and Schedules background materials and overview deck | 0.5 |
| 01/26/2024 | CC | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS) re: SoFA schedule preparation plan | 0.6 |
| 01/26/2024 | RS | Emails to counsel re: UST reporting requirements | 0.8 |
| 01/26/2024 | RS | Update and send presentation and timeline of schedules and SOFAs to M. Djibinian (Careismatic) | 0.7 |
| 01/26/2024 | RS | Review SOFAs, schedules, and liquidity analysis to prepare for CBI reporting needs | 1.3 |
| 01/26/2024 | RS | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS) re: SoFA schedule preparation plan | 0.6 |
| 01/29/2024 | JA | Draft of tracker and key tasks for Statements and Schedules | 0.4 |
| 01/29/2024 | CC | Prepare intercompany balance matrix | 2.2 |
| 01/30/2024 | RR | Meeting with R. Robbins, E. Kanazireva, J. Amico, C. Chen and R. Steere (all APS) re: SOFAs and Schedules tool | 0.5 |
| 01/30/2024 | RR | Review of materials required for Initial Debtor Interview | 0.8 |
| 01/30/2024 | RR | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), A. Surinak, S. Sanders (both Kirkland) re: trustee reporting requirements | 0.3 |
| 01/30/2024 | RS | Meeting with R. Robbins, E. Kanazireva, J. Amico, C. Chen and R. Steere (all APS) re: SOFAs and Schedules tool | 0.5 |
| 01/30/2024 | RS | Review list of property owned and leased | 0.3 |
| 01/30/2024 | RS | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), A. Surinak, S. Sanders (both Kirkland) re: trustee reporting requirements | 0.3 |
| 01/30/2024 | JA | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), A. Surinak, S. Sanders (both Kirkland) re: trustee reporting requirements | 0.3 |
| 01/30/2024 | JA | Development of background materials for Statement and Schedules and customize for Careismatic finance and accounting team | 1.0 |
| 01/30/2024 | JA | Meeting with R. Robbins, E. Kanazireva, J. Amico, C. Chen and R. Steere (all APS) re: SOFAs and Schedules tool | 0.5 |
| 01/30/2024 | EK | Meeting with R. Robbins, E. Kanazireva, J. Amico, C. Chen and R. Steere (all APS) re: SOFAs and Schedules tool | 0.5 |
| 01/30/2024 | CC | Meeting with R. Robbins, E. Kanazireva, J. Amico, C. Chen and R. Steere (all APS) re: SOFAs and Schedules tool | 0.5 |
| 01/30/2024 | CC | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), A. Surinak, S. Sanders (both Kirkland) re: trustee reporting requirements | 0.3 |

**AP**Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:        U.S. Trustee / Court Reporting Requirements
Code:      20010473PA0002.1.5

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 01/31/2024 | RR | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), N. Kholousi, M. Djibinian (both Careismatic) re: SOFAs and schedules | 1.9 |
| 01/31/2024 | RR | Meeting with. R. Robbins, R. Steere (both APS), A. Surinak, S. Sanders (both Kirkland), P. D'Auria, F. Steele (both UST) re: debtor foreign bank accounts | 0.4 |
| 01/31/2024 | RS | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), N. Kholousi, M. Djibinian (both Careismatic) re: SOFAs and schedules | 1.9 |
| 01/31/2024 | RS | Meeting with J. Amico, C. Chen, R. Steere (all APS), M. Djibinian, M. Khani (both Careismatic) re: monthly operating reports | 0.9 |
| 01/31/2024 | RS | Meeting with. R. Robbins, R. Steere (both APS), A. Surinak, S. Sanders (both Kirkland), P. D'Auria, F. Steele (both UST) re: debtor foreign bank accounts | 0.4 |
| 01/31/2024 | RS | Update ordinary course professional listing | 0.3 |
| 01/31/2024 | RS | Create MOR financial statements | 0.9 |
| 01/31/2024 | RS | Populate schedule AB for UST reporting requirement | 1.3 |
| 01/31/2024 | JA | Meeting with J. Amico, C. Chen, R. Steere (all APS), M. Djibinian, M. Khani (both Careismatic) re: monthly operating reports | 0.9 |
| 01/31/2024 | JA | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), N. Kholousi, M. Djibinian (both Careismatic) re: SOFAs and schedules | 1.9 |
| 01/31/2024 | CC | Prepare SOFAs templates | 0.9 |
| 01/31/2024 | CC | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), N. Kholousi, M. Djibinian (both Careismatic) re: SOFAs and schedules | 1.9 |
| 01/31/2024 | CC | Update requests listing for SOFAs and schedules of assets and liabilities | 1.6 |
| 01/31/2024 | CC | Compose email to CBI re: requests for SOFAs and schedules of assets and liabilities | 0.4 |
| 01/31/2024 | CC | Prepare files and requests for initial debtor interview | 1.1 |
| 01/31/2024 | CC | Meeting with J. Amico, C. Chen, R. Steere (all APS), M. Djibinian, M. Khani (both Careismatic) re: monthly operating reports | 0.9 |
| **Total Professional Hours** | | | **37.2** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401


Re:                    U.S. Trustee / Court Reporting Requirements
Code:                  20010473PA0002.1.5

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Richard Robbins | $1,200 | 6.8 | 8,160.00 |
| Joel Amico | $1,100 | 9.3 | 10,230.00 |
| Emilia Kanazireva | $880 | 0.5 | 440.00 |
| Chi Chen | $690 | 10.4 | 7,176.00 |
| Rowan Steere | $615 | 10.2 | 6,273.00 |
| **Total Professional Hours and Fees** | | **37.2** | **$   32,279.00** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:             Business Plan / Analysis
Code:           20010473PA0002.1.6

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 01/30/2024 | JJ | Meeting with N. Kiefer (CBI), J. Jang, F. Echevarria (both APS) to catch up on Business Plan status update | 0.6 |
| 01/30/2024 | FDE | Meeting with N. Kiefer (CBI), J. Jang, F. Echevarria (both APS) to catch up on Business Plan status update | 0.6 |
| **Total Professional Hours** | | | **1.2** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:                          Business Plan / Analysis
Code:                        20010473PA0002.1.6

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Francisco D Echevarria | $1,025 | 0.6 | 615.00 |
| Jimmy Jang | $690 | 0.6 | 414.00 |
| **Total Professional Hours and Fees** | | **1.2** | **$        1,029.00** |

# **AP**Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:        Plan & Disclosure Statement
Code:      20010473PA0002.1.9

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 01/25/2024 | JA | Analysis info required and list diligence requirements for liquidation analysis | 0.7 |
| 01/25/2024 | JA | Review of timeline and deliverables re: Plan and Disclosure Statement | 0.5 |
| 01/26/2024 | JA | Draft of workplan for liquidation analysis; analysis of various claims and intercompany issues | 1.0 |
| 01/29/2024 | JA | Review draft of Disclosure Statement and determine various assumptions for claims estimate and other financial info required | 0.7 |
| 01/29/2024 | JA | Analysis of intercompany payables re: liquidation analysis | 0.6 |
| 01/30/2024 | RS | Review TB data and mapping | 1.1 |
| 01/30/2024 | RS | Create financial statements from December trial balance detail | 1.3 |
| 01/30/2024 | JA | Review of drafts of Plan and Disclosure Statement and develop workplan for various exhibits | 0.7 |
| 01/30/2024 | JA | Analysis of various balance sheet detail to build out liquidation analysis | 1.4 |
| 01/30/2024 | CC | Prepare liquidation analysis | 1.7 |
| 01/31/2024 | JA | Draft template of requirements for financial projections for Disclosure Statement | 0.5 |
| 01/31/2024 | JA | Draft of key assumptions for liquidation analysis | 0.8 |
| 01/31/2024 | JA | Analysis to determine various creditor claims for the Disclosure Statement | 1.1 |
| **Total Professional Hours** | | | **12.1** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:                        Plan & Disclosure Statement
Code:                      20010473PA0002.1.9

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Joel Amico | $1,100 | 8.0 | | 8,800.00 |
| Chi Chen | $690 | 1.7 | | 1,173.00 |
| Rowan Steere | $615 | 2.4 | | 1,476.00 |
| **Total Professional Hours and Fees** | | **12.1** | **$** | **11,449.00** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:              Business Operations
Code:            20010473PA0002.1.11

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 01/31/2024 | JA | Review of requests from counsel re: diligence on APA items | 0.3 |
| 01/31/2024 | JH | Prepare responses to K. Percy (APS) re: workplan and timing for GAAP ASC 852 bankruptcy accounting and reporting for consolidated financial statements reports | 0.4 |

**Total Professional Hours** | | | **0.7**



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:                     Business Operations
Code:                   20010473PA0002.1.11

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| James Horgan | $1,200 | 0.4 | 480.00 |
| Joel Amico | $1,100 | 0.3 | 330.00 |
| **Total Professional Hours and Fees** | | **0.7** | **$     810.00** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:             Testimony
Code:           20010473PA0002.1.12

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 01/23/2024 | KP | Call with K. Rose (Kirkland) re: writ of attachment | 0.6 |
| 01/31/2024 | KP | Testimony with McDonald Hopkins, Kobre Kim, and Kirkland re: history of CBI | 1.1 |

**Total Professional Hours**                                                                          **1.7**



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:              Testimony
Code:            20010473PA0002.1.12

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Kent Percy | $1,380 | 1.7 | 2,346.00 |
| **Total Professional Hours and Fees** | | **1.7** | **$    2,346.00** |

**AP**Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:             Vendor Management
Code:           20010473PA0002.1.13

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 01/23/2024 | JA | Analysis of various vendor claims and determine bucket for ability to pay | 0.3 |
| 01/23/2024 | JA | Review and provide comments on various vendor management and other employee related communications | 0.6 |
| 01/23/2024 | JA | Meeting with L. Wolf and others (C. Street), K. Percy, R. Robbins, J. Amico, C. Chen, R. Steere (all APS), M. Djibinian and AP team (all Careismatic) re: chapter 11 vendor plan | 0.8 |
| 01/23/2024 | JA | Meeting with K. Percy, R. Robbins, J. Amico, C. Chen, R. Steere (all APS), S. Bogue, M. Djibinian, B. Ramirez, N. Kholousi, J. Hudson (all Careismatic) re: post-petition vendor process | 0.6 |
| 01/23/2024 | RR | Meeting with K. Percy, R. Robbins, J. Amico, C. Chen, R. Steere (all APS), S. Bogue, M. Djibinian, B. Ramirez, N. Kholousi, J. Hudson (all Careismatic) re: post-petition vendor process | 0.6 |
| 01/23/2024 | RR | Meeting with L. Wolf and others (C. Street), K. Percy, R. Robbins, J. Amico, C. Chen, R. Steere (all APS), M. Djibinian and AP team (all Careismatic) re: chapter 11 vendor plan | 0.8 |
| 01/23/2024 | CC | Analyze the country of incorporation for foreign vendors | 0.2 |
| 01/23/2024 | CC | Meeting with K. Percy, R. Robbins, J. Amico, C. Chen, R. Steere (all APS), S. Bogue, M. Djibinian, B. Ramirez, N. Kholousi, J. Hudson (all Careismatic) re: post-petition vendor process | 0.6 |
| 01/23/2024 | CC | Meeting with L. Wolf and others (C. Street), K. Percy, R. Robbins, J. Amico, C. Chen, R. Steere (all APS), M. Djibinian and AP team (all Careismatic) re: chapter 11 vendor plan | 0.8 |
| 01/23/2024 | RS | Meeting with L. Wolf and others (C. Street), K. Percy, R. Robbins, J. Amico, C. Chen, R. Steere (all APS), M. Djibinian and AP team (all Careismatic) re: chapter 11 vendor plan | 0.8 |
| 01/23/2024 | RS | Meeting with K. Percy, R. Robbins, J. Amico, C. Chen, R. Steere (all APS), S. Bogue, M. Djibinian, B. Ramirez, N. Kholousi, J. Hudson (all Careismatic) re: post-petition vendor process | 0.6 |
| 01/23/2024 | KP | Meeting with L. Wolf and others (C. Street), K. Percy, R. Robbins, J. Amico, C. Chen, R. Steere (all APS), M. Djibinian and AP team (all Careismatic) re: chapter 11 vendor plan | 0.8 |
| 01/23/2024 | KP | Call with Vorys and Kirkland re: Fortna and other suppliers | 0.7 |
| 01/23/2024 | KP | Meeting with K. Percy, R. Robbins, J. Amico, C. Chen, R. Steere (all APS), S. Bogue, M. Djibinian, B. Ramirez, N. Kholousi, J. Hudson (all Careismatic) re: post-petition vendor process | 0.6 |
| 01/24/2024 | JA | Analysis of foreign vendor spend and prep for UST request | 0.5 |
| 01/24/2024 | JA | Review of auto debits and other requests to pay; analyze and recommendation of next steps and communication to company | 0.7 |
| 01/24/2024 | JA | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), S. Bogue, M. Djibinian, other AP personnel (all Careismatic) re: management of vendor payments | 1.3 |
| 01/24/2024 | JA | Review and respond to various questions from company re: ability to pay vendors and Ch. 11 process | 1.2 |

# APServices

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:        Vendor Management
Code:      20010473PA0002.1.13

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 01/24/2024 | RR | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), S. Bogue, M. Djibinian, other AP personnel (all Careismatic) re: management of vendor payments | 1.3 |
| 01/24/2024 | CC | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), S. Bogue, M. Djibinian, other AP personnel (all Careismatic) re: management of vendor payments | 1.3 |
| 01/24/2024 | RS | Create list of ordinary course professionals with average monthly spend at request of Kirkland | 0.7 |
| 01/24/2024 | RS | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), S. Bogue, M. Djibinian, other AP personnel (all Careismatic) re: management of vendor payments | 1.3 |
| 01/24/2024 | RS | Create vendor key by first day motion categorization | 1.8 |
| 01/25/2024 | JA | Call with K. Percy, R. Robbins, J. Amico (all APS), S. Bogue and finance team (Careismatic) re: payments and bank accounts | 0.4 |
| 01/25/2024 | JA | Review of various company requests to pay prepetition invoices and provide counsel | 0.8 |
| 01/25/2024 | JA | Review and provide comments on company materials for employee instructions on how to use credit cards | 0.3 |
| 01/25/2024 | RR | Call with K. Percy, R. Robbins, J. Amico (all APS), S. Bogue and finance team (Careismatic) re: payments and bank accounts | 0.4 |
| 01/25/2024 | KP | Call with K. Percy, R. Robbins, J. Amico (all APS), S. Bogue and finance team (Careismatic) re: payments and bank accounts | 0.4 |
| 01/26/2024 | RR | Review of critical vendor motion and related data. | 1.8 |
| 01/26/2024 | JA | Review and analyze data re: identifying ordinary course professionals and other professionals for retention | 0.8 |
| 01/26/2024 | JA | Analysis of top 30 creditors and provide supplemental info | 0.4 |
| 01/26/2024 | RS | Create excel document with final top 30 unsecured vendors | 0.7 |
| 01/26/2024 | FDE | Prepare analysis to show impact of shorten DSO terms | 1.2 |
| 01/29/2024 | RR | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), M. Djibinian, S. Bogue, J. Hudson, N. Kholousi (all Careismatic) re: vendor payments | 1.3 |
| 01/29/2024 | RR | Vendor data review and categorization | 1.4 |
| 01/29/2024 | RS | Emails to CBI re: vendor management | 0.9 |
| 01/29/2024 | RS | Review accounts payable detail to classify vendors by motion spend category | 1.3 |
| 01/29/2024 | RS | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), M. Djibinian, S. Bogue, J. Hudson, N. Kholousi (all Careismatic) re: vendor payments | 1.3 |
| 01/29/2024 | RS | Update OCP listing based on spending cap | 0.6 |
| 01/29/2024 | JA | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), M. Djibinian, S. Bogue, J. Hudson, N. Kholousi (all Careismatic) re: vendor payments | 1.3 |
| 01/29/2024 | JA | Review and advise on various vendor payment issues and determine ability to pay | 1.1 |
| 01/29/2024 | CC | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), M. Djibinian, S. Bogue, J. Hudson, N. Kholousi (all Careismatic) re: vendor payments | 1.3 |
| 01/30/2024 | RR | Review of OCP motion and supporting schedules | 0.7 |
| 01/30/2024 | RR | Review of vendor data for payment approval process | 1.2 |

**AP**Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:          Vendor Management
Code:        20010473PA0002.1.13

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 01/30/2024 | RR | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), S. Bogue, M. Djibinian, N. Kholousi, J. Hudson (all Careismatic) re: accounts payable payments | 1.4 |
| 01/30/2024 | RS | Classify new vendors by FDM category for Careismatic AP team | 0.7 |
| 01/30/2024 | RS | Compile list of vendors with no future business | 0.6 |
| 01/30/2024 | RS | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), S. Bogue, M. Djibinian, N. Kholousi, J. Hudson (all Careismatic) re: accounts payable payments | 1.4 |
| 01/30/2024 | RS | Update list of vendors that are included in customer program order | 0.7 |
| 01/30/2024 | JA | Review and analysis of various vendor classifications and determine ability to pay | 1.2 |
| 01/30/2024 | JA | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), S. Bogue, M. Djibinian, N. Kholousi, J. Hudson (all Careismatic) re: accounts payable payments | 1.4 |
| 01/30/2024 | CC | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), S. Bogue, M. Djibinian, N. Kholousi, J. Hudson (all Careismatic) re: accounts payable payments | 1.4 |
| 01/31/2024 | RS | Meeting with J. Amico, C. Chen, R. Steere (all APS) and N. Kholousi (Careismatic) re: accounts payable payments | 0.4 |
| 01/31/2024 | RS | Respond to debtor emails re: vendor management | 0.6 |
| 01/31/2024 | JA | Meeting with J. Amico, C. Chen, R. Steere (all APS) and N. Kholousi (Careismatic) re: accounts payable payments | 0.4 |
| 01/31/2024 | JA | Review of various requests for payment and determine vendor status | 0.8 |
| 01/31/2024 | JA | Review and analyze various ordinary course professionals for filing | 0.4 |
| 01/31/2024 | CC | Meeting with J. Amico, C. Chen, R. Steere (all APS) and N. Kholousi (Careismatic) re: accounts payable payments | 0.4 |
| **Total Professional Hours** | | | **50.3** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:                     Vendor Management
Code:                   20010473PA0002.1.13

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Kent Percy | $1,380 | 2.5 | 3,450.00 |
| Richard Robbins | $1,200 | 10.9 | 13,080.00 |
| Joel Amico | $1,100 | 15.3 | 16,830.00 |
| Francisco D Echevarria | $1,025 | 1.2 | 1,230.00 |
| Chi Chen | $690 | 6.0 | 4,140.00 |
| Rowan Steere | $615 | 14.4 | 8,856.00 |
| **Total Professional Hours and Fees** | | **50.3** | **$       47,586.00** |

**AP**Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:          Executory Contracts
Code:        20010473PA0002.1.14

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 01/23/2024 | JA | Review of company index of contracts, develop template for Schedule G and communicate with claims agent | 0.7 |
| 01/23/2024 | RR | Analysis related to potential 503b9/contract spend. | 1.1 |
| 01/25/2024 | JA | Meeting with R. Robbins, J. Amico, C. Chen and R. Steere (all APS) and M. Djibinian (CBI) re: repositories of customer contracts and vendor contracts | 0.8 |
| 01/25/2024 | JA | Review of emails and data room re: executory contracts for Schedule G | 0.8 |
| 01/25/2024 | RR | Meeting with R. Robbins, J. Amico, C. Chen and R. Steere (all APS) and M. Djibinian (CBI) re: repositories of customer contracts and vendor contracts | 0.8 |
| 01/25/2024 | CC | Meeting with R. Robbins, J. Amico, C. Chen and R. Steere (all APS) and M. Djibinian (CBI) re: repositories of customer contracts and vendor contracts | 0.8 |
| 01/25/2024 | RS | Meeting with R. Robbins, J. Amico, C. Chen and R. Steere (all APS) and M. Djibinian (CBI) re: repositories of customer contracts and vendor contracts | 0.8 |
| 01/26/2024 | CC | Analyze data rooms to identify executory contracts | 1.8 |
| 01/26/2024 | CC | Compose email to A. Logan (Donlin) re: contracts review procedures | 0.5 |
| 01/30/2024 | RR | Review of contract data to determine analysis requirements | 1.7 |
| 01/30/2024 | RS | Meeting with. J. Amico, C. Chen, R. Steere (all APS), A. Logan, C. Dickson, K. Wagner (all Donlin) re: contract review | 0.5 |
| 01/30/2024 | JA | Meeting with. J. Amico, C. Chen, R. Steere (all APS), A. Logan, C. Dickson, K. Wagner (all Donlin) re: contract review | 0.5 |
| 01/30/2024 | CC | Meeting with. J. Amico, C. Chen, R. Steere (all APS), A. Logan, C. Dickson, K. Wagner (all Donlin) re: contract review | 0.5 |
| 01/31/2024 | JA | Analysis of draft of Schedule G contracts and reconcile to contract list | 0.7 |
| 01/31/2024 | JA | Review of various material contracts and determine inclusion for Schedule G | 0.7 |
| **Total Professional Hours** | | | **12.7** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:              Executory Contracts
Code:            20010473PA0002.1.14

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Richard Robbins | $1,200 | 3.6 | 4,320.00 |
| Joel Amico | $1,100 | 4.2 | 4,620.00 |
| Chi Chen | $690 | 3.6 | 2,484.00 |
| Rowan Steere | $615 | 1.3 | 799.50 |
| **Total Professional Hours and Fees** | | **12.7** | **$ 12,223.50** |

# APServices

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re: Claims Process / Avoidance Actions
Code: 20010473PA0002.1.15

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|------|------|------|
| 01/23/2024 | JA | Meeting with J. Amico, C. Chen, R. Steere (all APS) re: creditor matrix open-items | 0.8 |
| 01/23/2024 | JA | Review and provide comments on creditor matrix and missing information required | 0.8 |
| 01/23/2024 | CC | Update creditor matrix | 1.9 |
| 01/23/2024 | CC | Call with K. Wagner, J. Goode, C. Dickson (all Donlin), C. Chen and R. Steere (both APS) re: creditor matrix open-items | 0.8 |
| 01/23/2024 | CC | Meeting with C. Chen, R. Steere (both APS) re: creditor matrix open-items | 0.9 |
| 01/23/2024 | CC | Meeting with J. Amico, C. Chen, R. Steere (all APS) re: creditor matrix open-items | 0.8 |
| 01/23/2024 | RS | Meeting with C. Chen, R. Steere (both APS) re: creditor matrix open-items | 0.9 |
| 01/23/2024 | RS | Call with K. Wagner, J. Goode, C. Dickson (all Donlin), C. Chen and R. Steere (both APS) re: creditor matrix open-items | 0.8 |
| 01/23/2024 | RS | Review the creditor matrix tracking sheet | 0.5 |
| 01/23/2024 | RS | Provide comments in creditor matrix tracker created by claims agents | 1.4 |
| 01/23/2024 | RS | Meeting with J. Amico, C. Chen, R. Steere (all APS) re: creditor matrix open-items | 0.8 |
| 01/24/2024 | CC | Identify officers and directors' mailing address | 2.4 |
| 01/26/2024 | RR | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), A. Logan, C. Dickson, K. Wagner, J. Goode (all Donlin) re: CBI contract review | 0.4 |
| 01/26/2024 | JA | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), A. Logan, C. Dickson, K. Wagner, J. Goode (all Donlin) re: CBI contract review | 0.4 |
| 01/26/2024 | JA | Review of various outstanding diligence for creditor matrix and reach out to various parties | 1.1 |
| 01/26/2024 | CC | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), A. Logan, C. Dickson, K. Wagner, J. Goode (all Donlin) re: CBI contract review | 0.4 |
| 01/26/2024 | RS | Meeting with R. Robbins, J. Amico, C. Chen, R. Steere (all APS), A. Logan, C. Dickson, K. Wagner, J. Goode (all Donlin) re: CBI contract review | 0.4 |
| 01/29/2024 | RS | Review list of outstanding addresses for creditor claims matrix | 0.6 |
| 01/29/2024 | JA | Review of various creditor matrix outstanding items and follow up with company | 0.7 |
| 01/29/2024 | CC | Identify shareholders' mailing address | 1.9 |
| 01/30/2024 | RS | Review outstanding litigation to search for relevant parties addresses | 0.6 |
| 01/30/2024 | RS | Summarize number of UK creditors per request of counsel | 0.2 |
| 01/30/2024 | CC | Update creditor matrix | 1.2 |
| 01/30/2024 | CC | Compile a listing of officers and directors for debtor entities | 1.2 |
| 01/31/2024 | RS | Review creditor matrix for missing addresses | 0.4 |
| 01/31/2024 | JA | Analysis of creditor matrix and determine open items and questions | 0.5 |
| **Total Professional Hours** | | | **22.8** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:                        Claims Process / Avoidance Actions
Code:                      20010473PA0002.1.15

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Richard Robbins | $1,200 | 0.4 | 480.00 |
| Joel Amico | $1,100 | 4.3 | 4,730.00 |
| Chi Chen | $690 | 11.5 | 7,935.00 |
| Rowan Steere | $615 | 6.6 | 4,059.00 |
| **Total Professional Hours and Fees** | | 22.8 | $    17,204.00 |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:         Preparation for / Attend Court Hearings
Code:       20010473PA0002.1.17

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 01/23/2024 | RR | Preparation related to responding to potential issues at first day hearing | 2.2 |
| 01/24/2024 | JJ | Attend first day court hearing with C. Chen, R. Steere, J. Jang, K. Percy, R. Robbins, and J. Amico (all APS) | 2.0 |
| 01/24/2024 | JA | In person meetings with S. Sanders and Kirkland team (Kirkland) before first day hearing at courthouse | 1.0 |
| 01/24/2024 | RR | Attend first day court hearing with C. Chen, R. Steere, J. Jang, K. Percy, R. Robbins, and J. Amico (all APS) | 2.0 |
| 01/24/2024 | CC | Attend first day court hearing with C. Chen, R. Steere, J. Jang, K. Percy, R. Robbins, and J. Amico (all APS) | 2.0 |
| 01/24/2024 | RS | Attend first day court hearing with C. Chen, R. Steere, J. Jang, K. Percy, R. Robbins, and J. Amico (all APS) | 2.0 |
| 01/24/2024 | KP | Attend first day court hearing with C. Chen, R. Steere, J. Jang, K. Percy, R. Robbins, and J. Amico (all APS) | 2.0 |
| 01/24/2024 | JA | Attend first day court hearing with C. Chen, R. Steere, J. Jang, K. Percy, R. Robbins, and J. Amico (all APS) | 2.0 |
| **Total Professional Hours** | | | **15.2** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:                          Preparation for / Attend Court Hearings
Code:                        20010473PA0002.1.17

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Kent Percy | $1,380 | 2.0 | 2,760.00 |
| Richard Robbins | $1,200 | 4.2 | 5,040.00 |
| Joel Amico | $1,100 | 3.0 | 3,300.00 |
| Chi Chen | $690 | 2.0 | 1,380.00 |
| Jimmy Jang | $690 | 2.0 | 1,380.00 |
| Rowan Steere | $615 | 2.0 | 1,230.00 |
| **Total Professional Hours and Fees** | | **15.2** | **$     15,090.00** |

**AP**Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:        Retention Applications & Relationship Disclosures
Code:      20010473PA0002.1.19

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 01/23/2024 | BFS | Prepare investor search party list to be attached to investor solicitation emails | 0.3 |
| 01/23/2024 | KSM | Email D. Lewis (APS) re: 90 day payment information | 0.3 |
| 01/23/2024 | KSM | Review 90 day payment information from D. Lewis (APS) | 0.2 |
| 01/23/2024 | JB | Draft disclosures to be included in retention documents for parties beginning with 24-Ban | 1.2 |
| 01/23/2024 | JB | Prepare updated parties in interest list for firm database | 0.7 |
| 01/24/2024 | KSM | Respond to D. Lewis (APS) re: payment history inquiry | 0.2 |
| 01/24/2024 | JB | Draft disclosures to be included in retention documents for parties beginning with Ch-Ea | 1.7 |
| 01/24/2024 | JB | Draft disclosures to be included in retention documents for parties beginning with Bar-Ce | 1.1 |
| 01/24/2024 | JB | Draft disclosures to be included in retention documents for parties beginning with Eat-Fo | 1.2 |
| 01/25/2024 | KSM | Correspondence with J. Amico (APS) S. Sanders (Kirkland) re: timeline for draft retention documents and filing thereof | 0.5 |
| 01/25/2024 | KSM | Review draft investor emails re: potential connections to parties in interest | 0.3 |
| 01/25/2024 | JB | Draft disclosures to be included in retention documents for parties beginning with For-Ken | 2.1 |
| 01/25/2024 | JB | Draft disclosures to be included in retention documents for parties beginning with Ker-Mar | 0.9 |
| 01/26/2024 | JB | Draft disclosures to be included in retention documents for parties beginning with Pj-St | 2.2 |
| 01/26/2024 | JB | Draft disclosures to be included in retention documents for parties beginning with Mars-Pi | 2.8 |
| 01/27/2024 | JB | Draft disclosures to be included in retention documents for parties beginning with Sta-Sta of No | 1.9 |
| 01/27/2024 | JB | Draft disclosures to be included in retention documents for parties beginning with Sta of Nor-Un | 2.9 |
| 01/28/2024 | JB | Draft disclosures to be included in retention documents for parties beginning with US-Z | 1.6 |
| 01/30/2024 | KSM | Email draft retention documents to A. Surinak, S. Sanders (both Kirkland) K. Percy, J. Amico, B. Filler, and J. Braverman (all APS) | 0.2 |
| 01/30/2024 | KSM | Edit updated retention documents | 1.3 |
| 01/30/2024 | KSM | Edit draft disclosures | 2.6 |
| 01/31/2024 | JB | Prepare updated parties in interest list for firm database | 1.1 |
| 01/31/2024 | JB | Draft disclosures to be included in retention documents for parties beginning with A-Tr | 1.6 |
| 01/31/2024 | KSM | Correspondence with N. Andrew and E. Kardos (both APS) re: relationship disclosure | 0.4 |
| 01/31/2024 | KSM | Update draft relationship disclosures from J. Braverman (APS) | 1.5 |
| 01/31/2024 | KSM | Update draft retention documents from S. Sanders (Kirkland) | 1.3 |
| 01/31/2024 | KSM | Review edits to retention documents from S. Sanders (Kirkland) | 0.6 |
| 01/31/2024 | KSM | Correspondence with K. Percy (APS) re: relationship disclosure | 0.2 |
| **Total Professional Hours** | | | **32.9** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:                        Retention Applications & Relationship Disclosures
Code:                      20010473PA0002.1.19

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Kaitlyn Sundt McClarren | $650 | 9.6 | 6,240.00 |
| Brooke Filler Stavitski | $575 | 0.3 | 172.50 |
| Jennifer Braverman | $535 | 23.0 | 12,305.00 |
| **Total Professional Hours and Fees** | | **32.9** | **$    18,717.50** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:   Officer Duties
Code:  20010473PA0002.1.21

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 01/23/2024 | KP | Review of material and preparation for potential testimony | 3.7 |
| 01/23/2024 | KP | Call with S Bogue (CBI) re: Chapter 11 issues | 1.1 |
| 01/24/2024 | KP | CRO communication with employees and vendors | 3.1 |
| 01/25/2024 | KP | CRO communication with employees and vendors | 3.2 |
| 01/26/2024 | KP | CRO communication with employees and vendors | 3.4 |
| 01/26/2024 | KP | Transaction Committee meeting | 0.5 |
| 01/26/2024 | KP | Board of Directors meeting | 0.5 |
| 01/31/2024 | KP | CRO communication with employees and vendors | 2.5 |
| 01/31/2024 | KP | Transaction Committee meeting | 0.5 |
| **Total Professional Hours** | | | **18.5** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401


Re:                    Officer Duties
Code:                  20010473PA0002.1.21

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Kent Percy | $1,380 | 18.5 | 25,530.00 |
| **Total Professional Hours and Fees** | | **18.5** | **$    25,530.00** |

**AP**Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:        Travel Time
Code:      20010473PA0002.1.31

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|------|------|------|
| 01/23/2024 | RR | Travel time to client site | 3.5 |
| 01/24/2024 | JA | Travel from EWR to BUF due to meetings with counsel and attend first day hearing | 1.5 |
| 01/24/2024 | RS | Travel to Newark courthouse | 0.6 |
| 01/25/2024 | RR | Travel time from client to home | 3.5 |
| 01/29/2024 | RR | Travel time to client site | 3.5 |
| 01/29/2024 | JA | Travel from BUF to LAX | 4.0 |
| 01/29/2024 | CC | Travel to Los Angeles to attend in person client meetings | 2.7 |
| 01/29/2024 | JJ | Travel to client site (Santa Monica) | 3.0 |
| 01/31/2024 | RR | Travel from client site to Austin, TX | 3.5 |
| **Total Professional Hours** | | | **25.8** |



Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:                     Travel Time
Code:                   20010473PA0002.1.31

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Richard Robbins | $1,200 | 14.0 | 16,800.00 |
| Joel Amico | $1,100 | 5.5 | 6,050.00 |
| Chi Chen | $690 | 2.7 | 1,863.00 |
| Jimmy Jang | $690 | 3.0 | 2,070.00 |
| Rowan Steere | $615 | 0.6 | 369.00 |
| **Total Professional Hours and Fees** | | **25.2** | **$  26,783.00** |
| Less 50% Travel Fees | | | (13,391.50) |
| **Total Professional Fees** | | | **$  13,391.50** |

# **Exhibit D**

Detailed Description of Expenses
from January 23, 2024 through January 31, 2024

# **AP**Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:         Expenses
Code:       20010473PA0002.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 1/23/2024 | Airfare Richard Robbins 2024-01-23 IAH- LAX | 336.72 |
| 1/23/2024 | Lodging Joel Amico New York 2024-01-22 2024-01-24 | 718.40 |
| 1/23/2024 | Individual Meal Richard Robbins - Dinner | 68.04 |
| 1/23/2024 | Individual Meal Richard Robbins - Lunch | 17.48 |
| 1/23/2024 | Individual Meal Richard Robbins - Breakfast | 25.92 |
| 1/23/2024 | Parking/Tolls Richard Robbins | 33.00 |
| 1/23/2024 | Lodging Richard Robbins Woodland Hills 2024-01-23 2024-01-25 | 655.68 |
| 1/23/2024 | Airfare Richard Robbins 2024-01-29 AUS- LAX | 323.01 |
| 1/23/2024 | Airfare Richard Robbins 2024-01-31 LAX- AUS | 210.30 |
| 1/24/2024 | Taxi/Car Service Joel Amico NJ court to EWR | 17.93 |
| 1/24/2024 | Individual Meal Joel Amico - Lunch | 30.75 |
| 1/24/2024 | Individual Meal Joel Amico - Dinner | 25.91 |
| 1/24/2024 | Individual Meal Joel Amico - Breakfast | 4.30 |
| 1/24/2024 | Taxi/Car Service Joel Amico BUF to Home | 43.53 |
| 1/24/2024 | Taxi/Car Service Joel Amico Office to NJ courthouse | 79.87 |
| 1/24/2024 | Airfare Chi Chen 2024-01-29 IAH- LAX | 581.54 |
| 1/24/2024 | Taxi/Car Service Richard Robbins HOU to IAH | 189.35 |
| 1/24/2024 | Individual Meal Richard Robbins - Dinner | 75.00 |
| 1/24/2024 | Individual Meal Richard Robbins - Lunch | 16.48 |
| 1/24/2024 | Parking/Tolls Richard Robbins | 33.00 |
| 1/25/2024 | Airfare Richard Robbins 2024-01-25 LAX- AUS | 232.84 |
| 1/25/2024 | Individual Meal Richard Robbins - Lunch | 1.00 |
| 1/25/2024 | Individual Meal Richard Robbins - Dinner | 50.65 |
| 1/25/2024 | Car Rental Richard Robbins 2 Days Los Angeles | 175.93 |
| 1/25/2024 | Internet Access Richard Robbins | 8.00 |
| 1/25/2024 | Parking/Tolls Richard Robbins | 116.00 |
| 1/25/2024 | Mileage Richard Robbins 30 Miles | 20.10 |

**AP**Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:        Expenses
Code:      20010473PA0002.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|------|-------------------------|--------|
| 1/28/2024 | Airfare Joel Amico 2024-01-29 buf- LAX | 146.00 |
| 1/28/2024 | Lodging Rowan Steere Woodland Hills 2024-01-28 2024-02-01 | 1,256.21 |
| 1/29/2024 | Taxi/Car Service Joel Amico Home to BUF | 40.00 |
| 1/29/2024 | Individual Meal Joel Amico - Dinner | 17.37 |
| 1/29/2024 | Taxi/Car Service Joel Amico LAX to Hotel | 75.11 |
| 1/29/2024 | Lodging Joel Amico Woodland Hills 2024-01-29 2024-02-01 | 1,007.45 |
| 1/29/2024 | Taxi/Car Service Chi Chen Home to Airport | 54.92 |
| 1/29/2024 | Internet Access Chi Chen | 8.00 |
| 1/29/2024 | Lodging Chi Chen Woodland Hills  2024-01-29 2024-02-01 | 1,007.45 |
| 1/29/2024 | Individual Meal Richard Robbins - Breakfast | 21.32 |
| 1/29/2024 | Group Meal - Engagement Team Richard Robbins - Lunch - Richard Robbins; Chi Chen; Rowan Steere | 88.69 |
| 1/29/2024 | Parking/Tolls Richard Robbins | 33.00 |
| 1/29/2024 | Lodging Richard Robbins Woodland Hills 2024-01-29 2024-01-31 | 664.28 |
| 1/29/2024 | Mileage Richard Robbins 30 Miles | 20.10 |
| 1/29/2024 | Group Meal - Engagement Team Richard Robbins - Dinner - Rowan Steere; Chi Chen; Richard Robbins | 225.00 |
| 1/30/2024 | Group Meal - Engagement Team Chi Chen - Lunch - Richard Robbins; Joel Amico; Rowan Steere; Chi Chen | 184.70 |
| 1/30/2024 | Group Meal - Engagement Team Richard Robbins - Dinner - Richard Robbins; Joel Amico; Chi Chen; Rowan Steere | 300.00 |
| 1/30/2024 | Parking/Tolls Richard Robbins | 33.00 |
| 1/31/2024 | Group Meal - Engagement Team Joel Amico - Dinner - Joel Amico; Rowan Steere; Jimmy Jang; Chi Chen | 300.00 |
| 1/31/2024 | Group Meal Chi Chen - Lunch - Richard Robbins; Joel Amico; Rowan Steere; Chi Chen | 150.22 |
| 1/31/2024 | Individual Meal Chi Chen - Breakfast | 17.07 |

**AP**Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

Re:        Expenses
Code:      20010473PA0002.1.32

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 1/31/2024 | Parking/Tolls Richard Robbins | 87.00 |
| 1/31/2024 | Individual Meal Richard Robbins - Dinner | 75.00 |
| 1/31/2024 | Internet Access Richard Robbins | 8.00 |
| 1/31/2024 | Mileage Richard Robbins 30 Miles | 20.10 |
| **Total** | | **9,930.72** |

**AP**Services

Careismatic Brands, LLC
1119 Colorado Avenue
Santa Monica, CA 90401

| Expenses | | Amount |
|---|---|---|
| Airfare | $ | 1,830.41 |
| Ground Transportation | | 500.71 |
| Internet | | 24.00 |
| Lodging | | 5,309.47 |
| Meals | | 1,694.90 |
| Mileage | | 60.30 |
| Parking & Tolls | | 335.00 |
| Rental Car | | 175.93 |
| **Total Disbursements** | **$** | **9,930.72** |