**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREISMATIC BRANDS, LLC, *et al.*, | Case No. 24-10561 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 48 Wall Street, New York, NY 10005.

3. On the 19th day of March 2024, DRC, at my direction and under my supervision, caused to serve Cole Schotz, P.C.'s Monthly Fee Statement for the Period February 1, 2024 Through February 29, 2024 (Docket No. 450), via electronic mail upon the parties as set forth on Exhibit 1; and via U.S. First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 21st day of March 2024, New York, New York.

_____
Sung Jae Kim

Sworn before me this
21st day of March 2024

_____
Notary Public

[Notary Seal: ROBIN ALEXANDRA CHARLES, NOTARY PUBLIC, STATE OF NEW YORK, NO. 01CH6427586, QUALIFIED IN KINGS COUNTY, COMM. EXP. 01-03-2026]

**EXHIBIT 1**

Case 24-10561-VFP    Doc 461    Filed 03/21/24    Entered 03/21/24 19:55:49    Desc Main
Document    Page 4 of 14

Careismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 6                                                                                                      03/19/2024 01:49:15 PM

| | | | |
|---|---|---|---|
| 000026P001-1552S-040<br>ALASKA ATTORNEY GENERAL<br>TREG R TAYLOR<br>1031 W 4TH AVE<br>STE 200<br>ANCHORAGE AK 99501-1994<br>ATTORNEY.GENERAL@ALASKA.GOV | 000027P001-1552S-040<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV | 000028P001-1552S-040<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610<br>OAG@ARKANSASAG.GOV | 000108P001-1552S-040<br>BALL UP LLC<br>HUESTON HENNIGAN LLP<br>ROBERT KLIEGER<br>523 WEST 6TH ST STE 400<br>LOS ANGELES CA 90014<br>RKLIEGER@HUESTON.COM |
| 002712P002-1552A-040<br>BARCO UNIFORMS INC<br>PIERRE ZARA<br>350 ROSECRANS AVE<br>GARDENA CA 90248<br>PIERRE.ZARA@BARCOUNIFORMS.COM | 000107P003-1552S-040<br>BARCO UNIFORMS INC.<br>ATTN: JANE FOWLER<br>350 WEST ROSECRANS AVE<br>GARDENA CA 90248<br>JANE.FOWLER@BARCOUNIFORMS.COM | 000126P001-1552S-040<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>425 MARKET ST.,STE 2900<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000001P002-1552S-040<br>CAREISMATIC BRANDS LLC<br>SIDHARTH LAKHANI<br>Kent Percy<br>1119 COLORADO AVE<br>SANTA MONICA CA 90401<br>kpercy@alixpartners.com |
| 000005P001-1552S-040<br>COLE SCHOTZ PC<br>MICHAEL D SIROTA<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601<br>MSIROTA@COLESCHOTZ.COM | 000007P001-1552S-040<br>COLE SCHOTZ PC<br>FELICE R YUDKIN<br>COURT PLAZA NORTH<br>25 MAIN ST<br>HACKENSACK NJ 07601<br>FYUDKIN@COLESCHOTZ.COM | 000030P001-1552S-040<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203<br>CORA.REQUEST@COAG.GOV | 000085P001-1552S-040<br>COMTRADING APPAREL DMCC<br>MISS THAO LE<br>JUMEIRAH LAKES TOWERS UNIT 302-08<br>JUMEIRAH BAY 2 PLOT JLT-PH2-X2A<br>DUBAI<br>UNITED ARAB EMIRATES<br>THAO.LE@COMTEXTILE.COM.VN |
| 000031P001-1552S-040<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV | 000089P001-1552S-040<br>CORDIAL EXPERIENCE INC<br>402 W BROADWAY<br>STE 700<br>SAN DIEGO CA 92101<br>BILLING@CORDIAL.COM | 011285P001-1552A-040<br>CORPORATION SVC CO AS REPRESENTATIVE<br>PO BOX 2576<br>SPRINGFIELD IL 62708<br>UCCSPREP@CSCINFO.COM | 000076P003-1552S-040<br>DAVIS POLK & WARDWELL<br>BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017<br>BRIAN.RESNICK@DAVISPOLK.COM |
| 000076P003-1552S-040<br>DAVIS POLK & WARDWELL<br>BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017<br>MICHAEL.PERA@DAVISPOLK.COM | 000076P003-1552S-040<br>DAVIS POLK & WARDWELL<br>BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017<br>AUDREY.YOUN@DAVISPOLK.COM | 000032P001-1552S-040<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 000033P001-1552S-040<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001<br>OAG@DC.GOV |
| 000082P001-1552S-040<br>DUCTHANH GARMENT IMPORT EXPORT CO LTD<br>TI - DUCTHANH IMPORT EXPORT CO LTD<br>MONGHANH<br>18 TRAN HUNG DAO<br>MY THOI WARD<br>LONG XUYEN CITY AG<br>VIETNAM<br>KETOANDUCTHANHAG@HCM.VNN.VN | 003202P001-1552A-040<br>EAST WEST BANK<br>CINDY SZETO AVP ACCOUNT<br>SVC MANAGER CAPITAL MARKETS<br>135 N LOS ROBLES AVE 7TH FL<br>PASADENA CA 91101<br>CINDY.SZETO@EASTWESTBANK.COM | 000133P001-1552S-040<br>FOX ROTHSCHILD LLP<br>MARK E HALL.ESQ<br>49 MARKET ST<br>MORRISTOWN NJ 07960<br>MHALL@FOXROTHSCHILD.COM | 000118P001-1552S-040<br>GIBBONS P.C.<br>ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310<br>RMALONE@GIBBONSLAW.COM |

Case 24-10561-VFP    Doc 461    Filed 03/21/24    Entered 03/21/24 19:55:49    Desc Main
Document    Page 5 of 14

Case 24-10561-VFP, Bedsmatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 2 of 6                                                                                                                                                                03/19/2024 01:49:15 PM

| | | | |
|---|---|---|---|
| 000118P001-1552S-040<br>GIBBONS P.C.<br>ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310<br>BTHEISEN@GIBBONSLAW.COM | 000118P001-1552S-040<br>GIBBONS P.C.<br>ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310<br>KMCEVILLY@GIBBONSLAW.COM | 000095P001-1552S-040<br>GLORIA APPAREL INC<br>SOWON YOON<br>500 7TH AVE 8TH FL STE 124<br>NEW YORK NY 10018<br>SOWON@GLORIAAPPAREL.COM | 000116P002-1552S-040<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY.ESQ<br>500 CAMPUS DRIVE STE 400<br>FLORHAM PARK NJ 07932<br>BRODYA@GTLAW.COM |
| 000088P002-1552S-040<br>HAITI PREMIER APPAREL S.A.<br>MARIE FLORENCE BAKER<br>NO 18 RUE JEAN GILLES<br>ROUTE DE L'AEROPORT<br>PORT-AU-PRINCE<br>HAITI<br>MFBAKER@PBAPPAREL.COM | 000102P001-1552S-040<br>HERBERT MINES ASSOCIATES INC<br>DANIEL HERSZAFT<br>600 LEXINGTON AVE<br>14TH FLOOR<br>NEW YORK NY 10022<br>DANIEL@HERBERTMINES.COM | 000090P001-1552S-040<br>HUAFANG COMPANY LTD<br>HUAFANG CO LIMITED BY SHARES<br>WANG CHAO<br>NO 819 HUANGHE 2 RD<br>BINZHOU SHANDONG<br>CHINA<br>WCHAO2128@163.COM | 000103P001-1552S-040<br>HYOSUNG TNC CORP<br>YF HYOSUNG TNC CORP<br>CHRIS<br>119 MAPODAERO<br>MAPO-GU<br>SEOUL  4144<br>KOREA<br>CHRIS@HYOSUNG.COM |
| 000098P001-1552S-040<br>INSIGHT DIRECT USA INC<br>TIM KILIAN<br>2701 E INSIGHT WAY<br>CHANDLER AZ 85286<br>TIM.KILIAN@INSIGHT.COM | 000040P001-1552S-040<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>WEBTEAM@AG.IOWA.GOV | 000040P001-1552S-040<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>CONSUMER@AG.IOWA.GOV | 000105P001-1552S-040<br>JEFFTEX MFG CO LTD<br>QU KWON<br>RM # 503 SAMHWA B/D<br>999-2 DAECHI-DONG<br>KANGNAM-GU SEOUL  135502<br>KOREA<br>JEFFKWON@JEFFTEX.COM |
| 003205P001-1552A-040<br>JPMORGAN CHASE BANK, NA<br>ANI GAZARYAN MATTHEW SWEETMAN  JASON HORSTMAN<br>21600 OXNARD ST STE 370<br>WOODLAND HILLS CA 91367<br>ANI.GAZARYAN@CHASE.COM | 003205P001-1552A-040<br>JPMORGAN CHASE BANK, NA<br>ANI GAZARYAN MATTHEW SWEETMAN  JASON HORSTMAN<br>21600 OXNARD ST STE 370<br>WOODLAND HILLS CA 91367<br>MATTHEW.J.SWEETMAN@CHASE.COM | 003205P001-1552A-040<br>JPMORGAN CHASE BANK, NA<br>ANI GAZARYAN MATTHEW SWEETMAN  JASON HORSTMAN<br>21600 OXNARD ST STE 370<br>WOODLAND HILLS CA 91367<br>JASON.J.HORSTMAN@CHASE.COM | 000110P005-1552S-040<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA;<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>PMONTONI@KSLAW.COM |
| 000110P005-1552S-040<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA;<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>TSCRIVO@KSLAW.COM | 000110P005-1552S-040<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA;<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>MMUSCARA@KSLAW.COM | 000119P001-1552S-040<br>KING & SPALDING LLP<br>MATTHEW L WARREN<br>110 N WACKER DRIVE STE 3800<br>CHICAGO IL 60606<br>MWARREN@KSLAW.COM | 000002P001-1552S-040<br>KIRKLAND AND ELLIS LLP<br>CHAD J HUSNICK<br>300 NORTH LASALLE ST<br>CHICAGO IL 60654<br>CHUSNICK@KIRKLAND.COM |
| 000004P001-1552S-040<br>KIRKLAND AND ELLIS LLP<br>JOSHUA A SUSSBERG<br>601 LEXINGTON AVE<br>NEW YORK NY 10022<br>JSUSSBERG@KIRKLAND.COM | 000139P001-1552S-040<br>LAW OFFICE OF JAE YOUNG OH<br>JAE YOUNG OH<br>3712 PRINCE ST.,STE 10B<br>FLUSHING NY 11354<br>JAEOH70@HOTMAIL.COM | 000081P001-1552S-040<br>LEOPARD TEXTILES HOLDING LTD<br>LEOPARD TEXTILES<br>ZHENJIANG STEVEN WU<br>ROOM A 19F<br>KIM CHUNG COMMERCIAL BUILDING<br>HONG KONG<br>CHINA<br>STEVEN@LEOPARDTEX.COM | 000120P001-1552S-040<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN KENDRICK TURNER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@LGBS.COM |

Case 24-10561-VFP    Doc 461    Filed 03/21/24    Entered 03/21/24 19:55:49    Desc Main
Document    Page 6 of 14

Case 24-10561-VFP Charismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 6

03/19/2024 01:49:15 PM

| | | | |
|---|---|---|---|
| 000141P001-1552S-040<br>LOCKE LORD LLP<br>CHELSEY ROSENBLOOM LIST<br>BROOKFIELD PLACE<br>200 VESEY ST<br>NEW YORK NY 10281-2101<br>CHELSEY.LIST@LOCKELORD.COM | 000142P001-1552S-040<br>LOCKE LORD LLP<br>JONATHAN W YOUNG;HANNA J REDD<br>111 HUNTINGTON AVE.,9TH FLOOR<br>BOSTON MA 02199<br>JONATHAN.YOUNG@LOCKELORD.COM | 000142P001-1552S-040<br>LOCKE LORD LLP<br>JONATHAN W YOUNG;HANNA J REDD<br>111 HUNTINGTON AVE.,9TH FLOOR<br>BOSTON MA 02199<br>HANNA.REDD@LOCKELORD.COM | 000100P001-1552S-040<br>LOGILITY INC<br>BILL WHALEN<br>470 E PACES FERRY RD<br>ATLANTA GA 30305<br>BWHALEN@LOGILITY.COM |
| 000043P001-1552S-040<br>LOUISIANA ATTORNEY GENERAL<br>JEFF LANDRY<br>PO BOX 94095<br>BATON ROUGE LA 70804-4095<br>CONSTITUENTSERVICES@AG.LOUISIANA.GOV | 000045P001-1552S-040<br>MARYLAND ATTORNEY GENERAL<br>ANTHONY G BROWN<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022<br>OAG@OAG.STATE.MD.US | 000046P001-1552S-040<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US | 000114P001-1552S-040<br>MCMANIMON SCOTLAND & BAUMANN LLC<br>ANTHONY SODONO III,ESQ<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM |
| 000115P001-1552S-040<br>MCMANIMON SCOTLAND & BAUMANN LLC<br>SARI B PLACONA,ESQ<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 011279P002-1552A-040<br>ANGELA MENDOZA<br>JAY S ROTHMAN & ASSOCIATES<br>MARY JEAN SUMELL<br>ADDRESS AND EMAIL INTENTIONALLY OMITTED | 011279S001-1552A-040<br>ANGELA MENDOZA<br>DUNDON ADVISERS LLC<br>APRIL KIMM<br>ADDRESS AND EMAIL INTENTIONALLY OMITTED | 000087P001-1552S-040<br>MES UK LIMITED<br>KR MES UK LIMITED<br>AYDIN OZGUVEN<br>HALLSWELLE HOUSE<br>1 HALLSWELLE RD<br>LONDON  NW11 0DH<br>UNITED KINGDOM<br>AYDINO@SESBY.COM |
| 011281P001-1552A-040<br>MICHELMAN AND ROBINSON<br>KIM RILEY LAW<br>ANDREW F. KIM<br>9018 BALBOA BOULEVARD SUITE 552<br>NORTHRIDGE CA 91325<br>AKIM@KIMRILEYLAW.COM | 011281P001-1552A-040<br>MICHELMAN AND ROBINSON<br>KIM RILEY LAW<br>ANDREW F. KIM<br>9018 BALBOA BOULEVARD SUITE 552<br>NORTHRIDGE CA 91325<br>RRILEY@KIMRILEYLAW.COM | 000079P001-1552S-040<br>MICHELMAN and ROBINSON LLP<br>ACCOUNTS RECEIVABLE ERI BURNS<br>10880 WILSHIRE BLVD 19TH FL<br>LOS ANGELES CA 90024-4101<br>EBURNS@MRLLP.COM | 000047P001-1552S-040<br>MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>PO BOX 30212<br>525 W OTTAWA ST<br>LANSING MI 48909-0212<br>MIAG@MI.GOV |
| 000023P001-1552S-040<br>MILBANK LLP<br>EVAN R FLECK<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>EFLECK@MILBANK.COM | 000024P001-1552S-040<br>MILBANK LLP<br>NELLY ALMEIDA<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>NALMEIDA@MILBANK.COM | 000117P001-1552S-040<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>ALEES@MILBANK.COM | 000117P001-1552S-040<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>RRUBIN@MILBANK.COM |
| 000117P001-1552S-040<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>CFENDRYCH@MILBANK.COM | 000051P001-1552S-040<br>MONTANA ATTORNEY GENERAL<br>AUSTIN KNUDSEN<br>215 N SANDERS THIRD FL<br>JUSTICE BLDG<br>HELENA MT 59620-1401<br>CONTACTDOJ@MT.GOV | 000052P001-1552S-040<br>NEBRASKA ATTORNEY GENERAL<br>MIKE HILGERS<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920<br>AGO.INFO.HELP@NEBRASKA.GOV | 000083P001-1552S-040<br>NEELKAMAL TRADERS FZCO<br>VITTAL RADHAKRISHNAN<br>S-60604 JEBEL ALI FREEZONE<br>PO BOX 262890<br>DUBAI<br>UNITED ARAB EMIRATES<br>VITTAL.RADHAKRISHNAN@NEELKAMAL.COM |

Case 24-10561-VFP    Doc 461    Filed 03/21/24    Entered 03/21/24 19:55:49    Desc Main
Document    Page 7 of 14

Careismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 4 of 6                                                                                          03/19/2024 01:49:15 PM

| | | | |
|---|---|---|---|
| 000053P001-1552S-040<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>AGINFO@AG.NV.GOV | 000054P001-1552S-040<br>NEW HAMPSHIRE ATTORNEY GENERAL<br>JOHN FORMELLA<br>NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301-6397<br>ATTORNEYGENERAL@DOJ.NH.GOV | 013040P003-1552A-040<br>NJ-DEPT OF LABOR DIV EMPLOYER ACCOUNTS<br>KIMBERLY MILLINGTON<br>PO BOX 379<br>TRENTON NJ 08625<br>EABANKRUPT@DOL.NJ.GOV;KIMBERLY.MILLINGTON@DOL.NJ.GOV | 000059P001-1552S-040<br>NORTH DAKOTA ATTORNEY GENERAL<br>DREW WRIGLEY<br>600 E BLVD AVE<br>DEPT 125<br>BISMARCK ND 58505-0040<br>NDAG@ND.GOV |
| 000077P001-1552S-040<br>OFFICE OF THE US TRUSTEE<br>PETER D'AURIA<br>ONE NEWARK CENTER<br>1085 RAYMOND BLVD, STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV | 000062P001-1552S-040<br>OREGON ATTORNEY GENERAL<br>ELLEN F ROSENBLUM<br>OREGON DEPARTMENT OF JUSTICE<br>1162 CT ST NE<br>SALEM OR 97301-4096<br>FRED.BOSS@DOJ.STATE.OR.US | 000127P002-1552S-040<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER; ROBERT J FEINSTEIN<br>780 THRID AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>BSANDLER@PSZJLAW.COM | 000127P002-1552S-040<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER; ROBERT J FEINSTEIN<br>780 THRID AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>RFEINSTEIN@PSZJLAW.COM |
| 000128P001-1552S-040<br>PACHULSKI STANG ZIEHL & JONES LLP<br>TEDDY M KAPUR;CIA H MACKLE<br>780 THIRD AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>TKAPUR@PSZJLAW.COM | 000128P001-1552S-040<br>PACHULSKI STANG ZIEHL & JONES LLP<br>TEDDY M KAPUR;CIA H MACKLE<br>780 THIRD AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>CMACKLE@PSZJLAW.COM | 000112P002-1552S-040<br>PAUL HASTINGS LLP<br>JAYME GOLDSTEIN,ESQ<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>JAYMEGOLDSTEIN@PAULHASTINGS.COM | 000113P002-1552S-040<br>PAUL HASTINGS LLP<br>ALEX COTA;SAM LAWAND<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>ALEXCOTA@PAULHASTINGS.COM |
| 000113P002-1552S-040<br>PAUL HASTINGS LLP<br>ALEX COTA;SAM LAWAND<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>SAMLAWAND@PAULHASTINGS.COM | 000063P001-1552S-040<br>PENNSYLVANIA ATTORNEY GENERAL<br>MICHELLE HENRY<br>1600 STRAWBERRY SQUARE<br>16TH FL<br>HARRISBURG PA 17120<br>PRESS@ATTORNEYGENERAL.GOV | 000129P001-1552S-040<br>PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962<br>WJMARTIN@PBNLAW.COM | 000129P001-1552S-040<br>PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962<br>RAPARISI@PBNLAW.COM |
| 000129P001-1552S-040<br>PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962<br>CPMAZZA@PBNLAW.COM | 000094P001-1552S-040<br>RED BANKS CONSULTING INC<br>CASEY CARR<br>1079 CRAGMONT AVE<br>BERKELEY CA 94708<br>CCARR@REDBANKSCONSULTING.COM | 000121P002-1552S-040<br>REED SMITH LLP<br>JASON D ANGELO<br>506 CARNEGIE CENTER STE 300<br>PRINCETON NJ 08540<br>JANGELO@REEDSMITH.COM | 000131P001-1552S-040<br>RIKER DANZIG LLP<br>JOSEPH L SCHWARTZ;BRIAN M LAINE<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962-1981<br>JSCHWARTZ@RIKER.COM |
| 000131P001-1552S-040<br>RIKER DANZIG LLP<br>JOSEPH L SCHWARTZ;BRIAN M LAINE<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962-1981<br>BLAINE@RIKER.COM | 000109P001-1552S-040<br>ROPES & GRAY LLP<br>GREGG M. GALARDI<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>GREGG.GALARDI@ROPESGRAY.COM | 000109P001-1552S-040<br>ROPES & GRAY LLP<br>GREGG M. GALARDI<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>Randall.Bodner@ropesgray.com | 000109P001-1552S-040<br>ROPES & GRAY LLP<br>GREGG M. GALARDI<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>Anne.JohnsonPalmer@ropesgray.com |

Case 24-10561-VFP    Doc 461    Filed 03/21/24    Entered 03/21/24 19:55:49    Desc Main
Document    Page 8 of 14

Careismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 5 of 6                                                                 03/19/2024 01:49:15 PM

| | | | |
|---|---|---|---|
| 000084P001-1552S-040<br>ROYAL APPAREL EPZ LIMITED<br>SUNIL BOJAN<br>UNIT 1 @ CAPITAL INDUSTRIAL PARK<br>ATHI RIVER TOWN<br>NAIROBI CENTRAL  00606<br>KENYA<br>SUNILBOJAN@ROYALAPPARELEPZ.COM | 000106P003-1552S-040<br>SADDLE CREEK CORPORATION<br>JULIE FREEZE<br>PO BOX 530614<br>ATLANTA GA 30353-0614<br>AR@SCLOGISTICS.COM | 001154P002-1552A-040<br>SC- DEPT OF REVENUE<br>AMANDA GOODENOUGH<br>300A OUTLET POINTE BLVD<br>COLUMBIA SC 29210<br>BANKRUPTCYCLAIMS@DOR.SC.GOV | 003210P001-1552A-040<br>SCOTIA BANK<br>EMMAD AHMAD<br>750 - 650 WEST GEORGIA ST<br>VANCOUVER BC V6B 4N8<br>CANADA<br>EMMAD.AHMAD@SCOTIABANK.COM |
| 000136P001-1552S-040<br>SILLS CUMMIS & GROSS P.C.<br>S JASON TEELE,ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102<br>STEELE@SILLSCUMMIS.COM | 000137P001-1552S-040<br>SILLS CUMMIS & GROSS P.C.<br>ANDREW H SHERMAN,ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102<br>ASHERMAN@SILLSCUMMIS.COM | 000138P001-1552S-040<br>SILLS CUMMIS & GROSS P.C.<br>BORIS MANKOVETSKIY,ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102<br>BMANKOVETSKIY@SILLSCUMMIS.COM | 000080P002-1552S-040<br>SKADDEN ARPS SLATE MEAGHER and FLOM LLP<br>CHRISTOPHER M. HEANEY<br>ONE RODNEY SQUARE<br>PO BOX 1764<br>WHITE PLAINS NY 19899-0636<br>CHRISTOPHER.HEANEY@SKADDEN.COM |
| 000066P001-1552S-040<br>SOUTH DAKOTA ATTORNEY GENERAL<br>MARTY JACKLEY<br>1302 EAST HIGHWAY 14<br>STE 1<br>PIERRE SD 57501-8501<br>INFO@MARTYJACKLEY.COM | 005571P001-1552A-040<br>SUMMIT FUNDING GROUP INC<br>TIM BATEMAN<br>DBA LEASE ADMINISTRATION CENTER<br>4680 PKWY DR STE 300<br>MASON OH 45040<br>CUSTOMERSERVICE@4LEASEADMIN.COM | 000086P001-1552S-040<br>TAY SON GARMENT JOINT STOCK CO<br>MISS THAO LE<br>PHU XUAN WARD<br>PHU PHONG TOWN TAY SON DISTRICT<br>BINH DIHN<br>VIETNAM<br>THAO.LE@COMTEXTILE.COM.VN | 000096P001-1552S-040<br>THANH TRUC GARMENT IMP EXP CO LTD<br>DT THANH TRUC GARMENT IMP/EXP CO LTD<br>TOM NGUYEN<br>NO 61 A NGUYEN THI BAY ST<br>WARD 6<br>TAN AN LONG AN<br>VIETNAM<br>TOMTT@HCM.VNN.VN |
| 000097P001-1552S-040<br>THE SOURCING PLACE LTD<br>GEORGE ZHANG<br>UNIT D-E 31ST FLOOR FORD GLORY PLAZA<br>37-39 WING HONG ST KOWLONG<br>HONG KONG<br>HONG KONG<br>GEORGE@SUNTEXIND.COM | 000134P001-1552S-040<br>TN DEPT OF REVENUE<br>GINA BAKER HANTEL,SEN ASSISTANT ATTORNEY GEN<br>TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION<br>P O BOX 20207<br>NASHVILLE TN 37202-0207<br>GINA.HANTEL@AG.TN.GOV | 012988P002-1552A-040<br>TX- DALLAS COUNTY<br>LINEBARGER GOGGAN BLAIR AND SAMPSON LLP<br>JOHN KENDRICK TURNER<br>2777 N STEMMONS FWY<br>SUITE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@LGBS.COM | 013009P003-1552A-040<br>TX- WORKFORCE COMMISSION<br>OFFICE OF ATTORNEY GENERAL<br>BANKRUPTCY/COLLECTIONS<br>ERIN CONNOR REID<br>PO BOX 12548 MC008<br>AUSTIN TX 78711-2548<br>BANKRUPTCYTAX@OAG.TEXAS.GOV |
| 000008P002-1552S-040<br>UNITED STATES TRUSTEE<br>FRAN STEELE<br>ONE NEWARK CENTER<br>1085 RAYMOND BLVD, STE 2100<br>NEWARK NJ 07102<br>FRAN.B.STEELE@USDOJ.GOV | 003206P001-1552A-040<br>US BANK<br>ANI JINIAN<br>21700 OXNARD ST STE 120<br>WOODLAND HILLS CA 91367<br>ANI.JINIAN@USBANK.COM | 000069P001-1552S-040<br>UTAH ATTORNEY GENERAL<br>SEAN D REYES<br>UTAH STATE CAPITOL COMPLEX<br>350 NORTH STATE ST STE 230<br>SALT LAKE CITY UT 84114-2320<br>UAG@AGUTAH.GOV | 011278P001-1552A-040<br>VESTAGEN PROTECTIVE TECHNOLOGIES INC<br>OLGLETREE DEAKINS NASH SMOAK AND STEWART PC<br>JACK S SHOLKOFF<br>400 SOUTH HOPE ST<br>STE 1200<br>LOS ANGELES CA 90071<br>JACK.SHOLKOFF@OGLETREEDEAKINS.COM |
| 011278S002-1552A-040<br>VESTAGEN PROTECTIVE TECHNOLOGIES INC<br>Goldberg Segalla LLP<br>Aubree Hudson Mackey<br>777 South Figueroa Street Suite 1900<br>LOS ANGELES CA 90017<br>aubreemackeyesq@gmail.com | 011278S003-1552A-040<br>VESTAGEN PROTECTIVE TECHNOLOGIES INC<br>Ogletree Deakins Nash Smoak and Stewart PC<br>Jasmine E Simmons<br>400 South Hope Street Suite 1200<br>LOS ANGELES CA 90071<br>jasmine.simmons@ogletreedeakins.com | 011278S004-1552A-040<br>VESTAGEN PROTECTIVE TECHNOLOGIES INC<br>Goldberg Segalla LLP<br>Lisa P. Gruen<br>777 S. Figueroa Street<br>SUITE 1900<br>LOS ANGELES CA 90017<br>lgruen@goldbergsegalla.com | 011278S006-1552A-040<br>VESTAGEN PROTECTIVE TECHNOLOGIES INC<br>Ogletree Deakins Nash Smoak and Stewart PC<br>Sean Paisan<br>695 Town Center Drive 15th Floor<br>COSTA MESA CA 92626<br>sean.paisan@ogletree.com |

Case 24-10561-VFP    Doc 461    Filed 03/21/24    Entered 03/21/24 19:55:49    Desc Main
Document    Page 9 of 14

Careismatic Brands, LLC, et al.
Electronic Mail
**Exhibit Pages**

Page # : 6 of 6                                                                                                                  03/19/2024 01:49:15 PM

| | | | |
|---|---|---|---|
| 011278S005-1552A-040<br>VESTAGEN PROTECTIVE TECHNOLOGIES INC<br>Foran Glennon<br>Sharon Lynn Hightower<br>1741 Technology Drive Suite 250<br>SAN JOSE CA 95110<br>shightower@fgppr.com | 011278S001-1552A-040<br>VESTAGEN PROTECTIVE TECHNOLOGIES INC<br>Ogletree Deakins Nash Smoak and Stewart PC<br>Vince Mojica Verde<br>Park Tower<br>695 Town Center Drive Suite 1500<br>COSTA MESA CA 92626<br>vince.verde@ogletreedeakins.com | 000099P001-1552S-040<br>VITALITY STAFFING SOLUTIONS LLC<br>MELISSA BAEZ<br>PO BOX 823461<br>PHILADEPHIA PA 19182<br>MBAEZ@VITALITYSTAFFING.COM | 003203P001-1552A-040<br>WELLS FARGO<br>JENNIFER CLOSS<br>190 RIVER RD 1ST FL<br>SUMMIT NJ 07901<br>JENNIFER.CLOSS@WELLSFARGO.COM |
| 005765P001-1552A-040<br>WINGSPIRE EQUIPMENT FINANCE LLC<br>LESLIE OLIVARES<br>18302 IRVINE BLVD<br>STE 300<br>TUSTIN CA 92780<br>ACCOUNTING@WINGSPIRECAPITAL.COM | 000074P002-1552S-040<br>WISCONSIN ATTORNEY GENERAL<br>WISCONSIN DEPT. OF JUSTICE<br>ATTN: BANKRUPTCY DEPARTMENT<br>17 WEST MAIN STREET<br>P.O. BOX 7857<br>MADISON WI 53707<br>DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US | 000122P001-1552S-040<br>WOMBLE BOND DICKINSON (US) LLP<br>KEVIN J MANGAN<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801<br>KEVIN.MANGAN@WBD-US.COM | 000130P001-1552S-040<br>WOMBLE BOND DICKINSON (US) LLP<br>WOJCIECH F JUNG<br>950 THIRD AVE.,STE 2400<br>NEW YORK NY 10022<br>WOJCIECH.JUNG@WBD-US.COM |

Records Printed :     **128**

**EXHIBIT 2**

Case 24-10561-VFP    Doc 461    Filed 03/21/24    Entered 03/21/24 19:55:49    Desc Main
Document    Page 11 of 14
Carelsmatic Brands, LLC, et al.
Exhibit Pages

Page # : 1 of 4                                                                                                              03/19/2024 01:47:35 PM

| | | | |
|---|---|---|---|
| 000025P001-1552S-040<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 | 000093P001-1552S-040<br>AMERICAN EXPRESS<br>TRAVEL RELATED SERVICES CO INC<br>SHAD ALDRICH<br>PO BOX 360001<br>FORT LAUDERDALE FL 33336-0001 | 000132P001-1552S-040<br>ANGELA MENDOZA<br>14906 HUBBARD STREET<br>SYLMAR CA 91342 | 000010P001-1552S-040<br>ATTORNEY GENERAL<br>UNITED STATES DEPT OF JUSTICE<br>BEN FRANKLIN STATION<br>PO BOX 683<br>WASHINGTON DC 20044 |
| 000123P001-1552S-040<br>BALL UP LLC<br>ROBERT KEETCH<br>P O BOX 100748<br>FORT WORTH TX 76185 | 003211P001-1552A-040<br>BANK OF AMERICA<br>BANKRUPTCY DEPT<br>BANK OF AMERICA CORPORATE CTR<br>100 NORTH TRYON ST<br>CHARLOTTE NC 28255 | 003204P001-1552A-040<br>BARCLAYS BANK PLC<br>BANKRUPTCY DEPT<br>200 PK AVE W FL 3<br>NEW YORK NY 10038 | 003204S001-1552A-040<br>BARCLAYS BANK PLC<br>BANKRUPTCY DEPT<br>1 CHURCHILL PL<br>LONDON E14 5HP<br>UNITED KINGDOM |
| 003204S002-1552A-040<br>BARCLAYS BANK PLC<br>BANKRUPTCY DEPT<br>SOM 1 BUILDING, 2ND FL<br>GUSTAV-MAHLERLAAN 36<br>AMSTERDAM 1082 MC<br>THE NETHERLANDS | 011282P001-1552A-040<br>BARUDA AMERICA INC<br>30901 CARTER ST STE A<br>SOLON OH 44139 | 011283P001-1552A-040<br>BB&T COMMERCIAL EQUIPMENT CAPITAL CORP<br>2 COUNTRY VIEW RD<br>MALVERN PA 19355 | 011283P001-1552A-040<br>BB&T COMMERCIAL EQUIPMENT CAPITAL CORP<br>2 COUNTRY VIEW RD<br>MALVERN PA 19355 |
| 003208P001-1552A-040<br>BMO HARRIS BANK<br>BANKRUPTCY DEPT<br>320 S CANAL ST<br>CHICAGO IL 60606 | 000029P001-1552S-040<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 011253P001-1552A-040<br>CALIFORNIA DEPT OF TAX AND FEE ADMIN<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055 | 011253P001-1552A-040<br>CALIFORNIA DEPT OF TAX AND FEE ADMIN<br>PO BOX 942879<br>SACRAMENTO CA 94279-0055 |
| 003209P001-1552A-040<br>CHINA CONSTRUCTION AMERICA<br>BANKRUPTCY DEPT<br>445 SOUTH ST<br>STE 310<br>MORRISTOWN NJ 07960 | 003209S001-1552A-040<br>CHINA CONSTRUCTION AMERICA<br>BANKRUPTCY DEPT<br>NO25 FINANCE ST<br>XICHENG DISTRICT<br>BEIJENG<br>CHINA | 011284P001-1552A-040<br>CHTD CO<br>112 MILLTOWN BLVD ST<br>STEPHEN NB E3L 1G6<br>CANADA | 011284P001-1552A-040<br>CHTD CO<br>112 MILLTOWN BLVD ST<br>STEPHEN NB E3L 1G6<br>CANADA |
| 000124P001-1552S-040<br>CORDIAL EXPERIENCE INC<br>KATIE CHANDLER<br>402 W BROADWAY STE 700<br>SAN DIEGO CA 92101 | 000021P001-1552S-040<br>DEPT OF HEALTH AND SENIOR SVC<br>OFFICE OF LEGAL AND REG COMPLIANCE<br>JOHN FITCH PLAZA<br>PO BOX 360<br>TRENTON NJ 08625-0360 | 011254P002-1552A-040<br>DIV OF EMPLOYER ACCOUNTS<br>NJDOL<br>PO BOX 910<br>TRENTON NJ '08625 | 011254P002-1552A-040<br>DIV OF EMPLOYER ACCOUNTS<br>NJDOL<br>PO BOX 910<br>TRENTON NJ '08625 |
| 003202S001-1552A-040<br>EAST WEST BANK<br>BANKRUPTCY DEPT<br>555 MONTGOMERY ST<br>10TH FL<br>SAN FRANCISCO CA 94111 | 000015P001-1552S-040<br>ENVIRONMENTAL PROTECTION AGENCY<br>REGION 2<br>290 BROADWAY<br>17TH FLOOR<br>NEW YORK NY 10007-1866 | 000034P001-1552S-040<br>FLORIDA ATTORNEY GENERAL<br>ASHLEY MOODY<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 | 000035P001-1552S-040<br>GEORGIA ATTORNEY GENERAL<br>CHRISTOPHER M CARR<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 |

| | | | |
|---|---|---|---|
| 011286P001-1552A-040<br>GLAS AMERICA LLC AS COLLATERAL AGENT<br>3 SECOND ST STE 206<br>JERSEY CITY NJ 07311 | 011286P001-1552A-040<br>GLAS AMERICA LLC AS COLLATERAL AGENT<br>3 SECOND ST STE 206<br>JERSEY CITY NJ 07311 | 011287P001-1552A-040<br>GLAS AMERICAS LLC AS COLLATERAL AGENT<br>3 SECOND ST STE 206<br>JERSEY CITY NJ 07311 | 000140P001-1552S-040<br>GRIFFITH & THORNBURGH LLP<br>FELICITA A TORRES<br>8 E FIGUEROA ST.,STE 300<br>SANTA BARBARA CA 93101 |
| 000036P001-1552S-040<br>HAWAII ATTORNEY GENERAL<br>ANNE E LOPEZ<br>425 QUEEN ST<br>HONOLULU HI 96813 | 003212P001-1552A-040<br>HDFC BANK<br>BANKRUPTCY DEPT<br>HDFC HOUSE H T PAREKH MARG 165166<br>BACKBAY RECLAMATION CHURCHGATE<br>MUMBAI 400 020<br>INDIA | 003212S001-1552A-040<br>HDFC BANK<br>BANKRUPTCY DEPT<br>570 LEXINGTON AVE 44TH FL<br>NEW YORK NY 10022 | 000104P001-1552S-040<br>HIRSCH SOLUTIONS INC<br>CHERYL ROBBINS<br>490 WHEELER RD STE 285<br>HAUPPAUGE NY 11788 |
| 000037P001-1552S-040<br>IDAHO ATTORNEY GENERAL<br>RAUL R LABRADOR<br>700 W JEFFERSON ST<br>PO BOX 83720<br>BOISE ID 83720-1000 | 000038P001-1552S-040<br>ILLINOIS ATTORNEY GENERAL<br>KWAME RAOUL<br>JAMES R THOMPSON CTR<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | 000039P001-1552S-040<br>INDIANA ATTORNEY GENERAL<br>TODD ROKITA<br>INDIANA GOVERNMENT CTR SOUTH<br>302 WEST WASHINGTON ST 5TH FL<br>INDIANAPOLIS IN 46204-2770 | 000011P001-1552S-040<br>INTERNAL REVENUE SVC<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| 000012P001-1552S-040<br>INTERNAL REVENUE SVC<br>2970 MARKET ST<br>MAIL STOP 5-Q30133<br>PHILADELPHIA PA 19104-5016 | 011288P001-1552A-040<br>IPRO MEDIA INC ET AL<br>1577 S WACO ST<br>VAN ALSTYNE TX 75495-2638 | 011288P001-1552A-040<br>IPRO MEDIA INC ET AL<br>1577 S WACO ST<br>VAN ALSTYNE TX 75495-2638 | 000111P001-1552S-040<br>JEFFERIES FINANCE LLC<br>520 MADISON AVENUE<br>NEW YORK NY 10022 |
| 003205S001-1552A-040<br>JPMORGAN CHASE BANK, NA<br>DEMETRIUS ROBERTS<br>560 MISSION ST FL 4<br>SAN FRANCISCO CA 94105 | 003207P001-1552A-040<br>JPMORGAN CHASE BANK, NA<br>BANKRUPTCY DEPT<br>270 PK AVE<br>NEW YORK NY 10017 | 000041P001-1552S-040<br>KANSAS ATTORNEY GENERAL<br>KRIS W KOBACH<br>120 SW 10TH AVE<br>2ND FL<br>TOPEKA KS 66612-1597 | 000042P001-1552S-040<br>KENTUCKY ATTORNEY GENERAL<br>DANIEL CAMERON<br>700 CAPITOL AVE<br>CAPITAL BLDG STE 118<br>FRANKFORT KY 40601 |
| 000125P001-1552S-040<br>KOI DESIGN LLC<br>JEREMY HUSK<br>20600 GRAMERCY PL #101<br>TORRANCE CA 90501 | 000044P001-1552S-040<br>MAINE ATTORNEY GENERAL<br>AARON FREY<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | 011280P001-1552A-040<br>MICHAEL MALINARIC<br>MICHELMAN & ROBINSON LLP<br>HALL TIMOTHY ANDREW & MALINARIC MICHAEL<br>10880 WILSHIRE BOULEVARD 19TH FLOOR<br>LOS ANGELES CA 90024 | 011280P001-1552A-040<br>MICHAEL MALINARIC<br>MICHELMAN & ROBINSON LLP<br>HALL TIMOTHY ANDREW & MALINARIC MICHAEL<br>10880 WILSHIRE BOULEVARD 19TH FLOOR<br>LOS ANGELES CA 90024 |
| 000048P001-1552S-040<br>MINNESOTA ATTORNEY GENERAL<br>KEITH ELLISON<br>1400 BREMER TOWER<br>445 MINNESOTA ST<br>ST. PAUL MN 55101-2131 | 000049P001-1552S-040<br>MISSISSIPPI ATTORNEY GENERAL<br>LYNN FITCH<br>WALTER SILLERS BLDG<br>550 HIGH ST STE 1200<br>JACKSON MS 39201 | 000050P001-1552S-040<br>MISSOURI ATTORNEY GENERAL<br>ANDREW BAILEY<br>SUPREME CT BLDG<br>207 W HIGH ST<br>JEFFERSON CITY MO 65101 | 000092P001-1552S-040<br>MOODY'S INVESTORS SVC<br>DONNA HAMRAH<br>PO BOX 102597<br>ATLANTA GA 30368-0597 |

| | | | |
|---|---|---|---|
| 000055P001-1552S-040<br>NEW JERSEY ATTORNEY GENERAL<br>MATTHEW J PLATKIN<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST 8TH FL WEST WING<br>TRENTON NJ 08625 | 000017P001-1552S-040<br>NEW JERSEY ATTORNEY GENERAL OFFICE<br>DIVISION OF LAW<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST PO BOX 112<br>TRENTON NJ 08625-0112 | 000022P001-1552S-040<br>NEW JERSEY DEPT OF HUMAN SVC<br>OFFICE OF LEGAL AND REG AFFAIRS<br>222 SOUTH WARREN ST<br>PO BOX 700<br>TRENTON NJ 08625-0700 | 000018P001-1552S-040<br>NEW JERSEY DIVISION OF TAXATION<br>COMPLIANCE AND ENFORCEMENT<br>BANKRUPTCY UNIT<br>3 JOHN FITCH WAY 5TH FLOOR<br>PO BOX 245<br>TRENTON NJ 08695-0245 |
| 000019P001-1552S-040<br>NEW JERSEY MOTOR VEHICLE COMMISSION<br>ADMINISTRATIVE UNIT<br>225 EAST STATE ST<br>PO BOX 136<br>TRENTON NJ 08666 | 000056P001-1552S-040<br>NEW MEXICO ATTORNEY GENERAL<br>RAUL TORREZ<br>408 GLISTEO ST<br>VILLAGRA BLDG<br>SANTA FE NM 87501 | 000057P001-1552S-040<br>NEW YORK ATTORNEY GENERAL<br>LETITIA JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY NY 12224-0341 | 000020P001-1552S-040<br>NJ DEPT OF ENVIRONMENTAL PROTECTION<br>OFC OF RECORDS ACCESS<br>BANKR COORD<br>401 EAST STATE ST 6TH FLR. WEST<br>PO BOX 420 MAIL CODE 401-06Q<br>TRENTON NJ 08625-0420 |
| 011289P001-1552A-040<br>NOMURA CORPORATE FUNDING AMERICAS LLC<br>AS ADMINISTRATIVE AGENT<br>309 WEST 49TH ST<br>NEW YORK NY 10019 | 011289P001-1552A-040<br>NOMURA CORPORATE FUNDING AMERICAS LLC<br>AS ADMINISTRATIVE AGENT<br>309 WEST 49TH ST<br>NEW YORK NY 10019 | 000058P001-1552S-040<br>NORTH CAROLINA ATTORNEY GENERAL<br>JOSH STEIN<br>DEPT OF JUSTICE<br>PO BOX 629<br>RALEIGH NC 27602-0629 | 000060P001-1552S-040<br>OHIO ATTORNEY GENERAL<br>DAVID ANTHONY YOST<br>STATE OFFICE TOWER<br>30 E BROAD ST 14TH FL<br>COLUMBUS OH 43431 |
| 000061P001-1552S-040<br>OKLAHOMA ATTORNEY GENERAL<br>GENTNER DRUMMOND<br>313 NE 21ST ST<br>OKLAHOMA CITY OK 73105 | 000101P001-1552S-040<br>ORACLE AMERICA INC NETSUITE<br>COLLECTIONS<br>2300 ORACLE WAY<br>AUSTIN TX 78741 | 000135P001-1552S-040<br>PASHMAN STEIN WALDER HAYDEN P.C.<br>JOHN W WEISS<br>101 CRAWFORDS CORNER RD STE 4202<br>HOLMDEL NJ 07733 | 000064P001-1552S-040<br>RHODE ISLAND ATTORNEY GENERAL<br>PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE RI 02903 |
| 003210S001-1552A-040<br>SCOTIA BANK<br>BANKRUPTCY DEPT<br>1709 HOLLIS ST<br>HALIFAX NS B3J 1W1<br>CANADA | 000013P001-1552S-040<br>SECURITIES EXCHANGE COMMISSION<br>NEW YORK REGIONAL OFFICE<br>100 PEARL ST<br>STE 20-100<br>NEW YORK NY 10004-2616 | 000014P001-1552S-040<br>SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF THE GEN. COUNSEL<br>OFC OF PROGRAM LITIGATION BANKRUPTCY<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235 | 000065P001-1552S-040<br>SOUTH CAROLINA ATTORNEY GENERAL<br>ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST RM 519<br>COLUMBIA SC 29211-1549 |
| 003201P001-1552A-040<br>STANDARD CHARTER<br>BANKRUPTCY DEPT<br>1095 AVE OF THE AMERICAS STE 33H<br>NEW YORK NY 10036-6797 | 000067P001-1552S-040<br>TENNESSEE ATTORNEY GENERAL<br>JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 000068P001-1552S-040<br>TEXAS ATTORNEY GENERAL<br>KEN PAXTON<br>300 W 15TH ST<br>AUSTIN TX 78701 | 000091P001-1552S-040<br>TIANJIN HAOCHENG INT LOGISTICS CO LTD<br>NO 65 ZIJINSHAN RD<br>ROOM 2-1302 NO.2. ZIGUIYUAN<br>HEXI DISTRICT TIANJIN  300061<br>CHINA |
| 011291P001-1552A-040<br>UBS AG STAMFORD BRANCH AS COLLATERAL AGENT<br>600 WASHINGTON BLVD 9TH FLOOR<br>STAMFORD CT 06901 | 011291P001-1552A-040<br>UBS AG STAMFORD BRANCH AS COLLATERAL AGENT<br>600 WASHINGTON BLVD 9TH FLOOR<br>STAMFORD CT 06901 | 000078P001-1552S-040<br>UBS AG, STAMFORD BRANCH<br>AS COLLATERAL AGENT<br>600 WASHINGTON BLVD<br>9TH FLOOR<br>STAMFORD CT '06901 | 000009P001-1552S-040<br>UNITED STATES ATTORNEY<br>DISTRICT OF NEW JERSEY<br>PETER RODINO FEDERAL BUILDING<br>970 BROAD ST STE 700<br>NEWARK NJ 07102 |

003206S001-1552A-040
US BANK
BANKRUPTCY DEPT
800 NICOLLET MALL FL TWO
MINNEAPOLIS MN 55402

011290P001-1552A-040
US BANK EQUIPMENT FINANCE
1310 MADRID ST
MARSHALL MN 56285

011290P001-1552A-040
US BANK EQUIPMENT FINANCE
1310 MADRID ST
MARSHALL MN 56285

000016P001-1552S-040
US SMALL BUSINESS ADMINISTRATION
DISTRICT COUNSEL
TWO GATEWAY CENTER
STE 1002
NEWARK NJ 07102

000071P001-1552S-040
VIRGINIA ATTORNEY GENERAL
JASON MIYARES
202 NORTH NINTH ST
RICHMOND VA 23219

000072P001-1552S-040
WASHINGTON ATTORNEY GENERAL
BOB FERGUSON
1125 WASHINGTON ST SE
PO BOX 40100
OLYMPIA WA 98504-0100

003203S001-1552A-040
WELLS FARGO
BANKRUPTCY DEPT
420 MONTGOMERY ST
SAN FRANCISCO CA 94104

011292P001-1552A-040
WELLS FARGO BANK NATIONAL ASSOCIATION
301 SOUTH COLLEGE ST 5TH FLOOR
MAIL CODE D1053-05G
CHARLOTTE NC 28202

011292P001-1552A-040
WELLS FARGO BANK NATIONAL ASSOCIATION
301 SOUTH COLLEGE ST 5TH FLOOR
MAIL CODE D1053-05G
CHARLOTTE NC 28202

000073P001-1552S-040
WEST VIRGINIA ATTORNEY GENERAL
PATRICK MORRISEY
STATE CAPITOL COMPLEX
BLDG 1 RM E26
CHARLESTON WV 25305-0220

011293P001-1552A-040
WINGSPIRE EQUIPMENT FINANCE LLC
AS SECURED PARTY
18302 IRVINE BLVD STE 300
TUSTIN CA 92780

011293P001-1552A-040
WINGSPIRE EQUIPMENT FINANCE LLC
AS SECURED PARTY
18302 IRVINE BLVD STE 300
TUSTIN CA 92780

000075P001-1552S-040
WYOMING ATTORNEY GENERAL
BRIDGET HILL
200 W 24TH ST
STATE CAPITOL BLDG RM 123
CHEYENNE WY 82002

Records Printed :    97