Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−10561−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Careismatic Brands, LLC
   1119 Colorado Avenue
   Santa Monica, CA 90401

Social Security No.:

Employer's Tax I.D. No.:
   95−4535351

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on March 19, 2024, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 449 − 427
Order Granting Application to Employ Donlin, Recano & Company, Inc. as Administrative Advisor effective as of the Petition Date (Related Doc # 427). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/18/2024. (jf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 19, 2024
JAN: jf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                  Case No. 24-10561-VFP

Careismatic Brands, LLC                                                                                 Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                               User: admin                                           Page 1 of 4
Date Rcvd: Mar 19, 2024                    Form ID: orderntc                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| op | + | Donlin, Recano & Company, Inc., Donlin, Recano & Company, Inc., 48 Wall Street, 22nd Floor, New York, NY 10005-2984 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2024                          Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2024 at the address(es) listed below:

**Name**                          **Email Address**

Alan J. Brody
    on behalf of Creditor UBS AG Stamford Branch brodya@gtlaw.com  alan-brody-2138@ecf.pacerpro.com

Andrew H. Sherman
    on behalf of Defendant Michelman & Robinson  LLP asherman@sillscummis.com

Andrew H. Sherman
    on behalf of Creditor Michelman & Robinson  LLP asherman@sillscummis.com

Anthony Sodono, III
    on behalf of Creditor Partner Group (USA)  et al. asodono@msbnj.com

Beth E Levine
    on behalf of Creditor Official Committee Of Unsecured Creditors blevine@pszjlaw.com

Boris I Mankovetskiy
    on behalf of Creditor Michelman & Robinson  LLP bmankovetskiy@sillscummis.com, asherman@sillscummis.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 4 |
| Date Rcvd: Mar 19, 2024 | Form ID: orderntc | Total Noticed: 1 |

Boris I Mankovetskiy
    on behalf of Defendant Michelman & Robinson  LLP bmankovetskiy@sillscummis.com, asherman@sillscummis.com

Bradford J. Sandler
    on behalf of Creditor Official Committee Of Unsecured Creditors bsandler@pszjlaw.com
    mseidl@pszjlaw.com;lsc@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler
    on behalf of Attorney Pachulski Stang Ziehl & Jones LLP bsandler@pszjlaw.com
    mseidl@pszjlaw.com;lsc@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler
    on behalf of Other Prof. FTI Consulting  Inc. bsandler@pszjlaw.com,
    mseidl@pszjlaw.com;lsc@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com

Bradford J. Sandler
    on behalf of Consultant Back Bay Management Corporation and its Division  The Michel-Shaked Group bsandler@pszjlaw.com,
    mseidl@pszjlaw.com;lsc@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com

Chelsey Rosenbloom List
    on behalf of Creditor 1WorldSync Inc. chelsey.list@lockelord.com

Christopher P. Mazza
    on behalf of Creditor Jefferies Finance LLC cpmazza@pbnlaw.com
    mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com

David Agay
    on behalf of Debtor Careismatic Brands  LLC dagay@mcdonaldhopkins.com

Felice R. Yudkin
    on behalf of Debtor Careismatic Brands  LLC fyudkin@coleschotz.com, fpisano@coleschotz.com

Fran B. Steele
    on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov

Jason D. Angelo
    on behalf of Creditor Wingspire Equipment Finance LLC JAngelo@reedsmith.com
    sshidner@mdmc-law.com;smullen@mdmc-law.com

John W. Weiss
    on behalf of Interested Party Michael Penner and Girisha Chandraraj jweiss@pashmanstein.com

Joseph J. DiPasquale
    on behalf of Interested Party Saddle Creek Corporation Jdipasquale@foxrothschild.com
    cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph L. Schwartz
    on behalf of Creditor Ball Up  LLC jschwartz@riker.com

Joshua Sussberg
    on behalf of Debtor Careismatic Brands  LLC joshua.sussberg@kirkland.com,
    amy-donahue-2664@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua A. Gadharf
    on behalf of Debtor Careismatic Brands  LLC jgadharf@mcdonaldhopkins.com

Kevin J. Mangan
    on behalf of Interested Party VF Corporation kevin.mangan@wbd-us.com
    liz.thomas@wbd-us.com;Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com

Kevin J. Mangan
    on behalf of Interested Party VF Outdoor LLC kevin.mangan@wbd-us.com
    liz.thomas@wbd-us.com;Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com

Mark E. Hall
    on behalf of Creditor CherryField/MES UK mhall@foxrothschild.com  cbrown@foxrothschild.com

Micah E. Marcus
    on behalf of Debtor Careismatic Brands  LLC mmarcus@mcdonaldhopkins.com

Michael D. Sirota
    on behalf of Debtor Strategic Distribution  L.P. msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Careismatic Brands  LLC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Pacoima Limited  LLC msirota@coleschotz.com,
    fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz

Case 24-10561-VFP    Doc 465    Filed 03/21/24    Entered 03/22/24 00:13:39    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 19, 2024 | Form ID: orderntc | Total Noticed: 1 |

.com

Michael D. Sirota

on behalf of Debtor Krazy Kat Sportswear LLC msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Medelita  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Plaintiff Careismatic Brands  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Trojan Buyer  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Careismatic Group Inc. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor CBI Midco  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Med Couture  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor CBI Intermediate  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor CBI Parent  L.P. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Marketplace Impact  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Strategic General Partners  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Strategic Partners Acquisition Corp. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor AllHearts  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Silverts Adaptive  LLC msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor Strategic Partners Corp. msirota@coleschotz.com
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

on behalf of Debtor New Trojan Parent  Inc. msirota@coleschotz.com,
fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota

| | |
|---|---|
| | on behalf of Debtor Careismatic Group II Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Trojan Holdco Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Careismatic LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | |
| | on behalf of Debtor Strategic Partners Midco LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Rachel A. Parisi | |
| | on behalf of Creditor Jefferies Finance LLC raparisi@pbnlaw.com mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Robert Malone | |
| | on behalf of Creditor First Lien Ad Hoc Group rmalone@gibbonslaw.com nmitchell@gibbonslaw.com |
| Robert J Feinstein | |
| | on behalf of Creditor Official Committee Of Unsecured Creditors rfeinstein@pszjlaw.com |
| S. Jason Teele | |
| | on behalf of Defendant Michelman & Robinson LLP steele@sillscummis.com, steele@sillscummis.com |
| S. Jason Teele | |
| | on behalf of Creditor Michelman & Robinson LLP steele@sillscummis.com, steele@sillscummis.com |
| Sari Blair Placona | |
| | on behalf of Creditor Partner Group (USA) et al. splacona@msbnj.com |
| Sean Malloy | |
| | on behalf of Debtor Careismatic Brands LLC smalloy@mcdonaldhopkins.com |
| Thomas J Scrivo | |
| | on behalf of Unknown Role Type Cross-Holder Creditors tscrivo@kslaw.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Warren J. Martin, Jr. | |
| | on behalf of Creditor Jefferies Finance LLC wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |
| Wojciech F. Jung | |
| | on behalf of Interested Party Diamond Data Systems Inc. (d/b/a The Uniform Solution) Wojciech.Jung@wbd-us.com, liz.thomas@wbd-us.com |

TOTAL: 60