**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption In Compliance with D.N.J. LBR 9004-1(b)

**DENTONS US LLP**
Lauren Macksoud, Esq.
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: lauren.macksoud@dentons.com

*Attorneys for Fortna Inc.*

| | |
|---|---|
| In re: <br><br> CAREISMATIC BRANDS, LLC, *et al.,* <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 24-10561 (VFP) <br><br> (Joint Administered Requested) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), counsel for Fortna Inc. ("Fortna"), by and through the attorney set forth below, hereby respectfully submits this Notice of Appearance and Demand for Service of Papers in the above-captioned case and requests that all notices and all papers served or required to be served in this case by the Court, the above-captioned debtor, and/or any other parties-in-interest, be given to and served upon the following:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

> **DENTONS US LLP**
> Lauren Macksoud, Esq.
> 1221 Avenue of the Americas
> New York, New York 10020
> Telephone:  (212) 768-6700
> Facsimile:  (212) 768-6800
> Email: lauren.macksoud@dentons.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes, without limitation, notices and papers referred to in the Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and request for notice is without prejudice to the rights, remedies and claims of Fortna against other entities or any objection by Fortna that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit Fortna to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without

limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

Dated:  March 22, 2024

                    **DENTONS US LLP**

                    */s/ Lauren Macksoud*
                    Lauren Macksoud
                    1221 Avenue of the Americas
                    New York, New York 10020
                    Telephone:  (212) 768-6700
                    Facsimile:   (212) 768-6800
                    Email: lauren.macksoud@dentons.com

                    *Attorneys for Fortna Inc.*