| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bradford J. Sandler<br>Robert J. Feinstein (admitted *pro hac vice*)<br>Teddy M. Kapur (admitted *pro hac vice*)<br>Cia H. Mackle (admitted *pro hac vice*)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>bsandler@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>tkapur@pszjlaw.com<br>cmackle@pszjlaw.com<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* | Order Filed on March 20, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>CAREISMATIC BRANDS, LLC, *et al.*,[1]<br><br>                       Debtor. | Chapter 11<br><br>Case No. 24-10561 (VFP)<br><br>(Jointly Administered) |

### ORDER CLARIFYING THE REQUIREMENTS TO PROVIDE ACCESS TO CONFIDENTIAL OR PRIVILEGED INFORMATION

      The relief set forth on the following pages, numbered two (2) through and including five (5), is hereby **ORDERED**.

**DATED: March 20, 2024**

                                                                         _____
                                                                        **Honorable Vincent F. Papalia**
                                                                            **United States Bankruptcy Judge**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

4861-7744-0420.1 12841.00002

**(Page 2)**
Debtors:       Careismatic Brands, LLC., *et al.*
Case No.:      24-10561 (VFP)
Caption:       Order Clarifying the Requirements to Provide
               Access to Confidential or Privileged Information

---

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors for an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information* (the "Motion")[2] filed by the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors"); and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and all other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that no other or further notice need be provided; and no objections to the Motion having been filed; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Motion is GRANTED.

2. The Committee shall not be required pursuant to section 1102(b)(3)(A) of the Bankruptcy Code to provide access to any Confidential Information of the Debtors, or any other Entity, to any creditor with a claim of the kind represented by the Committee, except as provided below.

3. The Committee shall not be required pursuant to section 1102(b)(3)(A) of the Bankruptcy Code to provide access to any Privileged Information to any creditor with a claim of the kind represented by the Committee. Nonetheless, the Committee shall be permitted, but

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.
4861-7744-0420.1 12841.00002

(Page 3)
Debtors: Careismatic Brands, LLC., *et al.*
Case No.: 24-10561 (VFP)
Caption: Order Clarifying the Requirements to Provide
Access to Confidential or Privileged Information

---

not required, to provide access to Privileged Information to any party so long as: (a) such Privileged Information is not Confidential Information; and (b) the relevant privilege is held and controlled solely by the Committee.

4. The Committee shall implement the following protocol for providing access to information for creditors (the "<u>Creditor Information Protocol</u>") in accordance with section 1102(b)(3)(A) and (B) of the Bankruptcy Code:

    a. <u>Privileged and Confidential Information</u>. The Committee shall not be required to disseminate to any entity (all references to "entity" herein shall be as defined in section 101(15) of the Bankruptcy Code, "<u>Entity</u>"): (i) without further order of the Court, Confidential Information; and (ii) Privileged Information. In addition, the Committee shall not be required to provide access to information or solicit comments from any Entity that has not demonstrated to the satisfaction of the Committee, in its sole discretion, or to the Court, that it holds claims of the kind described in section 1102(b)(3) of the Bankruptcy Code.

    b. <u>Information Obtained Through Discovery</u>. Any information received (formally or informally) by the Committee from any Entity in connection with an examination pursuant to Bankruptcy Rule 2004 or in connection with any formal or informal discovery in any contested matter, adversary proceeding, or other litigation shall not be governed by any order entered with respect to this Motion but, rather, by any order governing such discovery. Nothing herein shall obligate the Committee to provide any information that the Committee obtains from third parties.

    c. <u>Creditor Information Requests</u>. If a creditor (the "<u>Requesting Creditor</u>") submits a written request to the Committee (the "<u>Information Request</u>") for the Committee to disclose information, pursuant to section 1102(b)(3)(A) of the Bankruptcy Code the Committee shall, as soon as practicable, but no more than thirty (30) days after receipt of the Information Request, provide a response to the Information Request (the "<u>Response</u>"), including providing access to the information requested or the reasons the Information Request cannot be complied with. If the Response is to deny the Information Request because the Committee believes the

(Page 4)
Debtors: Careismatic Brands, LLC., *et al.*
Case No.: 24-10561 (VFP)
Caption: Order Clarifying the Requirements to Provide
Access to Confidential or Privileged Information

---

   Information Request implicates Confidential Information or Privileged Information that need not be disclosed, either: (i) pursuant to the terms of this Order or otherwise under section 1102(b)(3)(A) of the Bankruptcy Code; (ii) because such disclosure is prohibited under applicable law; (iii) because such information was obtained by the Committee pursuant to an agreement to maintain it as confidential; or (iv) that the Information Request is unduly burdensome, the Requesting Creditor may, after a good faith effort to meet and confer with an authorized representative of the Committee regarding the Information Request and the Response, seek to compel such disclosure for cause pursuant to a motion. Such motion shall be served and the hearing on such motion shall be noticed and scheduled. Nothing herein shall be deemed to preclude the Requesting Creditor from requesting (or the Committee objecting to such request) that the Committee provide the Requesting Creditor a log or other index of any information specifically responsive to the Requesting Creditor's request that the Committee deems to be Confidential Information or Privileged Information. Furthermore, nothing herein shall be deemed to preclude the Requesting Creditor from requesting that the Court conduct an <u>in camera</u> review.

  d. <u>Release of Confidential Information of Third Parties</u>. If the Information Request implicates Confidential Information of the Debtors (or any other Entity) and the Committee agrees that such request should be satisfied, or if the Committee on its own wishes to disclose such Confidential Information to creditors, the Committee may make a demand (the "<u>Demand</u>") for the benefit of the Debtors' creditors in the following manner: (i) if the Confidential Information is information of the Debtors, by submitting a written request, each captioned as a "Committee Information Demand," to counsel for the Debtors, stating that such information will be disclosed in the manner described in the Demand unless the Debtors object to such Demand on or before fifteen (15) days after the service of such Demand; and, after the lodging of such an objection, the Committee, the Requesting Creditor, and the Debtors may schedule a hearing with the Court seeking a ruling with respect to the Demand; and (ii) if the Confidential Information is information of another Entity, by submitting a written request to such Entity and its counsel of record, with a copy to Debtors' counsel, stating that such information will be disclosed in the manner described in the Demand unless such Entity objects to such Demand on or before fifteen (15) days after the service of such Demand; and, after the

**(Page 5)**

| | |
|---|---|
| Debtors: | Careismatic Brands, LLC., *et al.* |
| Case No.: | 24-10561 (VFP) |
| Caption: | Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information |

---

       lodging of such an objection, the Committee, the Requesting Creditor, such Entity, and the Debtors may schedule a hearing with the Court seeking a ruling with respect to the Demand.

    5. The Committee may establish and maintain a website as described in the Motion.

    6. Nothing in this Order shall expand, restrict, affirm, or deny the right or obligation, if any, of the Committee to provide access or not to provide access to any information of the Debtors to any party except as explicitly provided herein.

    7. This Court shall retain exclusive jurisdiction to interpret and enforce the provisions of this Order in all respects and further to hear and determine all matters arising from or related to the construction and implementation of this Order.

4861-7744-0420.1 12841.00002

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-10561-VFP |
| Careismatic Brands, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 20, 2024 | Form ID: pdf903 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Careismatic Brands, LLC, 1119 Colorado Avenue, Santa Monica, CA 90401-3009 |
| aty | + | Ashley L. Surinak, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Chad J. Husnick, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Christine Shang, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 609 Main Street, Houston, TX 77002-3167 |
| aty | + | Cole Schotz P.C., 25 Main Street, Court Paza North, Hackensack, NJ 07601-7015 |
| aty | + | Daniel J. Saval, Kobre & Kim LLP, 800 3rd Avenue, New York, NY 10022-7775 |
| aty | + | Donna Xu, Kobre & Kim LLP, 800 3rd Avenue, New York, NY 10022-7775 |
| aty | + | Kirkland & Ellis LLP Kirkland & Ellis Internationa, 601 Lexington Avenue, New York, NY 10022-4611 |
| aty | + | Kristin Rose, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 555 South Flower Street, Suite 3700, Los Angeles, CA 90071-2432 |
| aty | + | Ruth Mulvihill, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Seth Sanders, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: josh.greenblatt@kirkland.com | Mar 20 2024 20:52:00 | Joshua Greenblatt, Kirkland and Ellis International, LLP, 601 Lexington Avenue, New York, NY 10022-4611 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024          Signature:    /s/Gustava Winters

Case 24-10561-VFP    Doc 468    Filed 03/22/24    Entered 03/23/24 00:14:53    Desc
Imaged Certificate of Notice    Page 7 of 9

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2024 | Form ID: pdf903 | Total Noticed: 12 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan J. Brody | on behalf of Creditor UBS AG Stamford Branch brodya@gtlaw.com alan-brody-2138@ecf.pacerpro.com |
| Andrew H. Sherman | on behalf of Creditor Michelman & Robinson LLP asherman@sillscummis.com |
| Andrew H. Sherman | on behalf of Defendant Michelman & Robinson LLP asherman@sillscummis.com |
| Anthony Sodono, III | on behalf of Creditor Partner Group (USA) et al. asodono@msbnj.com |
| Beth E Levine | on behalf of Creditor Official Committee Of Unsecured Creditors blevine@pszjlaw.com |
| Boris I Mankovetskiy | on behalf of Creditor Michelman & Robinson LLP bmankovetskiy@sillscummis.com, asherman@sillscummis.com |
| Boris I Mankovetskiy | on behalf of Defendant Michelman & Robinson LLP bmankovetskiy@sillscummis.com, asherman@sillscummis.com |
| Bradford J. Sandler | on behalf of Consultant Back Bay Management Corporation and its Division The Michel-Shaked Group bsandler@pszjlaw.com, mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com |
| Bradford J. Sandler | on behalf of Creditor Official Committee Of Unsecured Creditors bsandler@pszjlaw.com mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com |
| Bradford J. Sandler | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP bsandler@pszjlaw.com mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com |
| Bradford J. Sandler | on behalf of Other Prof. FTI Consulting Inc. bsandler@pszjlaw.com, mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com |
| Chelsey Rosenbloom List | on behalf of Creditor 1WorldSync Inc. chelsey.list@lockelord.com |
| Christopher P. Mazza | on behalf of Creditor Jefferies Finance LLC cpmazza@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| David Agay | on behalf of Debtor Careismatic Brands LLC dagay@mcdonaldhopkins.com |
| Felice R. Yudkin | on behalf of Debtor Careismatic Brands LLC fyudkin@coleschotz.com, fpisano@coleschotz.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Jason D. Angelo | on behalf of Creditor Wingspire Equipment Finance LLC JAngelo@reedsmith.com sshidner@mdmc-law.com;smullen@mdmc-law.com |
| John W. Weiss | on behalf of Interested Party Michael Penner and Girisha Chandraraj jweiss@pashmanstein.com |
| Joseph J. DiPasquale | on behalf of Interested Party Saddle Creek Corporation Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph L. Schwartz | on behalf of Creditor Ball Up LLC jschwartz@riker.com |
| Joshua Sussberg | on behalf of Debtor Careismatic Brands LLC joshua.sussberg@kirkland.com, amy-donahue-2664@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua A. Gadharf | on behalf of Debtor Careismatic Brands LLC jgadharf@mcdonaldhopkins.com |

District/off: 0312-2     User: admin     Page 3 of 4

Date Rcvd: Mar 20, 2024     Form ID: pdf903     Total Noticed: 12

Kevin J. Mangan
    on behalf of Interested Party VF Corporation kevin.mangan@wbd-us.com liz.thomas@wbd-us.com;Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com

Kevin J. Mangan
    on behalf of Interested Party VF Outdoor LLC kevin.mangan@wbd-us.com liz.thomas@wbd-us.com;Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com

Mark E. Hall
    on behalf of Creditor CherryField/MES UK mhall@foxrothschild.com cbrown@foxrothschild.com

Micah E. Marcus
    on behalf of Debtor Careismatic Brands  LLC mmarcus@mcdonaldhopkins.com

Michael D. Sirota
    on behalf of Debtor Strategic Partners Acquisition Corp. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Strategic Partners Midco  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Strategic Distribution  L.P. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Careismatic Brands  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Pacoima Limited  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Krazy Kat Sportswear LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Medelita  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Plaintiff Careismatic Brands  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Trojan Buyer  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Careismatic Group Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor CBI Midco  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Med Couture  LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor CBI Intermediate  Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor CBI Parent  L.P. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Case 24-10561-VFP    Doc 468    Filed 03/22/24    Entered 03/23/24 00:14:53    Desc
Imaged Certificate of Notice    Page 9 of 9

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 20, 2024 | Form ID: pdf903 | Total Noticed: 12 |

| | |
|---|---|
| Michael D. Sirota | on behalf of Debtor Marketplace Impact LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Strategic General Partners LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor AllHearts LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Silverts Adaptive LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Strategic Partners Corp. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor New Trojan Parent Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Careismatic Group II Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Trojan Holdco Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Careismatic LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Rachel A. Parisi | on behalf of Creditor Jefferies Finance LLC raparisi@pbnlaw.com mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Robert Malone | on behalf of Creditor First Lien Ad Hoc Group rmalone@gibbonslaw.com nmitchell@gibbonslaw.com |
| Robert J Feinstein | on behalf of Creditor Official Committee Of Unsecured Creditors rfeinstein@pszjlaw.com |
| S. Jason Teele | on behalf of Defendant Michelman & Robinson LLP steele@sillscummis.com, steele@sillscummis.com |
| S. Jason Teele | on behalf of Creditor Michelman & Robinson LLP steele@sillscummis.com, steele@sillscummis.com |
| Sari Blair Placona | on behalf of Creditor Partner Group (USA) et al. splacona@msbnj.com |
| Sean Malloy | on behalf of Debtor Careismatic Brands LLC smalloy@mcdonaldhopkins.com |
| Thomas J Scrivo | on behalf of Unknown Role Type Cross-Holder Creditors tscrivo@kslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren J. Martin, Jr. | on behalf of Creditor Jefferies Finance LLC wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |
| Wojciech F. Jung | on behalf of Interested Party Diamond Data Systems Inc. (d/b/a The Uniform Solution) Wojciech.Jung@wbd-us.com, liz.thomas@wbd-us.com |

TOTAL: 60