UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**PASHMAN STEIN WALDER HAYDEN, P.C.**
John W. Weiss
101 Crawfords Corner Road, Suite 4202
Holmdel, NJ 07733
Telephone: (732) 852-2481
jweiss@pashmanstein.com

Order Filed on March 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

*Counsel to Michael Penner and Girisha Chandraraj*

---

In re:

CAREISMATIC BRANDS, LLC, et al.,

Debtors.[1]

Chapter 11
Case No. 24-10561 (VFP)

(Jointly Administered)

**ORDER GRANTING MOTION OF MICHAEL PENNER AND
GIRISHA CHANDRARAJ FOR ENTRY OF AN ORDER (I) MODIFYING THE
AUTOMATIC STAY, TO THE EXTENT APPLICABLE, TO ALLOW PAYMENT,
REIMBURSEMENT, AND/OR ADVANCEMENT OF COSTS AND FEES UNDER
INSURANCE POLICIES AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through four (4), is **ORDERED.**

**DATED: March 20, 2024**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

Upon the *Motion of Michael Penner and Girisha Chandraraj for Entry of an Order (I) Modifying the Automatic Stay, to the Extent Applicable, to Allow Payment, Reimbursement, and/or Advancement of Costs and Fees Under Insurance Policies and (II) Granting Related Relief* (the "**Motion**")[1] for entry of the Proposed Order pursuant to sections 105(a) and 362(d)(1) of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Bankruptcy Rule 4001-1, modifying the automatic stay, to the extent such stay applies, to permit the Insurers (as defined below) to advance and pay proceeds, including covered defense costs, of the Debtors' directors and officers liability insurance policies to or on behalf of individual insureds; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a)–(b)(1) and 1334(b) and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and that this Court may decide by a final order consistent with Article III of the United States Constitution; and this Court having found that venue of the Chapter 11 Cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the circumstances, and it appearing that no other or further notice is necessary; and any objections (if any) to the Motion having been withdrawn, resolved, or overruled on the merits; and a hearing having been held to consider the relief requested in the Motion and upon the record of the hearing and all of the proceedings had before this Court; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

herein; and after due deliberation thereon and good and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The automatic stay imposed by section 362 of the Bankruptcy Code, to the extent applicable, is hereby modified to permit the Insurers to advance, pay, and/or reimburse Defense Costs to or on behalf of Movants and other individual insureds, and to pay proceeds of the D&O Policies to settle claims against Movants and other individual insureds, in accordance with the terms of the D&O Policies, in each case whether such Defense Costs are incurred or such claims arise prepetition or postpetition.

3. The Movants, the Insurers, and the Debtors are authorized to take all steps necessary or appropriate to carry out the relief granted in this Order.

4. Nothing in the Motion or this Order shall affect, impair, prejudice, or otherwise alter (i) the terms and conditions of the D&O Policies, any related agreements, and/or any related reservation(s) of rights provided by the Insurers, the Movants, or the Debtors in connection therewith or (ii) the rights, obligations and defenses of the Insurers, the Movants, or the Debtors under the D&O Policies, any related agreements, and/or any related reservation(s) of rights provided by the Insurers, the Movants, or the Debtors in connection therewith.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed (a) an admission or finding as to the validity of any claim against the Debtors, the Movants, or the Insurers, (b) a waiver of the right of the Debtors, the Movants, or the Insurers to dispute any claim on any grounds, (c) a promise or requirement to pay any claim, (d) an implication or admission that any particular claim is of a type specified or defined in this Motion and Order, (e) an assumption or rejection of any executory contract pursuant

to Bankruptcy Code section 365, or (f) except as to the modification of the automatic stay to the extent provided in this Order, a waiver of any party's rights under the Bankruptcy Code or any other applicable law, including with respect to the Debtors' rights under Bankruptcy Code section 365 to assume or reject any executory contract with any party subject to the Motion or this Order.

6. The requirement set forth in Local Bankruptcy Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion.

7. Notice of the Motion satisfies the requirements set forth in Bankruptcy Rule 6004(a).

8. Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof, and the fourteen (14) day stay imposed pursuant to Bankruptcy Rule 4001(a) is waived.

9. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-10561-VFP |
| Careismatic Brands, LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 20, 2024 | Form ID: pdf903 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Careismatic Brands, LLC, 1119 Colorado Avenue, Santa Monica, CA 90401-3009 |
| aty | + | Ashley L. Surinak, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Chad J. Husnick, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Christine Shang, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 609 Main Street, Houston, TX 77002-3167 |
| aty | + | Cole Schotz P.C., 25 Main Street, Court Paza North, Hackensack, NJ 07601-7015 |
| aty | + | Daniel J. Saval, Kobre & Kim LLP, 800 3rd Avenue, New York, NY 10022-7775 |
| aty | + | Donna Xu, Kobre & Kim LLP, 800 3rd Avenue, New York, NY 10022-7775 |
| aty | + | Kirkland & Ellis LLP Kirkland & Ellis Internationa, 601 Lexington Avenue, New York, NY 10022-4611 |
| aty | + | Kristin Rose, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 555 South Flower Street, Suite 3700, Los Angeles, CA 90071-2432 |
| aty | + | Ruth Mulvihill, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |
| aty | + | Seth Sanders, KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: josh.greenblatt@kirkland.com | Mar 20 2024 20:52:00 | Joshua Greenblatt, Kirkland and Ellis International, LLP, 601 Lexington Avenue, New York, NY 10022-4611 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan J. Brody | on behalf of Creditor UBS AG Stamford Branch brodya@gtlaw.com alan-brody-2138@ecf.pacerpro.com |
| Andrew H. Sherman | on behalf of Creditor Michelman & Robinson LLP asherman@sillscummis.com |
| Andrew H. Sherman | on behalf of Defendant Michelman & Robinson LLP asherman@sillscummis.com |
| Anthony Sodono, III | on behalf of Creditor Partner Group (USA) et al. asodono@msbnj.com |
| Beth E Levine | on behalf of Creditor Official Committee Of Unsecured Creditors blevine@pszjlaw.com |
| Boris I Mankovetskiy | on behalf of Creditor Michelman & Robinson LLP bmankovetskiy@sillscummis.com, asherman@sillscummis.com |
| Boris I Mankovetskiy | on behalf of Defendant Michelman & Robinson LLP bmankovetskiy@sillscummis.com, asherman@sillscummis.com |
| Bradford J. Sandler | on behalf of Consultant Back Bay Management Corporation and its Division The Michel-Shaked Group bsandler@pszjlaw.com, mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com |
| Bradford J. Sandler | on behalf of Creditor Official Committee Of Unsecured Creditors bsandler@pszjlaw.com mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com |
| Bradford J. Sandler | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP bsandler@pszjlaw.com mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com |
| Bradford J. Sandler | on behalf of Other Prof. FTI Consulting Inc. bsandler@pszjlaw.com, mseidl@pszjlaw.com;lpetras@pszjlaw.com;abates@pszjlaw.com |
| Chelsey Rosenbloom List | on behalf of Creditor 1WorldSync Inc. chelsey.list@lockelord.com |
| Christopher P. Mazza | on behalf of Creditor Jefferies Finance LLC cpmazza@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| David Agay | on behalf of Debtor Careismatic Brands LLC dagay@mcdonaldhopkins.com |
| Felice R. Yudkin | on behalf of Debtor Careismatic Brands LLC fyudkin@coleschotz.com, fpisano@coleschotz.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| Jason D. Angelo | on behalf of Creditor Wingspire Equipment Finance LLC JAngelo@reedsmith.com sshidner@mdmc-law.com;smullen@mdmc-law.com |
| John W. Weiss | on behalf of Interested Party Michael Penner and Girisha Chandraraj jweiss@pashmanstein.com |
| Joseph J. DiPasquale | on behalf of Interested Party Saddle Creek Corporation Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph L. Schwartz | on behalf of Creditor Ball Up LLC jschwartz@riker.com |
| Joshua Sussberg | on behalf of Debtor Careismatic Brands LLC joshua.sussberg@kirkland.com, amy-donahue-2664@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua A. Gadharf | on behalf of Debtor Careismatic Brands LLC jgadharf@mcdonaldhopkins.com |

Case 24-10561-VFP    Doc 469    Filed 03/22/24    Entered 03/23/24 00:14:53    Desc
Imaged Certificate of Notice    Page 7 of 8

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Mar 20, 2024 | Form ID: pdf903 | Total Noticed: 12 |

Kevin J. Mangan
    on behalf of Interested Party VF Corporation kevin.mangan@wbd-us.com liz.thomas@wbd-us.com;Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com

Kevin J. Mangan
    on behalf of Interested Party VF Outdoor LLC kevin.mangan@wbd-us.com liz.thomas@wbd-us.com;Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com

Mark E. Hall
    on behalf of Creditor CherryField/MES UK mhall@foxrothschild.com cbrown@foxrothschild.com

Micah E. Marcus
    on behalf of Debtor Careismatic Brands LLC mmarcus@mcdonaldhopkins.com

Michael D. Sirota
    on behalf of Debtor Strategic Partners Acquisition Corp. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Strategic Partners Midco LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Strategic Distribution L.P. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Careismatic Brands LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Pacoima Limited LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Krazy Kat Sportswear LLC msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Medelita LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Plaintiff Careismatic Brands LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Trojan Buyer Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Careismatic Group Inc. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor CBI Midco Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor Med Couture LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor CBI Intermediate Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

Michael D. Sirota
    on behalf of Debtor CBI Parent L.P. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com

| | |
|---|---|
| Michael D. Sirota | on behalf of Debtor Marketplace Impact LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Strategic General Partners LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor AllHearts LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Silverts Adaptive LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Strategic Partners Corp. msirota@coleschotz.com fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor New Trojan Parent Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Careismatic Group II Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Trojan Holdco Inc. msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Michael D. Sirota | on behalf of Debtor Careismatic LLC msirota@coleschotz.com, fpisano@coleschotz.com;ssallie@coleschotz.com;lmorton@coleschotz.com;pratkowiak@coleschotz.com;ddelehanty@coleschotz.com |
| Rachel A. Parisi | on behalf of Creditor Jefferies Finance LLC raparisi@pbnlaw.com mpdermatis@pbnlaw.com;sakelly@pbnlaw.com;pnbalala@pbnlaw.com;jmoconnor@pbnlaw.com |
| Robert Malone | on behalf of Creditor First Lien Ad Hoc Group rmalone@gibbonslaw.com nmitchell@gibbonslaw.com |
| Robert J Feinstein | on behalf of Creditor Official Committee Of Unsecured Creditors rfeinstein@pszjlaw.com |
| S. Jason Teele | on behalf of Defendant Michelman & Robinson LLP steele@sillscummis.com, steele@sillscummis.com |
| S. Jason Teele | on behalf of Creditor Michelman & Robinson LLP steele@sillscummis.com, steele@sillscummis.com |
| Sari Blair Placona | on behalf of Creditor Partner Group (USA) et al. splacona@msbnj.com |
| Sean Malloy | on behalf of Debtor Careismatic Brands LLC smalloy@mcdonaldhopkins.com |
| Thomas J Scrivo | on behalf of Unknown Role Type Cross-Holder Creditors tscrivo@kslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren J. Martin, Jr. | on behalf of Creditor Jefferies Finance LLC wjmartin@pbnlaw.com mpdermatis@pbnlaw.com;pnbalala@pbnlaw.com;raparisi@pbnlaw.com;jmoconnor@pbnlaw.com |
| Wojciech F. Jung | on behalf of Interested Party Diamond Data Systems Inc. (d/b/a The Uniform Solution) Wojciech.Jung@wbd-us.com, liz.thomas@wbd-us.com |

TOTAL: 60