**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREISMATIC BRANDS, LLC, *et al.*, | Case No. 24-10561 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

I, Sung Jae Kim, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 48 Wall Street, New York, NY 10005.

3. On the 20th day of March 2024, DRC, at my direction and under my supervision, caused the following documents:

    a) Order (I) Approving the Bidding Procedures and Auction, (II) Approving Stalking Horse Bid Protections, (III) Scheduling Bid Deadlines and an Auction, (IV) Approving the Form and Manner of Notice Thereof, and (V) Granting Related Relief (Docket No. 339); and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

    b) Notice of Modified Sale Process Key Dates and Deadlines (Docket No. 457),

via electronic mail upon the parties as set forth on <u>Exhibit 1</u>; and via U.S. First Class Mail upon the parties as set forth on <u>Exhibit 2</u>, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 22nd day of March 2024, New York, New York.

*/s/ Sung Jae Kim*
Sung Jae Kim

Sworn before me this
22nd day of March 2024

*/s/ Robin Charles*
Notary Public

ROBIN ALEXANDRA CHARLES
NOTARY
NO. 01CH6427586
QUALIFIED IN
KINGS COUNTY
COMM. EXP.
01-03-2026
STATE OF NEW YORK
PUBLIC

# EXHIBIT 1

Case 24-10561-VFP    Doc 470    Filed 03/23/24    Entered 03/23/24 12:59:45    Desc Main
Document    Page 4 of 12

Cardsmatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 1 of 5                                                                                           03/20/2024 08:38:08 PM

| | | | |
|---|---|---|---|
| 000026P001-1552S-043<br>ALASKA ATTORNEY GENERAL<br>TREG R TAYLOR<br>1031 W 4TH AVE<br>STE 200<br>ANCHORAGE AK 99501-1994<br>ATTORNEY.GENERAL@ALASKA.GOV | 001229P001-1552A-043<br>ALASKA ATTORNEY GENERAL<br>TREG R TAYLOR<br>1031 W 4TH AVE<br>STE 200<br>ANCHORAGE AK 99501-1994<br>ATTORNEY.GENERAL@ALASKA.GOV | 000027P001-1552S-043<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV | 001230P001-1552A-043<br>ARIZONA ATTORNEY GENERAL<br>KRIS MAYES<br>1275 WEST WASHINGTON ST<br>PHOENIX AZ 85007<br>AGINFO@AZAG.GOV |
| 000028P001-1552S-043<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610<br>OAG@ARKANSASAG.GOV | 001231P001-1552A-043<br>ARKANSAS ATTORNEY GENERAL<br>TIM GRIFFIN<br>323 CTR ST<br>STE 200<br>LITTLE ROCK AR 72201-2610<br>OAG@ARKANSASAG.GOV | 000108P001-1552S-043<br>BALL UP LLC<br>HUESTON HENNIGAN LLP<br>ROBERT KLIEGER<br>523 WEST 6TH ST STE 400<br>LOS ANGELES CA 90014<br>RKLIEGER@HUESTON.COM | 000107P003-1552S-043<br>BARCO UNIFORMS INC.<br>ATTN: JANE FOWLER<br>350 WEST ROSECRANS AVE<br>GARDENA CA 90248<br>JANE.FOWLER@BARCOUNIFORMS.COM |
| 000126P001-1552S-043<br>BUCHALTER, A PROFESSIONAL CORPORATION<br>SHAWN M CHRISTIANSON,ESQ<br>425 MARKET ST.,STE 2900<br>SAN FRANCISCO CA 94105-3493<br>SCHRISTIANSON@BUCHALTER.COM | 000030P001-1552S-043<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203<br>CORA.REQUEST@COAG.GOV | 001233P001-1552A-043<br>COLORADO ATTORNEY GENERAL<br>PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL CTR<br>1300 BROADWAY 10TH FL<br>DENVER CO 80203<br>CORA.REQUEST@COAG.GOV | 000085P001-1552S-043<br>COMTRADING APPAREL DMCC<br>MISS THAO LE<br>JUMEIRAH LAKES TOWERS UNIT 302-08<br>JUMEIRAH BAY 2 PLOT JLT-PH2-X2A<br>DUBAI<br>UNITED ARAB EMIRATES<br>THAO.LE@COMTEXTILE.COM.VN |
| 000031P001-1552S-043<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV | 001234P001-1552A-043<br>CONNECTICUT ATTORNEY GENERAL<br>WILLIAM TONG<br>55 ELM ST<br>HARTFORD CT 06141-0120<br>ATTORNEY.GENERAL@CT.GOV | 000089P001-1552S-043<br>CORDIAL EXPERIENCE INC<br>402 W BROADWAY<br>STE 700<br>SAN DIEGO CA 92101<br>BILLING@CORDIAL.COM | 000076P003-1552S-043<br>DAVIS POLK & WARDWELL<br>BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017<br>BRIAN.RESNICK@DAVISPOLK.COM |
| 000076P003-1552S-043<br>DAVIS POLK & WARDWELL<br>BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017<br>MICHAEL.PERA@DAVISPOLK.COM | 000076P003-1552S-043<br>DAVIS POLK & WARDWELL<br>BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017<br>AUDREY.YOUN@DAVISPOLK.COM | 000032P001-1552S-043<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US | 001235P001-1552A-043<br>DELAWARE ATTORNEY GENERAL<br>KATHY JENNINGS<br>CARVEL STATE OFFICE BLDG<br>820 N FRENCH ST<br>WILMINGTON DE 19801<br>ATTORNEY.GENERAL@STATE.DE.US |
| 000033P001-1552S-043<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001<br>OAG@DC.GOV | 001236P001-1552A-043<br>DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>BRIAN SCHWALB<br>400 6TH ST NW<br>WASHINGTON DC 20001<br>OAG@DC.GOV | 000082P001-1552S-043<br>DUCTHANH GARMENT IMPORT EXPORT CO LTD<br>TI - DUCTHANH IMPORT EXPORT CO LTD<br>MONGHANH<br>18 TRAN HUNG DAO<br>MY THOI WARD<br>LONG XUYEN CITY AG<br>VIETNAM<br>KETOANDUCTHANHAG@HCM.VNN.VN | 000133P001-1552S-043<br>FOX ROTHSCHILD LLP<br>MARK E HALL.ESQ<br>49 MARKET ST<br>MORRISTOWN NJ 07960<br>MHALL@FOXROTHSCHILD.COM |

Case 24-10561-VFP    Doc 470    Filed 03/23/24    Entered 03/23/24 12:59:45    Desc Main
Document    Page 5 of 12

Case 24-10561-VFP   Doc 462   Filed 03/20/24   Entered 03/20/24 21:26:37   Desc Main
Electronic Mail
Exhibit Pages

Page # : 2 of 5                                                                                    03/20/2024 08:38:08 PM

| | | | |
|---|---|---|---|
| 000118P001-1552S-043<br>GIBBONS P.C.<br>ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310<br>RMALONE@GIBBONSLAW.COM | 000118P001-1552S-043<br>GIBBONS P.C.<br>ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310<br>BTHEISEN@GIBBONSLAW.COM | 000118P001-1552S-043<br>GIBBONS P.C.<br>ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY<br>ONE GATEWAY CENTER<br>NEWARK NJ 07102-5310<br>KMCEVILLY@GIBBONSLAW.COM | 000095P001-1552S-043<br>GLORIA APPAREL INC<br>SOWON YOON<br>500 7TH AVE 8TH FL STE 124<br>NEW YORK NY 10018<br>SOWON@GLORIAAPPAREL.COM |
| 000116P002-1552S-043<br>GREENBERG TRAURIG LLP<br>ALAN J BRODY.ESQ<br>500 CAMPUS DRIVE STE 400<br>FLORHAM PARK NJ 07932<br>BRODYA@GTLAW.COM | 000088P002-1552S-043<br>HAITI PREMIER APPAREL S.A.<br>MARIE FLORENCE BAKER<br>NO 18 RUE JEAN GILLES<br>ROUTE DE L'AEROPORT<br>PORT-AU-PRINCE<br>HAITI<br>MFBAKER@PBAPPAREL.COM | 000102P001-1552S-043<br>HERBERT MINES ASSOCIATES INC<br>DANIEL HERSZAFT<br>600 LEXINGTON AVE<br>14TH FLOOR<br>NEW YORK NY 10022<br>DANIEL@HERBERTMINES.COM | 000090P001-1552S-043<br>HUAFANG COMPANY LTD<br>HUAFANG CO LIMITED BY SHARES<br>WANG CHAO<br>NO 819 HUANGHE 2 RD<br>BINZHOU SHANDONG<br>CHINA<br>WCHAO2128@163.COM |
| 000103P001-1552S-043<br>HYOSUNG TNC CORP<br>YF HYOSUNG TNC CORP<br>CHRIS<br>119 MAPODAERO<br>MAPO-GU<br>SEOUL  4144<br>KOREA<br>CHRIS@HYOSUNG.COM | 000098P001-1552S-043<br>INSIGHT DIRECT USA INC<br>TIM KILIAN<br>2701 E INSIGHT WAY<br>CHANDLER AZ 85286<br>TIM.KILIAN@INSIGHT.COM | 000040P001-1552S-043<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>WEBTEAM@AG.IOWA.GOV | 000040P001-1552S-043<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>CONSUMER@AG.IOWA.GOV |
| 001243P001-1552A-043<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>WEBTEAM@AG.IOWA.GOV | 001243P001-1552A-043<br>IOWA ATTORNEY GENERAL<br>BRENNA BIRD<br>HOOVER STATE OFFICER BLDG<br>1305 E WALNUT 2ND FL<br>DES MOINES IA 50319<br>CONSUMER@AG.IOWA.GOV | 000105P001-1552S-043<br>JEFFTEX MFG CO LTD<br>QU KWON<br>RM # 503 SAMHWA B/D<br>999-2 DAECHI-DONG<br>KANGNAM-GU SEOUL  135502<br>KOREA<br>JEFFKWON@JEFFTEX.COM | 000110P005-1552S-043<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA;<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>PMONTONI@KSLAW.COM |
| 000110P005-1552S-043<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA;<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>TSCRIVO@KSLAW.COM | 000110P005-1552S-043<br>KING & SPALDING LLP<br>PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA;<br>1185 6TH AVENUE<br>34TH FLOOR<br>NEW YORK NY 10036<br>MMUSCARA@KSLAW.COM | 000119P001-1552S-043<br>KING & SPALDING LLP<br>MATTHEW L WARREN<br>110 N WACKER DRIVE STE 3800<br>CHICAGO IL 60606<br>MWARREN@KSLAW.COM | 000139P001-1552S-043<br>LAW OFFICE OF JAE YOUNG OH<br>JAE YOUNG OH<br>3712 PRINCE ST.,STE 10B<br>FLUSHING NY 11354<br>JAEOH70@HOTMAIL.COM |
| 000081P001-1552S-043<br>LEOPARD TEXTILES HOLDING LTD<br>LEOPARD TEXTILES<br>ZHENJIANG STEVEN WU<br>ROOM A 19F<br>KIM CHUNG COMMERCIAL BUILDING<br>HONG KONG<br>CHINA<br>STEVEN@LEOPARDTEX.COM | 000120P001-1552S-043<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>JOHN KENDRICK TURNER<br>2777 N STEMMONS FREEWAY STE 1000<br>DALLAS TX 75207<br>DALLAS.BANKRUPTCY@LGBS.COM | 000141P001-1552S-043<br>LOCKE LORD LLP<br>CHELSEY ROSENBLOOM LIST<br>BROOKFIELD PLACE<br>200 VESEY ST<br>NEW YORK NY 10281-2101<br>CHELSEY.LIST@LOCKELORD.COM | 000142P001-1552S-043<br>LOCKE LORD LLP<br>JONATHAN W YOUNG;HANNA J REDD<br>111 HUNTINGTON AVE.,9TH FLOOR<br>BOSTON MA 02199<br>JONATHAN.YOUNG@LOCKELORD.COM |

Case 24-10561-VFP    Doc 470    Filed 03/23/24    Entered 03/23/24 12:59:45    Desc Main
Document    Page 6 of 12

Careismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 3 of 5                                                                                                                         03/20/2024 08:38:08 PM

| | | | |
|---|---|---|---|
| 000142P001-1552S-043<br>LOCKE LORD LLP<br>JONATHAN W YOUNG;HANNA J REDD<br>111 HUNTINGTON AVE.,9TH FLOOR<br>BOSTON MA 02199<br>HANNA.REDD@LOCKELORD.COM | 000100P001-1552S-043<br>LOGILITY INC<br>BILL WHALEN<br>470 E PACES FERRY RD<br>ATLANTA GA 30305<br>BWHALEN@LOGILITY.COM | 000043P001-1552S-043<br>LOUISIANA ATTORNEY GENERAL<br>JEFF LANDRY<br>PO BOX 94095<br>BATON ROUGE LA 70804-4095<br>CONSTITUENTSERVICES@AG.LOUISIANA.GOV | 001246P001-1552A-043<br>LOUISIANA ATTORNEY GENERAL<br>JEFF LANDRY<br>PO BOX 94095<br>BATON ROUGE LA 70804-4095<br>CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| 000045P001-1552S-043<br>MARYLAND ATTORNEY GENERAL<br>ANTHONY G BROWN<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022<br>OAG@OAG.STATE.MD.US | 001248P001-1552A-043<br>MARYLAND ATTORNEY GENERAL<br>ANTHONY G BROWN<br>200 ST PAUL PL<br>BALTIMORE MD 21202-2022<br>OAG@OAG.STATE.MD.US | 000046P001-1552S-043<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US | 001249P001-1552A-043<br>MASSACHUSETTS ATTORNEY GENERAL<br>ANDREA JOY CAMPBELL<br>ONE ASHBURTON PL<br>BOSTON MA 02108-1698<br>AGO@STATE.MA.US |
| 000114P001-1552S-043<br>MCMANIMON SCOTLAND & BAUMANN LLC<br>ANTHONY SODONO III,ESQ<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>ASODONO@MSBNJ.COM | 000115P001-1552S-043<br>MCMANIMON SCOTLAND & BAUMANN LLC<br>SARI B PLACONA,ESQ<br>75 LIVINGSTON AVE.,STE 201<br>ROSELAND NJ 07068<br>SPLACONA@MSBNJ.COM | 000087P001-1552S-043<br>MES UK LIMITED<br>KR MES UK LIMITED<br>AYDIN OZGUVEN<br>HALLSWELLE HOUSE<br>1 HALLSWELLE RD<br>LONDON  NW11 0DH<br>UNITED KINGDOM<br>AYDINO@SESBY.COM | 000079P001-1552S-043<br>MICHELMAN and ROBINSON LLP<br>ACCOUNTS RECEIVABLE ERI BURNS<br>10880 WILSHIRE BLVD 19TH FL<br>LOS ANGELES CA 90024-4101<br>EBURNS@MRLLP.COM |
| 000047P001-1552S-043<br>MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>PO BOX 30212<br>525 W OTTAWA ST<br>LANSING MI 48909-0212<br>MIAG@MI.GOV | 001250P001-1552A-043<br>MICHIGAN ATTORNEY GENERAL<br>DANA NESSEL<br>PO BOX 30212<br>525 W OTTAWA ST<br>LANSING MI 48909-0212<br>MIAG@MI.GOV | 000023P001-1552S-043<br>MILBANK LLP<br>EVAN R FLECK<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>EFLECK@MILBANK.COM | 000024P001-1552S-043<br>MILBANK LLP<br>NELLY ALMEIDA<br>55 HUDSON YARDS<br>NEW YORK NY 10001<br>NALMEIDA@MILBANK.COM |
| 000117P001-1552S-043<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>ALEES@MILBANK.COM | 000117P001-1552S-043<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>RRUBIN@MILBANK.COM | 000117P001-1552S-043<br>MILBANK LLP<br>ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163<br>CFENDRYCH@MILBANK.COM | 000051P001-1552S-043<br>MONTANA ATTORNEY GENERAL<br>AUSTIN KNUDSEN<br>215 N SANDERS THIRD FL<br>JUSTICE BLDG<br>HELENA MT 59620-1401<br>CONTACTDOJ@MT.GOV |
| 001254P001-1552A-043<br>MONTANA ATTORNEY GENERAL<br>AUSTIN KNUDSEN<br>215 N SANDERS THIRD FL<br>JUSTICE BLDG<br>HELENA MT 59620-1401<br>CONTACTDOJ@MT.GOV | 000052P001-1552S-043<br>NEBRASKA ATTORNEY GENERAL<br>MIKE HILGERS<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920<br>AGO.INFO.HELP@NEBRASKA.GOV | 001255P001-1552A-043<br>NEBRASKA ATTORNEY GENERAL<br>MIKE HILGERS<br>2115 STATE CAPITOL<br>LINCOLN NE 68509-8920<br>AGO.INFO.HELP@NEBRASKA.GOV | 000083P001-1552S-043<br>NEELKAMAL TRADERS FZCO<br>VITTAL RADHAKRISHNAN<br>S-60604 JEBEL ALI FREEZONE<br>PO BOX 262890<br>DUBAI<br>UNITED ARAB EMIRATES<br>VITTAL.RADHAKRISHNAN@NEELKAMAL.COM |

Case 24-10561-VFP    Doc 470    Filed 03/23/24    Entered 03/23/24 12:59:45    Desc Main
Document    Page 7 of 12

Careismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 4 of 5                                                                    03/20/2024 08:38:08 PM

| | | | |
|---|---|---|---|
| 000053P001-1552S-043<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>AGINFO@AG.NV.GOV | 001256P001-1552A-043<br>NEVADA ATTORNEY GENERAL<br>AARON FORD<br>OLD SUPREME CT BLDG<br>100 N CARSON ST<br>CARSON CITY NV 89701<br>AGINFO@AG.NV.GOV | 000054P001-1552S-043<br>NEW HAMPSHIRE ATTORNEY GENERAL<br>JOHN FORMELLA<br>NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301-6397<br>ATTORNEYGENERAL@DOJ.NH.GOV | 001257P001-1552A-043<br>NEW HAMPSHIRE ATTORNEY GENERAL<br>JOHN FORMELLA<br>NH DEPARTMENT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD NH 03301-6397<br>ATTORNEYGENERAL@DOJ.NH.GOV |
| 000059P001-1552S-043<br>NORTH DAKOTA ATTORNEY GENERAL<br>DREW WRIGLEY<br>600 E BLVD AVE<br>DEPT 125<br>BISMARCK ND 58505-0040<br>NDAG@ND.GOV | 001262P001-1552A-043<br>NORTH DAKOTA ATTORNEY GENERAL<br>DREW WRIGLEY<br>600 E BLVD AVE<br>DEPT 125<br>BISMARCK ND 58505-0040<br>NDAG@ND.GOV | 000077P001-1552S-043<br>OFFICE OF THE US TRUSTEE<br>PETER D'AURIA<br>ONE NEWARK CENTER<br>1085 RAYMOND BLVD, STE 2100<br>NEWARK NJ 07102<br>PETER.J.D'AURIA@USDOJ.GOV | 000062P001-1552S-043<br>OREGON ATTORNEY GENERAL<br>ELLEN F ROSENBLUM<br>OREGON DEPARTMENT OF JUSTICE<br>1162 CT ST NE<br>SALEM OR 97301-4096<br>FRED.BOSS@DOJ.STATE.OR.US |
| 001265P001-1552A-043<br>OREGON ATTORNEY GENERAL<br>ELLEN F ROSENBLUM<br>OREGON DEPARTMENT OF JUSTICE<br>1162 CT ST NE<br>SALEM OR 97301-4096<br>FRED.BOSS@DOJ.STATE.OR.US | 000127P002-1552S-043<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER; ROBERT J FEINSTEIN<br>780 THRID AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>BSANDLER@PSZJLAW.COM | 000127P002-1552S-043<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J SANDLER; ROBERT J FEINSTEIN<br>780 THRID AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>RFEINSTEIN@PSZJLAW.COM | 000128P001-1552S-043<br>PACHULSKI STANG ZIEHL & JONES LLP<br>TEDDY M KAPUR;CIA H MACKLE<br>780 THIRD AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>TKAPUR@PSZJLAW.COM |
| 000128P001-1552S-043<br>PACHULSKI STANG ZIEHL & JONES LLP<br>TEDDY M KAPUR;CIA H MACKLE<br>780 THIRD AVE.,34TH FLOOR<br>NEW YORK NY 10017<br>CMACKLE@PSZJLAW.COM | 000112P002-1552S-043<br>PAUL HASTINGS LLP<br>JAYME GOLDSTEIN,ESQ<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>JAYMEGOLDSTEIN@PAULHASTINGS.COM | 000113P002-1552S-043<br>PAUL HASTINGS LLP<br>ALEX COTA;SAM LAWAND<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>ALEXCOTA@PAULHASTINGS.COM | 000113P002-1552S-043<br>PAUL HASTINGS LLP<br>ALEX COTA;SAM LAWAND<br>200 PARK AVENUE<br>NEW YORK NY 10166<br>SAMLAWAND@PAULHASTINGS.COM |
| 000063P001-1552S-043<br>PENNSYLVANIA ATTORNEY GENERAL<br>MICHELLE HENRY<br>1600 STRAWBERRY SQUARE<br>16TH FL<br>HARRISBURG PA 17120<br>PRESS@ATTORNEYGENERAL.GOV | 001266P001-1552A-043<br>PENNSYLVANIA ATTORNEY GENERAL<br>MICHELLE HENRY<br>1600 STRAWBERRY SQUARE<br>16TH FL<br>HARRISBURG PA 17120<br>PRESS@ATTORNEYGENERAL.GOV | 000129P001-1552S-043<br>PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962<br>WJMARTIN@PBNLAW.COM | 000129P001-1552S-043<br>PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962<br>RAPARISI@PBNLAW.COM |
| 000129P001-1552S-043<br>PORZIO BROMBERG & NEWMAN PC<br>WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M<br>100 SOUTHGATE PARKWAY<br>P O BOX 1997<br>MORRISTOWN NJ 07962<br>CPMAZZA@PBNLAW.COM | 000094P001-1552S-043<br>RED BANKS CONSULTING INC<br>CASEY CARR<br>1079 CRAGMONT AVE<br>BERKELEY CA 94708<br>CCARR@REDBANKSCONSULTING.COM | 000121P002-1552S-043<br>REED SMITH LLP<br>JASON D ANGELO<br>506 CARNEGIE CENTER STE 300<br>PRINCETON NJ 08540<br>JANGELO@REEDSMITH.COM | 000131P001-1552S-043<br>RIKER DANZIG LLP<br>JOSEPH L SCHWARTZ;BRIAN M LAINE<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962-1981<br>JSCHWARTZ@RIKER.COM |

Case 24-10561-VFP    Doc 470    Filed 03/23/24    Entered 03/23/24 12:59:45    Desc Main
Document    Page 8 of 12

Case 24-10561-VFP Careismatic Brands, LLC, et al.
Electronic Mail
Exhibit Pages

Page # : 5 of 5                                                                                                   03/20/2024 08:38:08 PM

| | | | |
|---|---|---|---|
| 000131P001-1552S-043<br>RIKER DANZIG LLP<br>JOSEPH L SCHWARTZ;BRIAN M LAINE<br>HEADQUARTERS PLAZA<br>ONE SPEEDWELL AVENUE<br>MORRISTOWN NJ 07962-1981<br>BLAINE@RIKER.COM | 000109P001-1552S-043<br>ROPES & GRAY LLP<br>GREGG M. GALARDI<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>GREGG.GALARDI@ROPESGRAY.COM | 000109P001-1552S-043<br>ROPES & GRAY LLP<br>GREGG M. GALARDI<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>Randall.Bodner@ropesgray.com | 000109P001-1552S-043<br>ROPES & GRAY LLP<br>GREGG M. GALARDI<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-8704<br>Anne.JohnsonPalmer@ropesgray.com |
| 000084P001-1552S-043<br>ROYAL APPAREL EPZ LIMITED<br>SUNIL BOJAN<br>UNIT 1 @ CAPITAL INDUSTRIAL PARK<br>ATHI RIVER TOWN<br>NAIROBI CENTRAL  00606<br>KENYA<br>SUNILBOJAN@ROYALAPPARELEPZ.COM | 000106P003-1552S-043<br>SADDLE CREEK CORPORATION<br>JULIE FREEZE<br>PO BOX 530614<br>ATLANTA GA 30353-0614<br>AR@SCLOGISTICS.COM | 000136P001-1552S-043<br>SILLS CUMMIS & GROSS P.C.<br>S JASON TEELE,ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102<br>STEELE@SILLSCUMMIS.COM | 000137P001-1552S-043<br>SILLS CUMMIS & GROSS P.C.<br>ANDREW H SHERMAN,ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102<br>ASHERMAN@SILLSCUMMIS.COM |
| 000138P001-1552S-043<br>SILLS CUMMIS & GROSS P.C.<br>BORIS MANKOVETSKIY,ESQ<br>ONE RIVERFRONT PLAZA<br>NEWARK NJ 07102<br>BMANKOVETSKIY@SILLSCUMMIS.COM | 000080P002-1552S-043<br>SKADDEN ARPS SLATE MEAGHER and FLOM LLP<br>CHRISTOPHER M. HEANEY<br>ONE RODNEY SQUARE<br>PO BOX 1764<br>WHITE PLAINS NY 19899-0636<br>CHRISTOPHER.HEANEY@SKADDEN.COM | 000066P001-1552S-043<br>SOUTH DAKOTA ATTORNEY GENERAL<br>MARTY JACKLEY<br>1302 EAST HIGHWAY 14<br>STE 1<br>PIERRE SD 57501-8501<br>INFO@MARTYJACKLEY.COM | 001269P001-1552A-043<br>SOUTH DAKOTA ATTORNEY GENERAL<br>MARTY JACKLEY<br>1302 EAST HIGHWAY 14<br>STE 1<br>PIERRE SD 57501-8501<br>INFO@MARTYJACKLEY.COM |
| 000086P001-1552S-043<br>TAY SON GARMENT JOINT STOCK CO<br>MISS THAO LE<br>PHU XUAN WARD<br>PHU PHONG TOWN TAY SON DISTRICT<br>BINH DIHN<br>VIETNAM<br>THAO.LE@COMTEXTILE.COM.VN | 000096P001-1552S-043<br>THANH TRUC GARMENT IMP EXP CO LTD<br>DT THANH TRUC GARMENT IMP/EXP CO LTD<br>TOM NGUYEN<br>NO 61 A NGUYEN THI BAY ST<br>WARD 6<br>TAN AN LONG AN<br>VIETNAM<br>TOMTT@HCM.VNN.VN | 000097P001-1552S-043<br>THE SOURCING PLACE LTD<br>GEORGE ZHANG<br>UNIT D-E 31ST FLOOR FORD GLORY PLAZA<br>37-39 WING HONG ST KOWLONG<br>HONG KONG<br>HONG KONG<br>GEORGE@SUNTEXIND.COM | 000134P001-1552S-043<br>TN DEPT OF REVENUE<br>GINA BAKER HANTEL,SEN ASSISTANT ATTORNEY GEN<br>TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION<br>P O BOX 20207<br>NASHVILLE TN 37202-0207<br>GINA.HANTEL@AG.TN.GOV |
| 000008P002-1552S-043<br>UNITED STATES TRUSTEE<br>FRAN STEELE<br>ONE NEWARK CENTER<br>1085 RAYMOND BLVD, STE 2100<br>NEWARK NJ 07102<br>FRAN.B.STEELE@USDOJ.GOV | 000069P001-1552S-043<br>UTAH ATTORNEY GENERAL<br>SEAN D REYES<br>UTAH STATE CAPITOL COMPLEX<br>350 NORTH STATE ST STE 230<br>SALT LAKE CITY UT 84114-2320<br>UAG@AGUTAH.GOV | 001272P001-1552A-043<br>UTAH ATTORNEY GENERAL<br>SEAN D REYES<br>UTAH STATE CAPITOL COMPLEX<br>350 NORTH STATE ST STE 230<br>SALT LAKE CITY UT 84114-2320<br>UAG@AGUTAH.GOV | 001273P001-1552A-043<br>VERMONT ATTORNEY GENERAL<br>CHARITY R CLARK<br>PAVILLION OFFICE BLDG<br>109 STATE ST<br>MONTPELIER VT 05609-1001<br>AGO.INFO@VERMONT.GOV |
| 000099P001-1552S-043<br>VITALITY STAFFING SOLUTIONS LLC<br>MELISSA BAEZ<br>PO BOX 823461<br>PHILADEPHIA PA 19182<br>MBAEZ@VITALITYSTAFFING.COM | 000074P002-1552S-043<br>WISCONSIN ATTORNEY GENERAL<br>WISCONSIN DEPT. OF JUSTICE<br>ATTN: BANKRUPTCY DEPARTMENT<br>17 WEST MAIN STREET<br>P.O. BOX 7857<br>MADISON WI 53707<br>DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US | 000122P001-1552S-043<br>WOMBLE BOND DICKINSON (US) LLP<br>KEVIN J MANGAN<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801<br>KEVIN.MANGAN@WBD-US.COM | 000130P001-1552S-043<br>WOMBLE BOND DICKINSON (US) LLP<br>WOJCIECH F JUNG<br>950 THIRD AVE.,STE 2400<br>NEW YORK NY 10022<br>WOJCIECH.JUNG@WBD-US.COM |

Records Printed :   **120**

**EXHIBIT 2**

Case 24-10561-VFP    Doc 470    Filed 03/23/24    Entered 03/23/24 12:59:45    Desc Main
Carelsmatic Brands, LLC, et al.
Document    Page 10 of 12
Exhibit Pages

Page # : 1 of 3                                                                 03/20/2024 08:37:39 PM

| | | | |
|---|---|---|---|
| 000025P001-1552S-043<br>ALABAMA ATTORNEY GENERAL<br>STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY AL 36130 | 000093P001-1552S-043<br>AMERICAN EXPRESS<br>TRAVEL RELATED SERVICES CO INC<br>SHAD ALDRICH<br>PO BOX 360001<br>FORT LAUDERDALE FL 33336-0001 | 000132P001-1552S-043<br>ANGELA MENDOZA<br>14906 HUBBARD STREET<br>SYLMAR CA 91342 | 000010P001-1552S-043<br>ATTORNEY GENERAL<br>UNITED STATES DEPT OF JUSTICE<br>BEN FRANKLIN STATION<br>PO BOX 683<br>WASHINGTON DC 20044 |
| 000123P001-1552S-043<br>BALL UP LLC<br>ROBERT KEETCH<br>P O BOX 100748<br>FORT WORTH TX 76185 | 000029P001-1552S-043<br>CALIFORNIA ATTORNEY GENERAL<br>ROB BONTA<br>1300 I ST<br>STE 1740<br>SACRAMENTO CA 95814 | 000124P001-1552S-043<br>CORDIAL EXPERIENCE INC<br>KATIE CHANDLER<br>402 W BROADWAY STE 700<br>SAN DIEGO CA 92101 | 002644P001-1552A-043<br>DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>300 N LOS ANGELES ST<br>RM 1259<br>LOS ANGELES CA 90012 |
| 000021P001-1552S-043<br>DEPT OF HEALTH AND SENIOR SVC<br>OFFICE OF LEGAL AND REG COMPLIANCE<br>JOHN FITCH PLAZA<br>PO BOX 360<br>TRENTON NJ 08625-0360 | 000015P001-1552S-043<br>ENVIRONMENTAL PROTECTION AGENCY<br>REGION 2<br>290 BROADWAY<br>17TH FLOOR<br>NEW YORK NY 10007-1866 | 000034P001-1552S-043<br>FLORIDA ATTORNEY GENERAL<br>ASHLEY MOODY<br>THE CAPITOL<br>PL-01<br>TALLAHASSEE FL 32399-1050 | 000035P001-1552S-043<br>GEORGIA ATTORNEY GENERAL<br>CHRISTOPHER M CARR<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 |
| 000140P001-1552S-043<br>GRIFFITH & THORNBURGH LLP<br>FELICITA A TORRES<br>8 E FIGUEROA ST.,STE 300<br>SANTA BARBARA CA 93101 | 000036P001-1552S-043<br>HAWAII ATTORNEY GENERAL<br>ANNE E LOPEZ<br>425 QUEEN ST<br>HONOLULU HI 96813 | 000104P001-1552S-043<br>HIRSCH SOLUTIONS INC<br>CHERYL ROBBINS<br>490 WHEELER RD STE 285<br>HAUPPAUGE NY 11788 | 000037P001-1552S-043<br>IDAHO ATTORNEY GENERAL<br>RAUL R LABRADOR<br>700 W JEFFERSON ST<br>PO BOX 83720<br>BOISE ID 83720-1000 |
| 000038P001-1552S-043<br>ILLINOIS ATTORNEY GENERAL<br>KWAME RAOUL<br>JAMES R THOMPSON CTR<br>100 W RANDOLPH ST<br>CHICAGO IL 60601 | 000039P001-1552S-043<br>INDIANA ATTORNEY GENERAL<br>TODD ROKITA<br>INDIANA GOVERNMENT CTR SOUTH<br>302 WEST WASHINGTON ST 5TH FL<br>INDIANAPOLIS IN 46204-2770 | 000977P001-1552A-043<br>INTERNAL REVENUE SVC<br>1111 CONSTITUTION AVE NW<br>WASHINGTON DC 20224 | 002655P001-1552A-043<br>INTERNAL REVENUE SVC<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 |
| 011532P001-1552A-043<br>INTERNAL REVENUE SVC<br>PO BOX 409101<br>OGDEN UT 84409 | 000011P001-1552S-043<br>INTERNAL REVENUE SVC<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 000012P001-1552S-043<br>INTERNAL REVENUE SVC<br>2970 MARKET ST<br>MAIL STOP 5-Q30133<br>PHILADELPHIA PA 19104-5016 | 000979P001-1552A-043<br>IRS (INTERNAL REVENUE SERVICE)<br>10TH ST AND PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530 |
| 000111P001-1552S-043<br>JEFFERIES FINANCE LLC<br>520 MADISON AVENUE<br>NEW YORK NY 10022 | 000041P001-1552S-043<br>KANSAS ATTORNEY GENERAL<br>KRIS W KOBACH<br>120 SW 10TH AVE<br>2ND FL<br>TOPEKA KS 66612-1597 | 000042P001-1552S-043<br>KENTUCKY ATTORNEY GENERAL<br>DANIEL CAMERON<br>700 CAPITOL AVE<br>CAPITAL BLDG STE 118<br>FRANKFORT KY 40601 | 000125P001-1552S-043<br>KOI DESIGN LLC<br>JEREMY HUSK<br>20600 GRAMERCY PL #101<br>TORRANCE CA 90501 |

Case 24-10561-VFP    Doc 470    Filed 03/23/24    Entered 03/23/24 12:59:45    Desc Main
Document    Page 11 of 12
Carelsmatic Brands, LLC, et al.
Exhibit Pages

Page # : 2 of 3                                                                                                    03/20/2024 08:37:39 PM

| 000044P001-1552S-043 | 000048P001-1552S-043 | 000049P001-1552S-043 | 000050P001-1552S-043 |
|---|---|---|---|
| MAINE ATTORNEY GENERAL | MINNESOTA ATTORNEY GENERAL | MISSISSIPPI ATTORNEY GENERAL | MISSOURI ATTORNEY GENERAL |
| AARON FREY | KEITH ELLISON | LYNN FITCH | ANDREW BAILEY |
| 6 STATE HOUSE STATION | 1400 BREMER TOWER | WALTER SILLERS BLDG | SUPREME CT BLDG |
| AUGUSTA ME 04333 | 445 MINNESOTA ST | 550 HIGH ST STE 1200 | 207 W HIGH ST |
|  | ST. PAUL MN 55101-2131 | JACKSON MS 39201 | JEFFERSON CITY MO 65101 |

| 000092P001-1552S-043 | 000055P001-1552S-043 | 000017P001-1552S-043 | 000022P001-1552S-043 |
|---|---|---|---|
| MOODY'S INVESTORS SVC | NEW JERSEY ATTORNEY GENERAL | NEW JERSEY ATTORNEY GENERAL OFFICE | NEW JERSEY DEPT OF HUMAN SVC |
| DONNA HAMRAH | MATTHEW J PLATKIN | DIVISION OF LAW | OFFICE OF LEGAL AND REG AFFAIRS |
| PO BOX 102597 | RICHARD J HUGHES JUSTICE COMPLEX | RICHARD J HUGHES JUSTICE COMPLEX | 222 SOUTH WARREN ST |
| ATLANTA GA 30368-0597 | 25 MARKET ST 8TH FL WEST WING | 25 MARKET ST PO BOX 112 | PO BOX 700 |
|  | TRENTON NJ 08625 | TRENTON NJ 08625-0112 | TRENTON NJ 08625-0700 |

| 000018P001-1552S-043 | 000019P001-1552S-043 | 000056P001-1552S-043 | 000057P001-1552S-043 |
|---|---|---|---|
| NEW JERSEY DIVISION OF TAXATION | NEW JERSEY MOTOR VEHICLE COMMISSION | NEW MEXICO ATTORNEY GENERAL | NEW YORK ATTORNEY GENERAL |
| COMPLIANCE AND ENFORCEMENT | ADMINISTRATIVE UNIT | RAUL TORREZ | LETITIA JAMES |
| BANKRUPTCY UNIT | 225 EAST STATE ST | 408 GLISTEO ST | DEPT OF LAW |
| 3 JOHN FITCH WAY 5TH FLOOR | PO BOX 136 | VILLAGRA BLDG | THE CAPITOL 2ND FL |
| PO BOX 245 | TRENTON NJ 08666 | SANTA FE NM 87501 | ALBANY NY 12224-0341 |
| TRENTON NJ 08695-0245 |  |  |  |

| 000020P001-1552S-043 | 000058P001-1552S-043 | 000060P001-1552S-043 | 000061P001-1552S-043 |
|---|---|---|---|
| NJ DEPT OF ENVIRONMENTAL PROTECTION | NORTH CAROLINA ATTORNEY GENERAL | OHIO ATTORNEY GENERAL | OKLAHOMA ATTORNEY GENERAL |
| OFC OF RECORDS ACCESS | JOSH STEIN | DAVID ANTHONY YOST | GENTNER DRUMMOND |
| BANKR COORD | DEPT OF JUSTICE | STATE OFFICE TOWER | 313 NE 21ST ST |
| 401 EAST STATE ST 6TH FLR. WEST | PO BOX 629 | 30 E BROAD ST 14TH FL | OKLAHOMA CITY OK 73105 |
| PO BOX 420 MAIL CODE 401-06Q | RALEIGH NC 27602-0629 | COLUMBUS OH 43431 |  |
| TRENTON NJ 08625-0420 |  |  |  |

| 000101P001-1552S-043 | 000135P001-1552S-043 | 000064P001-1552S-043 | 000013P001-1552S-043 |
|---|---|---|---|
| ORACLE AMERICA INC NETSUITE | PASHMAN STEIN WALDER HAYDEN P.C. | RHODE ISLAND ATTORNEY GENERAL | SECURITIES EXCHANGE COMMISSION |
| COLLECTIONS | JOHN W WEISS | PETER F NERONHA | NEW YORK REGIONAL OFFICE |
| 2300 ORACLE WAY | 101 CRAWFORDS CORNER RD STE 4202 | 150 S MAIN ST | 100 PEARL ST |
| AUSTIN TX 78741 | HOLMDEL NJ 07733 | PROVIDENCE RI 02903 | STE 20-100 |
|  |  |  | NEW YORK NY 10004-2616 |

| 000014P001-1552S-043 | 000065P001-1552S-043 | 000067P001-1552S-043 | 000068P001-1552S-043 |
|---|---|---|---|
| SOCIAL SECURITY ADMINISTRATION | SOUTH CAROLINA ATTORNEY GENERAL | TENNESSEE ATTORNEY GENERAL | TEXAS ATTORNEY GENERAL |
| OFFICE OF THE GEN. COUNSEL | ALAN WILSON | JONATHAN SKRMETTI | KEN PAXTON |
| OFC OF PROGRAM LITIGATION BANKRUPTCY | REMBERT C DENNIS OFFICE BLDG | PO BOX 20207 | 300 W 15TH ST |
| 6401 SECURITY BLVD | 1000 ASSEMBLY ST RM 519 | NASHVILLE TN 37202-0207 | AUSTIN TX 78701 |
| BALTIMORE MD 21235 | COLUMBIA SC 29211-1549 |  |  |

| 000091P001-1552S-043 | 000078P001-1552S-043 | 000009P001-1552S-043 | 003048P001-1552A-043 |
|---|---|---|---|
| TIANJIN HAOCHENG INT LOGISTICS CO LTD | UBS AG, STAMFORD BRANCH | UNITED STATES ATTORNEY | UNITED STATES TREASURY |
| NO 65 ZIJINSHAN RD | AS COLLATERAL AGENT | DISTRICT OF NEW JERSEY | INTERNAL REVENUE SERVICE |
| ROOM 2-1302 NO.2. ZIGUIYUAN | 600 WASHINGTON BLVD | PETER RODINO FEDERAL BUILDING | OGDEN UT 84201 |
| HEXI DISTRICT TIANJIN  300061 | 9TH FLOOR | 970 BROAD ST STE 700 |  |
| CHINA | STAMFORD CT '06901 | NEWARK NJ 07102 |  |

| 010996P001-1552A-043 | 010997P001-1552A-043 | 001019P001-1552A-043 | 001020P001-1552A-043 |
| --- | --- | --- | --- |
| UNITED STATES TREASURY | UNITED STATES TREASURY | US DEPT OF THE TREASURY | US DEPT OF THE TREASURY |
| INTERNAL REVENUE SVC CENTER | INTERNAL REVENUE SVC | INTERNAL REVENUE SVC | INTERNAL REVENUE SVC |
| INTERNAL REVENUE SVC | 1973 RULON WHITE BLVD | INTERNAL REVENUE SVC | PO BOX 806532 |
| 4021 -A AMBASSADOR CAFFERY | OGDEN UT 84404 | OGDEN UT 84201-0005 | CINCINNATI OH 45280-6532 |
| LAFAYETTE LA 70503-5281 | | | |

| 000016P001-1552S-043 | 000071P001-1552S-043 | 000072P001-1552S-043 | 000073P001-1552S-043 |
| --- | --- | --- | --- |
| US SMALL BUSINESS ADMINISTRATION | VIRGINIA ATTORNEY GENERAL | WASHINGTON ATTORNEY GENERAL | WEST VIRGINIA ATTORNEY GENERAL |
| DISTRICT COUNSEL | JASON MIYARES | BOB FERGUSON | PATRICK MORRISEY |
| TWO GATEWAY CENTER | 202 NORTH NINTH ST | 1125 WASHINGTON ST SE | STATE CAPITOL COMPLEX |
| STE 1002 | RICHMOND VA 23219 | PO BOX 40100 | BLDG 1 RM E26 |
| NEWARK NJ 07102 | | OLYMPIA WA 98504-0100 | CHARLESTON WV 25305-0220 |

| 001277P001-1552A-043 | 000075P001-1552S-043 |
| --- | --- |
| WISCONSIN ATTORNEY GENERAL | WYOMING ATTORNEY GENERAL |
| JOSH KAUL | BRIDGET HILL |
| 114 EAST STATE CAPITOL | 200 W 24TH ST |
| MADISON WI 53707-7857 | STATE CAPITOL BLDG RM 123 |
| | CHEYENNE WY 82002 |

Records Printed : **66**