| | |
|---|---|
| **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> jsussberg@kirkland.com <br><br> Chad J. Husnick, P.C. (admitted *pro hac vice*) <br> 300 North LaSalle Street <br> Chicago, Illinois 60654 <br> Telephone: (312) 862-2000 <br> Facsimile: (312) 862-2200 <br> chusnick@kirkland.com <br><br> *Co-Counsel to the Debtors and* <br> *Debtors in Possession* | **COLE SCHOTZ P.C.** <br> Michael D. Sirota, Esq. <br> Warren A. Usatine, Esq. <br> Felice R. Yudkin, Esq. <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 489-3000 <br> msirota@coleschotz.com <br> wusatine@coleschotz.com <br> fyudkin@coleschotz.com <br><br> *Co-Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> CAREISMATIC BRANDS, LLC, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 24-10561 (VFP) <br><br> (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION TO FIRST MONTHLY FEE**
**STATEMENT OF DONLIN, RECANO & COMPANY, INC.**

The Court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the January 22, 2024 through February 29, 2024 combined monthly fee statement of Donlin, Recano & Company, Inc. [Docket No. 485] (the "Monthly Fee Statement"), filed on March 25, 2024, were to be filed and served not later than April 8, 2024. I, Michael D. Sirota, certify that, as of April 9, 2024, I have

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Dated: April 9, 2024                                  /s/ *Michael D. Sirota*
                                                      Michael D. Sirota