| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **COLE SCHOTZ P.C.** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Michael D. Sirota, Esq. |
| Joshua A. Sussberg, P.C. (admitted *pro hac vice*) | Warren A. Usatine, Esq. |
| 601 Lexington Avenue | Felice R. Yudkin, Esq. |
| New York, New York 10022 | Court Plaza North, 25 Main Street |
| Telephone: (212) 446-4800 | Hackensack, New Jersey 07601 |
| Facsimile: (212) 446-4900 | Telephone: (201) 489-3000 |
| jsussberg@kirkland.com | msirota@coleschotz.com |
| | wusatine@coleschotz.com |
| Chad J. Husnick, P.C. (admitted *pro hac vice*) | fyudkin@coleschotz.com |
| 300 North LaSalle Street | |
| Chicago, Illinois 60654 | *Co-Counsel to the Debtors and Debtors in Possession* |
| Telephone: (312) 862-2000 | |
| Facsimile: (312) 862-2200 | |
| chusnick@kirkland.com | |

*Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREISMATIC BRANDS, LLC, *et al.*, | Case No. 24-10561 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF NO OBJECTION TO SECOND**
**MONTHLY FEE STATEMENT OF PJT PARTNERS LP**

The Court authorized, under D.N.J. LBR 2016-3(a), compensation to professionals on a monthly basis. Under D.N.J. LBR 2016-3(c), objections to the February 1, 2024 through February 29, 2024 monthly fee statement of PJT Partners LP [Docket No. 480] (the "Monthly Fee Statement"), filed on March 25, 2024, were to be filed and served not later than April 8, 2024. I, Michael D. Sirota, certify that, as of April 9, 2024, I have reviewed the Court's docket

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

in this case and no answer, objection, or other responsive pleading to the above Monthly Fee Statement has been filed.

Pursuant to D.N.J. LBR 2016-3, payment shall be made to the applicant upon the filing of this Certification.

Dated: April 9, 2024                               */s/ Michael D. Sirota*
                                                               Michael D. Sirota

2