| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **COLE SCHOTZ P.C.** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Michael D. Sirota, Esq. |
| Joshua A. Sussberg, P.C. (admitted *pro hac vice*) | Warren A. Usatine, Esq. |
| 601 Lexington Avenue | Felice R. Yudkin, Esq. |
| New York, New York 10022 | Court Plaza North, 25 Main Street |
| Telephone: (212) 446-4800 | Hackensack, New Jersey 07601 |
| Facsimile: (212) 446-4900 | Telephone: (201) 489-3000 |
| jsussberg@kirkland.com | msirota@coleschotz.com |
| | wusatine@coleschotz.com |
| Chad J. Husnick, P.C. (admitted *pro hac vice*) | fyudkin@coleschotz.com |
| 333 West Wolf Point Plaza | |
| Chicago, Illinois 60654 | *Co-Counsel to the Debtors and* |
| Telephone: (312) 862-2000 | *Debtors in Possession* |
| Facsimile: (312) 862-2200 | |
| chusnick@kirkland.com | |

*Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREISMATIC BRANDS, LLC, *et al.*, | Case No. 24-10561 (VFP) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON MAY 30, 2024 AT 10:00 A.M. (ET)**

To:   All Parties Receiving Electronic Notification of Filing
       via the Court's CM/ECF System

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

**PLEASE TAKE NOTICE** that the matters listed below are currently scheduled to be heard on **May 30, 2024, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Judge Vincent F. Papalia.

**PLEASE TAKE FURTHER NOTICE** that this hearing will be held remotely. Parties intending to appear virtually may participate via Parties intending to appear virtually may participate via Zoom using the information on **Schedule 1**, annexed hereto.

## MATTERS GOING FORWARD

1. Confirmation Hearing Regarding Second Amended Joint Plan of Reorganization of Careismatic Brands, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Further Technical Modifications)

    Related Documents:

    A. Plan Supplement for the Second Amended Joint Plan of Reorganization of Careismatic Brands, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Technical Modifications) [Docket No. 698];

    B. Second Amended Joint Plan of Reorganization of Careismatic Brands, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Further Technical Modifications) [Docket No. 744] (the "Plan")

    C. Declaration of Kent Percy in Support of Confirmation of the Second Amended Joint Plan of Reorganization of Careismatic Brands, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Further Technical Modifications) [Docket No. 752];

    D. Declaration of Josh Abramson in Support of Confirmation of the Second Amended Joint Plan of Reorganization of Careismatic Brands, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Further Technical Modifications) [Docket No. 753];

    E. Declaration of Roger Meltzer in Support of Confirmation of the Second Amended Joint Plan of Reorganization of Careismatic Brands, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Further Technical Modifications) [Docket No. 754];

    F. Declaration of Harvey Tepner in Support of Confirmation of the Second Amended Joint Plan of Reorganization of Careismatic Brands, LLC and its

Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Further Technical Modifications) [Docket No. 755];

G. Declaration of John Burlacu with Respect to the Solicitation and Tabulation of Votes on the Second Amended Joint Plan of Reorganization of Careismatic Brands, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Further Technical Modifications) [Docket No. 756];

H. Debtors' Memorandum of Law in Support of the Debtors' Second Amended Joint Plan of Reorganization of Careismatic Brands, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Further Technical Modifications) [Docket No. 757];

I. Notice of Filing of Findings of Fact, Conclusions of Law, and Order Confirming the Second Amended Joint Plan of Reorganization of Careismatic Brands, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Further Technical Modifications) [Docket No. 758] (the "Proposed Confirmation Order");

Responses:

A. Reservation of Rights of Michelman & Robinson LLP to the Debtors' Second Amended Joint Plan of Reorganization [Docket No. 701];

B. United States Trustee's Objection to Confirmation of the Second Amended Joint Plan of Reorganization of Careismatic Brands, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 728];

C. Limited Objection of Michael Singer to the Second Amended Joint Plan of Reorganization of Careismatic Brands, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 730];

D. Robert Pierpoint's Limited Objection and Joinder to the Limited Objection of Michael Singer to the Second Amended Joint Plan of Reorganization of Careismatic Brands, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 736];

E. Response of the Official Committee of Unsecured Creditors to the United States Trustee's Objection to the Second Amended Joint Plan of Reorganization of Careismatic Brands, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 749];

F. First Lien Ad Hoc Group's Statement in Support of Confirmation of the Debtors' Second Amended Joint Plan of Reorganization (Further Technical Modifications) [Docket No. 761];

G. Statement of the Official Committee of Unsecured Creditors in Support of the Debtors' Second Amended Joint Plan of Reorganization of Careismatic Brands, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 763]

**Status:** This matter is going forward with permission of the Court.

## MATTERS NOT GOING FORWARD

1. Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Standing and Authorizing the Prosecution of Certain Challenge Claims on Behalf of the Bankruptcy Estates [Docket No. 530];

   Related Documents:

   A. Adjournment Request [Docket No. 593]

   Responses:

   A. Debtors' Objection to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Standing and Authorizing the Prosecution of Certain Challenge Claims on Behalf of the Bankruptcy Estates [Docket No. 576];

   B. Declaration of Kent Percy, Chief Restructuring Officer of Careismatic Brands, LLC, in Support of Debtors' Objection to Motion of the Official Committee of Unsecured Creditors for Entry of an Order Granting Standing and Authorizing the Prosecution of Certain Challenge Claims on Behalf of the Bankruptcy Estates [Docket No. 577];

   C. Ad Hoc Group's Objection to the Committee's Standing Motion [Docket No. 578];

   D. Declaration of Robert K. Malone in Support of Ad Hoc Group's Objection to the Committee's Standing Motion [Docket No. 579]

   E. Cross-Holder Creditors' Joinder in Ad Hoc Group's Objection to the Committee's Standing Motion [Docket No. 580]

   **Status:** This matter will be withdrawn with prejudice upon the effective date of the Plan, in accordance with the Proposed Confirmation Order.

4

Dated: May 29, 2024

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
            wusatine@coleschotz.com
            fyudkin@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    jsussberg@kirkland.com

-and-

Chad J. Husnick, P.C. (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    chusnick@kirkland.com


*Co-Counsel for Debtors and*
*Debtors in Possession*

## **Schedule 1**

Topic: Careismatic Confirmation Hearing (24-10561-VFP)
When: May 30, 2024 10:00 AM Eastern Time (US and Canada)

Please click the link below to join the webinar:
https://njb-uscourts.zoomgov.com/j/1613375860?pwd=YmNRMGp4MHhFNTdoRFQvNFZLNUxhdz09

Meeting ID:  161 337 5860
Passcode:  891130

Or One tap mobile:
   +16692545252,,1613375860# US (San Jose)
   +16468287666,,1613375860# US (New York)

Dial by your location:
   +1 669 254 5252 US (San Jose)
   +1 646 828 7666 US (New York)
   +1 646 964 1167 US (US Spanish Line)
   +1 669 216 1590 US (San Jose)
   +1 415 449 4000 US (US Spanish Line)
   +1 551 285 1373 US (New Jersey)

Webinar ID: 161 337 5860
   Find your local number:  https://njb-uscourts.zoomgov.com/u/abguVfPop

Join by H.323
   161.199.138.10 (US West)
   161.199.136.10 (US East)

   Meeting ID:  161 337 5860
   Passcode:  891130