**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>CAREISMATIC BRANDS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-10561 (VFP)<br><br>(Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss:
COUNTY OF NEW YORK )

I, Roderick Wong, declare:

1. I am over the age of 18 years and not a party to these chapter 11 cases.

2. I am employed by Donlin, Recano & Company, Inc., ("DRC"), 48 Wall Street, New York, NY 10005.

3. On the 25th day of March 2024, DRC, at my direction and under my supervision, caused the *Notice of Filing Liquidation Analysis and Financial Projections as Exhibits to the Disclosure Statement* (Docket No. 474), to be served via electronic mail upon the parties as set forth on Exhibit 1; and via U.S. First Class Mail upon the parties as set forth on Exhibit 2, attached hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 5th day of December 2025, New York, New York.

Roderick Wong

Sworn before me this
5th day of December 2025

Notary Public

SUNG JAE KIM
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KI6211176
Qualified in Queens County
My Commission Expires: September 14, 2029

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.donlinrecano.com/careismatic. The location of Debtor Careismatic Brands, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is: 1119 Colorado Avenue, Santa Monica, California 90401.

# EXHIBIT 1

**Careismatic Brands, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**



000026P001-1552S-046
ALASKA ATTORNEY GENERAL
TREG R TAYLOR
1031 W 4TH AVE
STE 200
ANCHORAGE AK 99501-1994
ATTORNEY.GENERAL@ALASKA.GOV

000027P001-1552S-046
ARIZONA ATTORNEY GENERAL
KRIS MAYES
1275 WEST WASHINGTON ST
PHOENIX AZ 85007
AGINFO@AZAG.GOV

000028P001-1552S-046
ARKANSAS ATTORNEY GENERAL
TIM GRIFFIN
323 CTR ST
STE 200
LITTLE ROCK AR 72201-2610
OAG@ARKANSASAG.GOV

000108P001-1552S-046
BALL UP LLC
HUESTON HENNIGAN LLP
ROBERT KLIEGER
523 WEST 6TH ST STE 400
LOS ANGELES CA 90014
RKLIEGER@HUESTON.COM

000107P003-1552S-046
BARCO UNIFORMS INC.
ATTN: JANE FOWLER
350 WEST ROSECRANS AVE
GARDENA CA 90248
JANE.FOWLER@BARCOUNIFORMS.COM

000126P001-1552S-046
BUCHALTER, A PROFESSIONAL CORPORATION
SHAWN M CHRISTIANSON,ESQ
425 MARKET ST.,STE 2900
SAN FRANCISCO CA 94105-3493
SCHRISTIANSON@BUCHALTER.COM

000030P001-1552S-046
COLORADO ATTORNEY GENERAL
PHIL WEISER
RALPH L CARR COLORADO JUDICIAL CTR
1300 BROADWAY 10TH FL
DENVER CO 80203
CORA.REQUEST@COAG.GOV

000085P001-1552S-046
COMTRADING APPAREL DMCC
MISS THAO LE
JUMEIRAH LAKES TOWERS UNIT 302-08
JUMEIRAH BAY 2 PLOT JLT-PH2-X2A
DUBAI
UNITED ARAB EMIRATES
THAO.LE@COMTEXTILE.COM.VN

000031P001-1552S-046
CONNECTICUT ATTORNEY GENERAL
WILLIAM TONG
55 ELM ST
HARTFORD CT 06141-0120
ATTORNEY.GENERAL@CT.GOV

000089P001-1552S-046
CORDIAL EXPERIENCE INC
402 W BROADWAY
STE 700
SAN DIEGO CA 92101
BILLING@CORDIAL.COM

011285P001-1552A-046
CORPORATION SVC CO AS REPRESENTATIVE
PO BOX 2576
SPRINGFIELD IL 62708
UCCSPREP@CSCINFO.COM

000076P003-1552S-046
DAVIS POLK & WARDWELL
BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN
450 LEXINGTON AVENUE
NEW YORK NY 10017
BRIAN.RESNICK@DAVISPOLK.COM

000076P003-1552S-046
DAVIS POLK & WARDWELL
BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN
450 LEXINGTON AVENUE
NEW YORK NY 10017
MICHAEL.PERA@DAVISPOLK.COM

000076P003-1552S-046
DAVIS POLK & WARDWELL
BRIAN M RESNICK; MICHAEL PERA;AUDREY YOUN
450 LEXINGTON AVENUE
NEW YORK NY 10017
AUDREY.YOUN@DAVISPOLK.COM

000032P001-1552S-046
DELAWARE ATTORNEY GENERAL
KATHY JENNINGS
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON DE 19801
ATTORNEY.GENERAL@STATE.DE.US

000143P001-1552S-046
DENTONS US LLP
LAUREN MACKSOUD, ESQ
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020
LAUREN.MACKSOUD@DENTONS.COM

000033P001-1552S-046
DISTRICT OF COLUMBIA ATTORNEY GENERAL
BRIAN SCHWALB
400 6TH ST NW
WASHINGTON DC 20001
OAG@DC.GOV

000082P001-1552S-046
DUCTHANH GARMENT IMPORT EXPORT CO LTD
TI - DUCTHANH IMPORT EXPORT CO LTD
MONGHANH
18 TRAN HUNG DAO
MY THOI WARD
LONG XUYEN CITY AG
VIETNAM
KETOANDUCTHANHAG@HCM.VNN.VN

003202P001-1552A-046
EAST WEST BANK
CINDY SZETO AVP ACCOUNT
SVC MANAGER CAPITAL MARKETS
135 N LOS ROBLES AVE 7TH FL
PASADENA CA 91101
CINDY.SZETO@EASTWESTBANK.COM

000133P001-1552S-046
FOX ROTHSCHILD LLP
MARK E HALL.ESQ
49 MARKET ST
MORRISTOWN NJ 07960
MHALL@FOXROTHSCHILD.COM

000118P001-1552S-046
GIBBONS P.C.
ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY
ONE GATEWAY CENTER
NEWARK NJ 07102-5310
RMALONE@GIBBONSLAW.COM

000118P001-1552S-046
GIBBONS P.C.
ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY
ONE GATEWAY CENTER
NEWARK NJ 07102-5310
BTHEISEN@GIBBONSLAW.COM

000118P001-1552S-046
GIBBONS P.C.
ROBERT K MALONE;BRETT S THEISEN;KYLE P MCEVILLY
ONE GATEWAY CENTER
NEWARK NJ 07102-5310
KMCEVILLY@GIBBONSLAW.COM

000095P001-1552S-046
GLORIA APPAREL INC
SOWON YOON
500 7TH AVE 8TH FL STE 124
NEW YORK NY 10018
SOWON@GLORIAAPPAREL.COM

**Careismatic Brands, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**



000116P002-1552S-046
GREENBERG TRAURIG LLP
ALAN J BRODY.ESQ
500 CAMPUS DRIVE STE 400
FLORHAM PARK NJ 07932
BRODYA@GTLAW.COM

000088P002-1552S-046
HAITI PREMIER APPAREL S.A.
MARIE FLORENCE BAKER
NO 18 RUE JEAN GILLES
ROUTE DE L'AEROPORT
PORT-AU-PRINCE
HAITI
MFBAKER@PBAPPAREL.COM

000102P001-1552S-046
HERBERT MINES ASSOCIATES INC
DANIEL HERSZAFT
600 LEXINGTON AVE
14TH FLOOR
NEW YORK NY 10022
DANIEL@HERBERTMINES.COM

000090P001-1552S-046
HUAFANG COMPANY LTD
HUAFANG CO LIMITED BY SHARES
WANG CHAO
NO 819 HUANGHE 2 RD
BINZHOU SHANDONG
CHINA
WCHAO2128@163.COM

000103P001-1552S-046
HYOSUNG TNC CORP
YF HYOSUNG TNC CORP
CHRIS
119 MAPODAERO
MAPO-GU
SEOUL 4144
KOREA
CHRIS@HYOSUNG.COM

000098P001-1552S-046
INSIGHT DIRECT USA INC
TIM KILIAN
2701 E INSIGHT WAY
CHANDLER AZ 85286
TIM.KILIAN@INSIGHT.COM

000040P001-1552S-046
IOWA ATTORNEY GENERAL
BRENNA BIRD
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319
WEBTEAM@AG.IOWA.GOV

000040P001-1552S-046
IOWA ATTORNEY GENERAL
BRENNA BIRD
HOOVER STATE OFFICER BLDG
1305 E WALNUT 2ND FL
DES MOINES IA 50319
CONSUMER@AG.IOWA.GOV

000105P001-1552S-046
JEFFTEX MFG CO LTD
QU KWON
RM # 503 SAMHWA B/D
999-2 DAECHI-DONG
KANGNAM-GU SEOUL 135502
KOREA
JEFFKWON@JEFFTEX.COM

003205P001-1552A-046
JPMORGAN CHASE BANK, NA
ANI GAZARYAN MATTHEW SWEETMAN JASON HORSTMAN
21600 OXNARD ST STE 370
WOODLAND HILLS CA 91367
ANI.GAZARYAN@CHASE.COM

003205P001-1552A-046
JPMORGAN CHASE BANK, NA
ANI GAZARYAN MATTHEW SWEETMAN JASON HORSTMAN
21600 OXNARD ST STE 370
WOODLAND HILLS CA 91367
MATTHEW.J.SWEETMAN@CHASE.COM

003205P001-1552A-046
JPMORGAN CHASE BANK, NA
ANI GAZARYAN MATTHEW SWEETMAN JASON HORSTMAN
21600 OXNARD ST STE 370
WOODLAND HILLS CA 91367
JASON.J.HORSTMAN@CHASE.COM

000110P005-1552S-046
KING & SPALDING LLP
PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA;
1185 6TH AVENUE
34TH FLOOR
NEW YORK NY 10036
PMONTONI@KSLAW.COM

000110P005-1552S-046
KING & SPALDING LLP
PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA;
1185 6TH AVENUE
34TH FLOOR
NEW YORK NY 10036
TSCRIVO@KSLAW.COM

000110P005-1552S-046
KING & SPALDING LLP
PETER MONTONI;THOMAS J SCRIVO;MICHELLE MUSCARA;
1185 6TH AVENUE
34TH FLOOR
NEW YORK NY 10036
MMUSCARA@KSLAW.COM

000119P001-1552S-046
KING & SPALDING LLP
MATTHEW L WARREN
110 N WACKER DRIVE STE 3800
CHICAGO IL 60606
MWARREN@KSLAW.COM

000139P001-1552S-046
LAW OFFICE OF JAE YOUNG OH
JAE YOUNG OH
3712 PRINCE ST.,STE 10B
FLUSHING NY 11354
JAEOH70@HOTMAIL.COM

000081P001-1552S-046
LEOPARD TEXTILES HOLDING LTD
LEOPARD TEXTILES
ZHENJIANG STEVEN WU
ROOM A 19F
KIM CHUNG COMMERCIAL BUILDING
HONG KONG
CHINA
STEVEN@LEOPARDTEX.COM

000120P001-1552S-046
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
JOHN KENDRICK TURNER
2777 N STEMMONS FREEWAY STE 1000
DALLAS TX 75207
DALLAS.BANKRUPTCY@LGBS.COM

000141P001-1552S-046
LOCKE LORD LLP
CHELSEY ROSENBLOOM LIST
BROOKFIELD PLACE
200 VESEY ST
NEW YORK NY 10281-2101
CHELSEY.LIST@LOCKELORD.COM

000142P001-1552S-046
LOCKE LORD LLP
JONATHAN W YOUNG;HANNA J REDD
111 HUNTINGTON AVE.,9TH FLOOR
BOSTON MA 02199
JONATHAN.YOUNG@LOCKELORD.COM

000142P001-1552S-046
LOCKE LORD LLP
JONATHAN W YOUNG;HANNA J REDD
111 HUNTINGTON AVE.,9TH FLOOR
BOSTON MA 02199
HANNA.REDD@LOCKELORD.COM

000100P001-1552S-046
LOGILITY INC
BILL WHALEN
470 E PACES FERRY RD
ATLANTA GA 30305
BWHALEN@LOGILITY.COM

000043P001-1552S-046
LOUISIANA ATTORNEY GENERAL
JEFF LANDRY
PO BOX 94095
BATON ROUGE LA 70804-4095
CONSTITUENTSERVICES@AG.LOUISIANA.GOV

**Careismatic Brands, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**



000045P001-1552S-046
MARYLAND ATTORNEY GENERAL
ANTHONY G BROWN
200 ST PAUL PL
BALTIMORE MD 21202-2022
OAG@OAG.STATE.MD.US

000046P001-1552S-046
MASSACHUSETTS ATTORNEY GENERAL
ANDREA JOY CAMPBELL
ONE ASHBURTON PL
BOSTON MA 02108-1698
AGO@STATE.MA.US

000114P001-1552S-046
MCMANIMON SCOTLAND & BAUMANN LLC
ANTHONY SODONO III,ESQ
75 LIVINGSTON AVE.,STE 201
ROSELAND NJ 07068
ASODONO@MSBNJ.COM

000115P001-1552S-046
MCMANIMON SCOTLAND & BAUMANN LLC
SARI B PLACONA,ESQ
75 LIVINGSTON AVE.,STE 201
ROSELAND NJ 07068
SPLACONA@MSBNJ.COM

011279P002-1552A-046
ANGELA MENDOZA
JAY S ROTHMAN & ASSOCIATES
MARY JEAN SUMELL
ADDRESS AND EMAIL INTENTIONALLY OMITTED

011279S001-1552A-046
ANGELA MENDOZA
DUNDON ADVISERS LLC
APRIL KIMM
ADDRESS AND EMAIL INTENTIONALLY OMITTED

000087P001-1552S-046
MES UK LIMITED
KR MES UK LIMITED
AYDIN OZGUVEN
HALLSWELLE HOUSE
1 HALLSWELLE RD
LONDON NW11 0DH
UNITED KINGDOM
AYDINO@SESBY.COM

011281P002-1552A-046
MICHELMAN AND ROBINSON
KIM RILEY LAW
ANDREW F. KIM
9018 BALBOA BOULEVARD SUITE 552
NORTHRIDGE CA 91325
AKIM@KIMRILEYLAW.COM

011281P001-1552A-046
MICHELMAN AND ROBINSON
KIM RILEY LAW
ANDREW F. KIM
9018 BALBOA BOULEVARD SUITE 552
NORTHRIDGE CA 91325
RRILEY@KIMRILEYLAW.COM

000079P001-1552S-046
MICHELMAN and ROBINSON LLP
ACCOUNTS RECEIVABLE ERI BURNS
10880 WILSHIRE BLVD 19TH FL
LOS ANGELES CA 90024-4101
EBURNS@MRLLP.COM

000047P001-1552S-046
MICHIGAN ATTORNEY GENERAL
DANA NESSEL
PO BOX 30212
525 W OTTAWA ST
LANSING MI 48909-0212
MIAG@MI.GOV

000023P001-1552S-046
MILBANK LLP
EVAN R FLECK
55 HUDSON YARDS
NEW YORK NY 10001
EFLECK@MILBANK.COM

000024P001-1552S-046
MILBANK LLP
NELLY ALMEIDA
55 HUDSON YARDS
NEW YORK NY 10001
NALMEIDA@MILBANK.COM

000117P001-1552S-046
MILBANK LLP
ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH
55 HUDSON YARDS
NEW YORK NY 10001-2163
ALEES@MILBANK.COM

000117P001-1552S-046
MILBANK LLP
ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH
55 HUDSON YARDS
NEW YORK NY 10001-2163
RRUBIN@MILBANK.COM

000117P001-1552S-046
MILBANK LLP
ALEXANDER B LEES;RACHELLE RUBIN;CHARLES FENDRYCH
55 HUDSON YARDS
NEW YORK NY 10001-2163
CFENDRYCH@MILBANK.COM

000051P001-1552S-046
MONTANA ATTORNEY GENERAL
AUSTIN KNUDSEN
215 N SANDERS THIRD FL
JUSTICE BLDG
HELENA MT 59620-1401
CONTACTDOJ@MT.GOV

000052P001-1552S-046
NEBRASKA ATTORNEY GENERAL
MIKE HILGERS
2115 STATE CAPITOL
LINCOLN NE 68509-8920
AGO.INFO.HELP@NEBRASKA.GOV

000083P001-1552S-046
NEELKAMAL TRADERS FZCO
VITTAL RADHAKRISHNAN
S-60604 JEBEL ALI FREEZONE
PO BOX 262890
DUBAI
UNITED ARAB EMIRATES
VITTAL.RADHAKRISHNAN@NEELKAMAL.COM

000053P001-1552S-046
NEVADA ATTORNEY GENERAL
AARON FORD
OLD SUPREME CT BLDG
100 N CARSON ST
CARSON CITY NV 89701
AGINFO@AG.NV.GOV

000054P001-1552S-046
NEW HAMPSHIRE ATTORNEY GENERAL
JOHN FORMELLA
NH DEPARTMENT OF JUSTICE
33 CAPITOL ST
CONCORD NH 03301-6397
ATTORNEYGENERAL@DOJ.NH.GOV

000059P001-1552S-046
NORTH DAKOTA ATTORNEY GENERAL
DREW WRIGLEY
600 E BLVD AVE
DEPT 125
BISMARCK ND 58505-0040
NDAG@ND.GOV

000077P001-1552S-046
OFFICE OF THE US TRUSTEE
PETER D'AURIA
ONE NEWARK CENTER
1085 RAYMOND BLVD, STE 2100
NEWARK NJ 07102
PETER.J.D'AURIA@USDOJ.GOV

000062P001-1552S-046
OREGON ATTORNEY GENERAL
ELLEN F ROSENBLUM
OREGON DEPARTMENT OF JUSTICE
1162 CT ST NE
SALEM OR 97301-4096
FRED.BOSS@DOJ.STATE.OR.US

**Careismatic Brands, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**



000127P002-1552S-046
PACHULSKI STANG ZIEHL & JONES LLP
BRADFORD J SANDLER; ROBERT J FEINSTEIN
780 THRID AVE.,34TH FLOOR
NEW YORK NY 10017
BSANDLER@PSZJLAW.COM

000127P002-1552S-046
PACHULSKI STANG ZIEHL & JONES LLP
BRADFORD J SANDLER; ROBERT J FEINSTEIN
780 THRID AVE.,34TH FLOOR
NEW YORK NY 10017
RFEINSTEIN@PSZJLAW.COM

000128P001-1552S-046
PACHULSKI STANG ZIEHL & JONES LLP
TEDDY M KAPUR;CIA H MACKLE
780 THIRD AVE.,34TH FLOOR
NEW YORK NY 10017
TKAPUR@PSZJLAW.COM

000128P001-1552S-046
PACHULSKI STANG ZIEHL & JONES LLP
TEDDY M KAPUR;CIA H MACKLE
780 THIRD AVE.,34TH FLOOR
NEW YORK NY 10017
CMACKLE@PSZJLAW.COM

000112P002-1552S-046
PAUL HASTINGS LLP
JAYME GOLDSTEIN,ESQ
200 PARK AVENUE
NEW YORK NY 10166
JAYMEGOLDSTEIN@PAULHASTINGS.COM

000113P002-1552S-046
PAUL HASTINGS LLP
ALEX COTA;SAM LAWAND
200 PARK AVENUE
NEW YORK NY 10166
ALEXCOTA@PAULHASTINGS.COM

000113P002-1552S-046
PAUL HASTINGS LLP
ALEX COTA;SAM LAWAND
200 PARK AVENUE
NEW YORK NY 10166
SAMLAWAND@PAULHASTINGS.COM

000063P001-1552S-046
PENNSYLVANIA ATTORNEY GENERAL
MICHELLE HENRY
1600 STRAWBERRY SQUARE
16TH FL
HARRISBURG PA 17120
PRESS@ATTORNEYGENERAL.GOV

000129P001-1552S-046
PORZIO BROMBERG & NEWMAN PC
WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M
100 SOUTHGATE PARKWAY
P O BOX 1997
MORRISTOWN NJ 07962
WJMARTIN@PBNLAW.COM

000129P001-1552S-046
PORZIO BROMBERG & NEWMAN PC
WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M
100 SOUTHGATE PARKWAY
P O BOX 1997
MORRISTOWN NJ 07962
RAPARISI@PBNLAW.COM

000129P001-1552S-046
PORZIO BROMBERG & NEWMAN PC
WARREN J MARTIN,JR;RACHEL A PARISI;CHRISTOPHER P M
100 SOUTHGATE PARKWAY
P O BOX 1997
MORRISTOWN NJ 07962
CPMAZZA@PBNLAW.COM

000094P001-1552S-046
RED BANKS CONSULTING INC
CASEY CARR
1079 CRAGMONT AVE
BERKELEY CA 94708
CCARR@REDBANKSCONSULTING.COM

000121P002-1552S-046
REED SMITH LLP
JASON D ANGELO
506 CARNEGIE CENTER STE 300
PRINCETON NJ 08540
JANGELO@REEDSMITH.COM

000131P001-1552S-046
RIKER DANZIG LLP
JOSEPH L SCHWARTZ;BRIAN M LAINE
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN NJ 07962-1981
JSCHWARTZ@RIKER.COM

000131P001-1552S-046
RIKER DANZIG LLP
JOSEPH L SCHWARTZ;BRIAN M LAINE
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN NJ 07962-1981
BLAINE@RIKER.COM

000109P001-1552S-046
ROPES & GRAY LLP
GREGG M. GALARDI
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704
GREGG.GALARDI@ROPESGRAY.COM

000109P001-1552S-046
ROPES & GRAY LLP
GREGG M. GALARDI
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704
Randall.Bodner@ropesgray.com

000109P001-1552S-046
ROPES & GRAY LLP
GREGG M. GALARDI
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704
Anne.JohnsonPalmer@ropesgray.com

000084P001-1552S-046
ROYAL APPAREL EPZ LIMITED
SUNIL BOJAN
UNIT 1 @ CAPITAL INDUSTRIAL PARK
ATHI RIVER TOWN
NAIROBI CENTRAL 00606
KENYA
SUNILBOJAN@ROYALAPPARELEPZ.COM

000106P003-1552S-046
SADDLE CREEK CORPORATION
JULIE FREEZE
PO BOX 530614
ATLANTA GA 30353-0614
AR@SCLOGISTICS.COM

003210P001-1552A-046
SCOTIA BANK
EMMAD AHMAD
750 - 650 WEST GEORGIA ST
VANCOUVER BC V6B 4N8
CANADA
EMMAD.AHMAD@SCOTIABANK.COM

000136P001-1552S-046
SILLS CUMMIS & GROSS P.C.
S JASON TEELE,ESQ
ONE RIVERFRONT PLAZA
NEWARK NJ 07102
STEELE@SILLSCUMMIS.COM

000137P001-1552S-046
SILLS CUMMIS & GROSS P.C.
ANDREW H SHERMAN,ESQ
ONE RIVERFRONT PLAZA
NEWARK NJ 07102
ASHERMAN@SILLSCUMMIS.COM

000138P001-1552S-046
SILLS CUMMIS & GROSS P.C.
BORIS MANKOVETSKIY,ESQ
ONE RIVERFRONT PLAZA
NEWARK NJ 07102
BMANKOVETSKIY@SILLSCUMMIS.COM

**Careismatic Brands, LLC, et al.**
**Electronic Mail**
**Exhibit Pages**



000080P002-1552S-046
SKADDEN ARPS SLATE MEAGHER and FLOM LLP
CHRISTOPHER M. HEANEY
ONE RODNEY SQUARE
PO BOX 1764
WHITE PLAINS NY 19899-0636
CHRISTOPHER.HEANEY@SKADDEN.COM

000066P001-1552S-046
SOUTH DAKOTA ATTORNEY GENERAL
MARTY JACKLEY
1302 EAST HIGHWAY 14
STE 1
PIERRE SD 57501-8501
INFO@MARTYJACKLEY.COM

005571P001-1552A-046
SUMMIT FUNDING GROUP INC
TIM BATEMAN
DBA LEASE ADMINISTRATION CENTER
4680 PKWY DR STE 300
MASON OH 45040
CUSTOMERSERVICE@4LEASEADMIN.COM

000086P001-1552S-046
TAY SON GARMENT JOINT STOCK CO
MISS THAO LE
PHU XUAN WARD
PHU PHONG TOWN TAY SON DISTRICT
BINH DIHN
VIETNAM
THAO.LE@COMTEXTILE.COM.VN

000096P001-1552S-046
THANH TRUC GARMENT IMP EXP CO LTD
DT THANH TRUC GARMENT IMP/EXP CO LTD
TOM NGUYEN
NO 61 A NGUYEN THI BAY ST
WARD 6
TAN AN LONG AN
VIETNAM
TOMTT@HCM.VNN.VN

000097P001-1552S-046
THE SOURCING PLACE LTD
GEORGE ZHANG
UNIT D-E 31ST FLOOR FORD GLORY PLAZA
37-39 WING HONG ST KOWLONG
HONG KONG
HONG KONG
GEORGE@SUNTEXIND.COM

000134P001-1552S-046
TN DEPT OF REVENUE
GINA BAKER HANTEL,SEN ASSISTANT ATTORNEY GEN
TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION
P O BOX 20207
NASHVILLE TN 37202-0207
GINA.HANTEL@AG.TN.GOV

000008P002-1552S-046
UNITED STATES TRUSTEE
FRAN STEELE
ONE NEWARK CENTER
1085 RAYMOND BLVD, STE 2100
NEWARK NJ 07102
FRAN.B.STEELE@USDOJ.GOV

003206P001-1552A-046
US BANK
ANI JINIAN
21700 OXNARD ST STE 120
WOODLAND HILLS CA 91367
ANI.JINIAN@USBANK.COM

000069P001-1552S-046
UTAH ATTORNEY GENERAL
SEAN D REYES
UTAH STATE CAPITOL COMPLEX
350 NORTH STATE ST STE 230
SALT LAKE CITY UT 84114-2320
UAG@AGUTAH.GOV

011278P001-1552A-046
VESTAGEN PROTECTIVE TECHNOLOGIES INC
OLGLETREE DEAKINS NASH SMOAK AND STEWART PC
JACK S SHOLKOFF
400 SOUTH HOPE ST
STE 1200
LOS ANGELES CA 90071
JACK.SHOLKOFF@OGLETREEDEAKINS.COM

011278S002-1552A-046
VESTAGEN PROTECTIVE TECHNOLOGIES INC
Goldberg Segalla LLP
Aubree Hudson Mackey
777 South Figueroa Street Suite 1900
LOS ANGELES CA 90017
aubreemackeyesq@gmail.com

011278S003-1552A-046
VESTAGEN PROTECTIVE TECHNOLOGIES INC
Ogletree Deakins Nash Smoak and Stewart PC
Jasmine E Simmons
400 South Hope Street Suite 1200
LOS ANGELES CA 90071
jasmine.simmons@ogletreedeakins.com

011278S004-1552A-046
VESTAGEN PROTECTIVE TECHNOLOGIES INC
Goldberg Segalla LLP
Lisa P. Gruen
777 S. Figueroa Street
SUITE 1900
LOS ANGELES CA 90017
lgruen@goldbergsegalla.com

011278S006-1552A-046
VESTAGEN PROTECTIVE TECHNOLOGIES INC
Ogletree Deakins Nash Smoak and Stewart PC
Sean Paisan
695 Town Center Drive 15th Floor
COSTA MESA CA 92626
sean.paisan@ogletree.com

011278S005-1552A-046
VESTAGEN PROTECTIVE TECHNOLOGIES INC
Foran Glennon
Sharon Lynn Hightower
1741 Technology Drive Suite 250
SAN JOSE CA 95110
shightower@fgppr.com

011278S001-1552A-046
VESTAGEN PROTECTIVE TECHNOLOGIES INC
Ogletree Deakins Nash Smoak and Stewart PC
Vince Mojica Verde
Park Tower
695 Town Center Drive Suite 1500
COSTA MESA CA 92626
vince.verde@ogletreedeakins.com

000099P001-1552S-046
VITALITY STAFFING SOLUTIONS LLC
MELISSA BAEZ
PO BOX 823461
PHILADEPHIA PA 19182
MBAEZ@VITALITYSTAFFING.COM

003203P001-1552A-046
WELLS FARGO
JENNIFER CLOSS
190 RIVER RD 1ST FL
SUMMIT NJ 07901
JENNIFER.CLOSS@WELLSFARGO.COM

000074P002-1552S-046
WISCONSIN ATTORNEY GENERAL
WISCONSIN DEPT. OF JUSTICE
ATTN: BANKRUPTCY DEPARTMENT
17 WEST MAIN STREET
P.O. BOX 7857
MADISON WI 53707
DOJBANKRUPTCYNOTICEGROUP@DOJ.STATE.WI.US

000122P001-1552S-046
WOMBLE BOND DICKINSON (US) LLP
KEVIN J MANGAN
1313 NORTH MARKET ST.,STE 1200
WILMINGTON DE 19801
KEVIN.MANGAN@WBD-US.COM

000130P001-1552S-046
WOMBLE BOND DICKINSON (US) LLP
WOJCIECH F JUNG
950 THIRD AVE.,STE 2400
NEW YORK NY 10022
WOJCIECH.JUNG@WBD-US.COM

Records Printed : **118**

# EXHIBIT 2

**Careismatic Brands, LLC, et al.**
**Exhibit Pages**



000025P001-1552S-046
ALABAMA ATTORNEY GENERAL
STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY AL 36130

000093P001-1552S-046
AMERICAN EXPRESS
TRAVEL RELATED SERVICES CO INC
SHAD ALDRICH
PO BOX 360001
FORT LAUDERDALE FL 33336-0001

000132P001-1552S-046
ANGELA MENDOZA
14906 HUBBARD STREET
SYLMAR CA 91342

000010P001-1552S-046
ATTORNEY GENERAL
UNITED STATES DEPT OF JUSTICE
BEN FRANKLIN STATION
PO BOX 683
WASHINGTON DC 20044

000123P001-1552S-046
BALL UP LLC
ROBERT KEETCH
P O BOX 100748
FORT WORTH TX 76185

003211P001-1552A-046
BANK OF AMERICA
BANKRUPTCY DEPT
BANK OF AMERICA CORPORATE CTR
100 NORTH TRYON ST
CHARLOTTE NC 28255

003204P001-1552A-046
BARCLAYS BANK PLC
BANKRUPTCY DEPT
200 PK AVE W FL 3
NEW YORK NY 10038

003204S001-1552A-046
BARCLAYS BANK PLC
BANKRUPTCY DEPT
1 CHURCHILL PL
LONDON E14 5HP
UNITED KINGDOM

003204S002-1552A-046
BARCLAYS BANK PLC
BANKRUPTCY DEPT
SOM 1 BUILDING, 2ND FL
GUSTAV-MAHLERLAAN 36
AMSTERDAM 1082 MC
THE NETHERLANDS

011283P001-1552A-046
BB&T COMMERCIAL EQUIPMENT CAPITAL CORP
2 COUNTRY VIEW RD
MALVERN PA 19355

003208P001-1552A-046
BMO HARRIS BANK
BANKRUPTCY DEPT
320 S CANAL ST
CHICAGO IL 60606

000029P001-1552S-046
CALIFORNIA ATTORNEY GENERAL
ROB BONTA
1300 I ST
STE 1740
SACRAMENTO CA 95814

011253P001-1552A-046
CALIFORNIA DEPT OF TAX AND FEE ADMIN
PO BOX 942879
SACRAMENTO CA 94279-0055

003209P001-1552A-046
CHINA CONSTRUCTION AMERICA
BANKRUPTCY DEPT
445 SOUTH ST
STE 310
MORRISTOWN NJ 07960

003209S001-1552A-046
CHINA CONSTRUCTION AMERICA
BANKRUPTCY DEPT
NO25 FINANCE ST
XICHENG DISTRICT
BEIJENG
CHINA

011284P001-1552A-046
CHTD CO
112 MILLTOWN BLVD ST
STEPHEN NB E3L 1G6
CANADA

000124P001-1552S-046
CORDIAL EXPERIENCE INC
KATIE CHANDLER
402 W BROADWAY STE 700
SAN DIEGO CA 92101

000021P001-1552S-046
DEPT OF HEALTH AND SENIOR SVC
OFFICE OF LEGAL AND REG COMPLIANCE
JOHN FITCH PLAZA
PO BOX 360
TRENTON NJ 08625-0360

011254P002-1552A-046
DIV OF EMPLOYER ACCOUNTS
NJDOL
PO BOX 910
TRENTON NJ '08625

003202S001-1552A-046
EAST WEST BANK
BANKRUPTCY DEPT
555 MONTGOMERY ST
10TH FL
SAN FRANCISCO CA 94111

000015P001-1552S-046
ENVIRONMENTAL PROTECTION AGENCY
REGION 2
290 BROADWAY
17TH FLOOR
NEW YORK NY 10007-1866

000034P001-1552S-046
FLORIDA ATTORNEY GENERAL
ASHLEY MOODY
THE CAPITOL
PL-01
TALLAHASSEE FL 32399-1050

000035P001-1552S-046
GEORGIA ATTORNEY GENERAL
CHRISTOPHER M CARR
40 CAPITAL SQUARE SW
ATLANTA GA 30334-1300

011286P001-1552A-046
GLAS AMERICA LLC AS COLLATERAL AGENT
3 SECOND ST STE 206
JERSEY CITY NJ 07311

000140P001-1552S-046
GRIFFITH & THORNBURGH LLP
FELICITA A TORRES
8 E FIGUEROA ST.,STE 300
SANTA BARBARA CA 93101

000036P001-1552S-046
HAWAII ATTORNEY GENERAL
ANNE E LOPEZ
425 QUEEN ST
HONOLULU HI 96813

003212P001-1552A-046
HDFC BANK
BANKRUPTCY DEPT
HDFC HOUSE H T PAREKH MARG 165166
BACKBAY RECLAMATION CHURCHGATE
MUMBAI 400 020
INDIA

003212S001-1552A-046
HDFC BANK
BANKRUPTCY DEPT
570 LEXINGTON AVE 44TH FL
NEW YORK NY 10022

000104P001-1552S-046
HIRSCH SOLUTIONS INC
CHERYL ROBBINS
490 WHEELER RD STE 285
HAUPPAUGE NY 11788

000037P001-1552S-046
IDAHO ATTORNEY GENERAL
RAUL R LABRADOR
700 W JEFFERSON ST
PO BOX 83720
BOISE ID 83720-1000

000038P001-1552S-046
ILLINOIS ATTORNEY GENERAL
KWAME RAOUL
JAMES R THOMPSON CTR
100 W RANDOLPH ST
CHICAGO IL 60601

000039P001-1552S-046
INDIANA ATTORNEY GENERAL
TODD ROKITA
INDIANA GOVERNMENT CTR SOUTH
302 WEST WASHINGTON ST 5TH FL
INDIANAPOLIS IN 46204-2770

000011P001-1552S-046
INTERNAL REVENUE SVC
PO BOX 7346
PHILADELPHIA PA 19101-7346

000012P001-1552S-046
INTERNAL REVENUE SVC
2970 MARKET ST
MAIL STOP 5-Q30133
PHILADELPHIA PA 19104-5016

011288P001-1552A-046
IPRO MEDIA INC ET AL
1577 S WACO ST
VAN ALSTYNE TX 75495-2638

000111P001-1552S-046
JEFFERIES FINANCE LLC
520 MADISON AVENUE
NEW YORK NY 10022

003205S001-1552A-046
JPMORGAN CHASE BANK, NA
DEMETRIUS ROBERTS
560 MISSION ST FL 4
SAN FRANCISCO CA 94105

003207P001-1552A-046
JPMORGAN CHASE BANK, NA
BANKRUPTCY DEPT
270 PK AVE
NEW YORK NY 10017

000041P001-1552S-046
KANSAS ATTORNEY GENERAL
KRIS W KOBACH
120 SW 10TH AVE
2ND FL
TOPEKA KS 66612-1597

000042P001-1552S-046
KENTUCKY ATTORNEY GENERAL
DANIEL CAMERON
700 CAPITOL AVE
CAPITAL BLDG STE 118
FRANKFORT KY 40601

000125P001-1552S-046
KOI DESIGN LLC
JEREMY HUSK
20600 GRAMERCY PL #101
TORRANCE CA 90501

000044P001-1552S-046
MAINE ATTORNEY GENERAL
AARON FREY
6 STATE HOUSE STATION
AUGUSTA ME 04333

011280P001-1552A-046
MICHAEL MALINARIC
MICHELMAN & ROBINSON LLP
HALL TIMOTHY ANDREW & MALINARIC MICHAEL
10880 WILSHIRE BOULEVARD 19TH FLOOR
LOS ANGELES CA 90024

000048P001-1552S-046
MINNESOTA ATTORNEY GENERAL
KEITH ELLISON
1400 BREMER TOWER
445 MINNESOTA ST
ST. PAUL MN 55101-2131

000049P001-1552S-046
MISSISSIPPI ATTORNEY GENERAL
LYNN FITCH
WALTER SILLERS BLDG
550 HIGH ST STE 1200
JACKSON MS 39201

000050P001-1552S-046
MISSOURI ATTORNEY GENERAL
ANDREW BAILEY
SUPREME CT BLDG
207 W HIGH ST
JEFFERSON CITY MO 65101

000092P001-1552S-046
MOODY'S INVESTORS SVC
DONNA HAMRAH
PO BOX 102597
ATLANTA GA 30368-0597

000055P001-1552S-046
NEW JERSEY ATTORNEY GENERAL
MATTHEW J PLATKIN
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST 8TH FL WEST WING
TRENTON NJ 08625

000017P001-1552S-046
NEW JERSEY ATTORNEY GENERAL OFFICE
DIVISION OF LAW
RICHARD J HUGHES JUSTICE COMPLEX
25 MARKET ST PO BOX 112
TRENTON NJ 08625-0112

000022P001-1552S-046
NEW JERSEY DEPT OF HUMAN SVC
OFFICE OF LEGAL AND REG AFFAIRS
222 SOUTH WARREN ST
PO BOX 700
TRENTON NJ 08625-0700

000018P001-1552S-046
NEW JERSEY DIVISION OF TAXATION
COMPLIANCE AND ENFORCEMENT
BANKRUPTCY UNIT
3 JOHN FITCH WAY 5TH FLOOR
PO BOX 245
TRENTON NJ 08695-0245

000019P001-1552S-046
NEW JERSEY MOTOR VEHICLE COMMISSION
ADMINISTRATIVE UNIT
225 EAST STATE ST
PO BOX 136
TRENTON NJ 08666

000056P001-1552S-046
NEW MEXICO ATTORNEY GENERAL
RAUL TORREZ
408 GLISTEO ST
VILLAGRA BLDG
SANTA FE NM 87501

000057P001-1552S-046
NEW YORK ATTORNEY GENERAL
LETITIA JAMES
DEPT OF LAW
THE CAPITOL 2ND FL
ALBANY NY 12224-0341

000020P001-1552S-046
NJ DEPT OF ENVIRONMENTAL PROTECTION
OFC OF RECORDS ACCESS
BANKR COORD
401 EAST STATE ST 6TH FLR. WEST
PO BOX 420 MAIL CODE 401-06Q
TRENTON NJ 08625-0420

011289P001-1552A-046
NOMURA CORPORATE FUNDING AMERICAS LLC
AS ADMINISTRATIVE AGENT
309 WEST 49TH ST
NEW YORK NY 10019

000058P001-1552S-046
NORTH CAROLINA ATTORNEY GENERAL
JOSH STEIN
DEPT OF JUSTICE
PO BOX 629
RALEIGH NC 27602-0629

000060P001-1552S-046
OHIO ATTORNEY GENERAL
DAVID ANTHONY YOST
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS OH 43431

000061P001-1552S-046
OKLAHOMA ATTORNEY GENERAL
GENTNER DRUMMOND
313 NE 21ST ST
OKLAHOMA CITY OK 73105

000101P001-1552S-046
ORACLE AMERICA INC NETSUITE
COLLECTIONS
2300 ORACLE WAY
AUSTIN TX 78741

000135P001-1552S-046
PASHMAN STEIN WALDER HAYDEN P.C.
JOHN W WEISS
101 CRAWFORDS CORNER RD STE 4202
HOLMDEL NJ 07733

000064P001-1552S-046
RHODE ISLAND ATTORNEY GENERAL
PETER F NERONHA
150 S MAIN ST
PROVIDENCE RI 02903

003210S001-1552A-046
SCOTIA BANK
BANKRUPTCY DEPT
1709 HOLLIS ST
HALIFAX NS B3J 1W1
CANADA

000013P001-1552S-046
SECURITIES EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
100 PEARL ST
STE 20-100
NEW YORK NY 10004-2616

000014P001-1552S-046
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GEN. COUNSEL
OFC OF PROGRAM LITIGATION BANKRUPTCY
6401 SECURITY BLVD
BALTIMORE MD 21235

000065P001-1552S-046
SOUTH CAROLINA ATTORNEY GENERAL
ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST RM 519
COLUMBIA SC 29211-1549

003201P001-1552A-046
STANDARD CHARTER
BANKRUPTCY DEPT
1095 AVE OF THE AMERICAS STE 33H
NEW YORK NY 10036-6797

000067P001-1552S-046
TENNESSEE ATTORNEY GENERAL
JONATHAN SKRMETTI
PO BOX 20207
NASHVILLE TN 37202-0207

000068P001-1552S-046
TEXAS ATTORNEY GENERAL
KEN PAXTON
300 W 15TH ST
AUSTIN TX 78701

000091P001-1552S-046
TIANJIN HAOCHENG INT LOGISTICS CO LTD
NO 65 ZIJINSHAN RD
ROOM 2-1302 NO.2. ZIGUIYUAN
HEXI DISTRICT TIANJIN 300061
CHINA

011291P001-1552A-046
UBS AG STAMFORD BRANCH AS COLLATERAL AGENT
600 WASHINGTON BLVD 9TH FLOOR
STAMFORD CT 06901

000078P001-1552S-046
UBS AG, STAMFORD BRANCH
AS COLLATERAL AGENT
600 WASHINGTON BLVD
9TH FLOOR
STAMFORD CT '06901

000009P001-1552S-046
UNITED STATES ATTORNEY
DISTRICT OF NEW JERSEY
PETER RODINO FEDERAL BUILDING
970 BROAD ST STE 700
NEWARK NJ 07102

003206S001-1552A-046
US BANK
BANKRUPTCY DEPT
800 NICOLLET MALL FL TWO
MINNEAPOLIS MN 55402

011290P001-1552A-046
US BANK EQUIPMENT FINANCE
1310 MADRID ST
MARSHALL MN 56285

000016P001-1552S-046
US SMALL BUSINESS ADMINISTRATION
DISTRICT COUNSEL
TWO GATEWAY CENTER
STE 1002
NEWARK NJ 07102

000071P001-1552S-046
VIRGINIA ATTORNEY GENERAL
JASON MIYARES
202 NORTH NINTH ST
RICHMOND VA 23219

000072P001-1552S-046
WASHINGTON ATTORNEY GENERAL
BOB FERGUSON
1125 WASHINGTON ST SE
PO BOX 40100
OLYMPIA WA 98504-0100

003203S001-1552A-046
WELLS FARGO
BANKRUPTCY DEPT
420 MONTGOMERY ST
SAN FRANCISCO CA 94104

011292P001-1552A-046
WELLS FARGO BANK NATIONAL ASSOCIATION
301 SOUTH COLLEGE ST 5TH FLOOR
MAIL CODE D1053-05G
CHARLOTTE NC 28202

000073P001-1552S-046
WEST VIRGINIA ATTORNEY GENERAL
PATRICK MORRISEY
STATE CAPITOL COMPLEX
BLDG 1 RM E26
CHARLESTON WV 25305-0220

011293P001-1552A-046
WINGSPIRE EQUIPMENT FINANCE LLC
AS SECURED PARTY
18302 IRVINE BLVD STE 300
TUSTIN CA 92780

000075P001-1552S-046
WYOMING ATTORNEY GENERAL
BRIDGET HILL
200 W 24TH ST
STATE CAPITOL BLDG RM 123
CHEYENNE WY 82002

Records Printed : **83**